RECEIPT # 403659
AMOUNT $ 150.00
SUMMONS ISSUED ✓
LOCAL RULE 4.1 ✓
WAIVER FORM ✓
MCF ISSUED ✓
BY DPTY. CLK S Jones
DATE 1-22-02

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NATIONAL GRANGE MUTUAL
INSURANCE COMPANY,

     Plaintiff,

v.

ROBERT JUDSON,

     Defendant.

NO.

02 - 40016

DOCKETED

## COMPLAINT

1.     The plaintiff, National Grange Mutual Insurance Company ("NGM"), has been at all times herein relevant and is now an insurance company located in Keene, New Hampshire.

2.     The defendant, Robert Judson ("Judson"), has been at all times hereinafter mentioned and is now a resident of Sutton, Worcester County, Massachusetts.

3.     Jurisdiction is conferred upon this Court pursuant to 28 U.S.C. § 1332 because there is diversity of citizenship and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs and pursuant to 28 U.S.C. § 2201.

4.     Venue is proper because the Defendant resides within this judicial district and because a substantial part of the events giving rise to this claim occurred within this judicial district.

5.     During the period 9/20/95 through 9/20/99, NGM insured Judson, an



excavation contractor, pursuant to successive, annually renewing, commercial general liability policies (the "CGL Policies"), each with liability limits in the amount of $500,000/$1,000,000. (A copy of each of the CGL Policies is annexed hereto as Exhibit "A.")

6.      Each of the CGL Policies contains a Total Pollution Exclusion Endorsement, which provides:

### TOTAL POLLUTION EXCLUSION ENDORSEMENT

This insurance does not apply to:

**f.**      **(1)**      "Bodily injury or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time.

**(2)**      Any loss, cost or expense arising out of any:

**(a)**      Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

**(b)**      Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous, or thermal irritant or contaminant including smoke, vapor, soot, fumes, acid, alkalis, chemicals and waste. Waste includes material to be recycled, reconditioned or reclaimed. (the "Total Pollution Exclusion Endorsement.")

-2-

**COUNT I**

7.    NGM incorporates herein by reference the allegations set forth in paragraphs 1-6, above.

8.    Prior to the inception of the first of the CGL Policies, Judson began the construction of a home at 50 West Sutton Road, Sutton, MA (the "Premises").

9.    As part of his construction of the heating system, Judson installed an oil feeder line in the concrete floor of the basement to connect a furnace and an oil tank.

10.    On or about February 1, 1996, Judson sold the Premises to Howard White ("White").

11.    Sometime during the month of May, 2000, White allegedly noticed an oil stain in his basement in the vicinity of the furnace which had been installed by Judson more than four years earlier.

12.    An investigation determined that there had been a release of an unknown quantity of #2 fuel oil at the Premises (the "Release").

13.    White, through his insurer, Amica Mutual Insurance Company ("Amica"), notified the Massachusetts Department of Environmental Protection ("DEP") and commenced a remediation of the Premises.

14.    The DEP notified White, Judson, and Superior Oil Company that they were parties who were deemed to be responsible for the Release.  (A copy of the Notice of Responsibility ("NOR") issued to Judson is annexed hereto as Exhibit "B.")

15.    The NOR states that on September 27, 2000, a sudden release of

between 150-175 gallons of #2 fuel oil occurred at the Premises.

16.   The NOR also states that the Release was caused by the failure of a compression union made to the feed line.

17.   The NOR advised Judson that he was a party responsible for response action costs and damages pursuant to M.G.L. c. 21E, § 5 and advised him to allocate liability with the other potentially responsible parties.

18.   In response to the NOR received by him, White commenced an Immediate Response Action ("IRA") at the Premises.   The IRA involved the removal and disposal of contaminated soil and the installation of borings to determine the downgradient extent of the Release migration.

19.   The NOR notified Judson and all other responsible parties that any failure to perform necessary response actions could result in liability of up to 3 times all response action costs incurred by the DEP as well as the imposition of sanctions, the establishment of liens on property within the Commonwealth of Massachusetts and the institution of legal proceedings, both civil and criminal.

20.   Judson notified NGM of the claims asserted against him by White and the DEP, including the requirement that he test for, monitor, clean up, remove, contain, treat, detoxify and otherwise respond to the resulting contamination at the Premises.

21.   On January 5, 2000, and again on December 7, 2001, NGM notified Judson that it would investigate these claims pursuant to a full reservation of rights.   (A copy of both letters is annexed hereto as Exhibit "C.")

22.   On July 30, 2001, Amica, notified Judson pursuant to M.G.L. c. 21E of its

-4-

demand that he pay for the costs of the response actions at the Premises.   (A copy of

Amica's July 30, 2001 letter is annexed hereto as Exhibit "D")( hereinafter referred to as

the "Chapter 21E Demand Letter.")

23.    In response to the Chapter 21E Demand Letter, NGM assigned counsel to

defend Judson.

24.    NGM now seeks a declaration of:

a.    the applicability of the Total Pollution Exclusion Endorsement to the

claims asserted against Judson in the Chapter 21E Demand Letter and in any

subsequent legal proceeding.

b.    its duty to defend Judson in connection with the claims asserted in

the Chapter 21E Demand Letter and in any subsequent legal proceeding.

c.    its duty to indemnify Judson in connection with the claims asserted

in the Chapter 21E Demand Letter and in any subsequent legal proceeding.

d.    whether the claims asserted against Judson in the Chapter 21E

Demand Letter include claims for property damage.

e.    whether #2 fuel oil is a pollutant.

WHEREFORE, NGM respectfully requests a declaration whether the damages

sought to be recovered against Judson in the Chapter 21E Demand Letter and in any

subsequent legal proceeding are barred by the Total Pollution Exclusion Endorsement.

## COUNT II

25.    NGM incorporates herein by reference the allegations set forth in

paragraphs 1-24, above.

26. The DEP has designated September 27, 2000, as the date the Release occurred.

27. Coverage under the last of the CGL Policies terminated on September 20, 1999.

28. The Release does not constitute an occurrence during any period that NGM insured Judson.

29. All of the property damage which occurred as the result of the Release occurred during a period that Judson was not insured by NGM.

30. NGM seeks a declaration of whether any of the CGL Policies were triggered by the Release.

WHEREFORE, NGM respectfully requests a declaration whether the CGL Policies were triggered by the Release.

## COUNT III

31. NGM incorporates herein by reference the allegations set forth in paragraphs 1-30, above.

32. In the Chapter 21E Demand Letter, Amica is seeking to recover for the property damage suffered at the Premises.

33. Upon information and belief, Judson became the owner of the Premises on or about October 19, 1995.

34. At the time Judson installed the heating system at the Premises, he owned the Premises.

35. Judson sold the Premises to White on or about February 1, 1996.

-6-

36.    Amica has alleged in the Chapter 21E Demand Letter that Judson caused property damage to the Premises when he and other contractors were performing operations and that the property damage arose out of those operations.

37.    Each of the CGL Policies contains an owned property exclusion which provides:

This insurance does not apply to:

**j.    Damage to property**

"Property damage" to:

(1)    Property you own, rent, or occupy;

(2)    Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3)    Property loaned to you;

(4)    Personal property in the care, custody or control of the insured;

(5)    That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6)    That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property

-7-

damage" included in the "products-completed operations hazard."

38.    NGM now seeks a declaration whether the property damage claims asserted against Judson in the Chapter 21E Demand Letter or in any subsequent legal proceeding are barred by the owned property exclusion.

WHEREFORE, NGM respectfully requests a declaration whether the damages sought to be recovered against Judson in the Chapter 21E Demand Letter and in any subsequent legal proceeding are barred by the owned property exclusion.

Dated:    January 18, 2002

Respectfully submitted,

NATIONAL GRANGE MUTUAL
INSURANCE COMPANY,

by its attorneys,

Alan Garber, BBO # 184840
MASON & MARTIN, LLP
160 Federal Street
Boston, MA 02110
(617) 742-7100

X:\JUDSON.NGM\complaint.wpd

-8-



COMMON POLICY DECLARATIONS

                                              NEW
                                              POLICY NUMBER   MSJ13691

NATIONAL GRANGE MUTUAL INSURANCE COMPANY             THOMAS J WOODS INS
                                                     200158


         ROBERT & JEAN JUDSON              ACC. NO. CACJ13691

         BOX 52
         SUTTON, MA   01590


POLICY PERIOD: From 09/20/95 To 09/20/96 at
               12:01 A.M. Standard Time at your mailing address shown abc


IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND TO ALL THE TERMS OF THIS
POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLI


         THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS
         FOR WHICH A PREMIUM IS INDICATED.  THIS PREMIUM MAY
         BE SUBJECT TO ADJUSTMENT.



         Commercial Auto Coverage Part                          $0
         Commercial Crime Coverage Part                         $0
         Commercial General Liability Coverage Part          $3909
         Commercial Inland Marine Coverage Part              $2528
         Commercial Property Coverage Part                     $0


                                         TOTAL           $6437

         Premium shown is payable:        $6437    at inception.


         Forms applicable to all Coverage Parts:   SEE ATTACHED SCHEDULE




COUNTERSIGNED _____   BY _____
                                              Authorized Representative
64-7985(1/88)



                                        09/19/01  H O CLAIMS

ICY NUMBER: MSJ13691                                    COMMERCIAL LIABILITY
. NO. CACJ13691
RM SCHEDULE

orms and Endorsements applying to this Coverage Part and made a part of
policy at time of issue:


FORMS APPLICABLE TO ALL PREMISES AND COVERAGES

Form          Edition   Description

CG0001        11 88     COMMERCIAL GENERAL LIABILITY COVERAGE FORM
CG2142        11 85     EXCLUSION-EXPL.,COLLA.& UNDERGROUND PD HAZARD(SP.O
CG2147        09 89     EMPLOYEE RELATED PRACTICE
CG2149        11 88     TOTAL POLLUTION EXCLUSION ENDORSEMENT
CG2151        09 89     AMENDMENT OF LIQUOR LIABILITY EXCL-EXCEPTION FOR S
IL0021        11 85     BROAD FORM NUCLEAR EXCLUSION
64-1641       04 87     X. C. U. EXCLUSION DESCRIPTIONS

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANSPORTATION

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage:"

   (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material," if:

   (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

   (2) The "nuclear material" is contained in "spent fuel" or "waste " at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured;" or

   (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility," but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties;

   "Nuclear material" means "source material," "Special nuclear material" or "by-product material;"

   "Source material," "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

   "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor;"

IL 00 21 11 85          Copyright, Insurance Services Office, Inc., 1983, 1984          Page 1 of 2   □

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility."

"Nuclear facility" means:

(a) Any "nuclear reactor;"

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel," or (3) handling, processing or packaging "waste;"

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste;"

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.

      Copyright, Insurance Services Office, Inc., 1983, 1984      IL 00 21 11 85      □

POLICY NUMBER:                                        COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF LIQUOR LIABILITY EXCLUSION - EXCEPTION FOR SCHEDULED ACTIVITIES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

Description of Activity(ies):

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

Exclusion c. of COVERAGE A (Section I) is replaced by the following:

c. "Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you:

(1) Manufacture, sell or distribute alcoholic beverages;

(2) Serve or furnish alcoholic beverages for a charge whether or not such activity:

(a) Requires a license;

(b) Is for the purpose of financial gain or livelihood; or

(3) Serve or furnish alcoholic beverages without a charge, if a license is required for such activity.

However, this exclusion does not apply to "bodily injury" or "property damage" arising out of the selling, serving or furnishing of alcoholic beverages at the specific activity(ies) described above.

CG 21 51 09 89                Copyright, Insurance Services Office, Inc., 1989

COMMERCIAL GENERAL LIABILITY

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

1. The following exclusion is added to COVER-AGE A (Section I):

   o. "Bodily injury" arising out of any:

   (1) Refusal to employ;

   (2) Termination of employment;

   (3) Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or other employment-related practices, policies, acts or omissions; or

   (4) Consequential "bodily injury" as a result of (1) through (3) above.

   This exclusion applies whether the insured may be held liable as an employer or in any other capacity and to any obligation to share damages with or to repay someone else who must pay damages because of the injury.

2. The following exclusion is added to COVER-AGE B (Section I):

   c. "Personal injury" arising out of any:

   (1) Refusal to employ;

   (2) Termination of employment;

   (3) Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or other employment-related practices, policies, acts or omissions; or

   (4) Consequential "personal injury" as a result of (1) through (3) above.

CG 21 47 09 89                    Copyright, Insurance Services Office, Inc., 1988                    □

POLICY NUMBER:                                    COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION—EXPLOSION, COLLAPSE AND UNDERGROUND PROPERTY DAMAGE HAZARD (SPECIFIED OPERATIONS)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Location & Description of Operations | Excluded Hazard(s) |
| --- | --- |
| | |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**1.** The following exclusion is added to COVERAGE A (Section I):

This insurance does not apply to "property damage" included within the "explosion hazard," the "collapse hazard" or the "underground property damage hazard" if any of these hazards is entered as an excluded hazard on the Schedule.

This exclusion does not apply to:

**a.** Operations performed for you by others; or

**b.** "Property damage" included within the "products completed operations hazard:"

**2.** The following additional definitions apply:

"Explosion hazard" includes property damage arising out of blasting or explosion. The "explosion hazard" does not include "property damage" arising out of the explosion of air or steam vessels, piping under pressure, prime movers, machinery or power transmitting equipment.

"Collapse hazard" includes "structural property damage" and any resulting "property damage" to any other property at any time.

"Structural property damage" means the collapse of or structural injury to any building or structure due to:

**(1)** Grading of land, excavating, borrowing, filling, back-filling, tunnelling, pile driving, coffer-dam work or caisson work; or

**(2)** Moving, shoring, underpinning, raising or demolition of any building or structure or removal or rebuilding of any structural support of that building or structure.

"Underground property damage hazard" includes "underground property damage" and any resulting "property damage" to any other property at any time.

"Underground property damage" means property damage to wires, conduits, pipes, mains, sewers, tanks, tunnels, any similar property, and any apparatus used with them beneath the surface of the ground or water, caused by and occurring during the use of mechanical equipment for the purpose of grading land, paving, excavating, drilling, borrowing, filling, back-filling or pile driving.

CG 21 42 11 85          Copyright, Insurance Services Office, Inc., 1984

POLICY NUMBER:                        COMMERCIAL GENERAL LIABILITY

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TOTAL POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion f. under COVERAGE A (Section I) is replaced by the following:

**f.(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time.

  **(2)** Any loss, cost or expense arising out of any:

    **(a)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

    **(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous, or thermal irritant or contaminant including smoke, vapor, soot, fumes, acid, alkalis, chemicals and waste. Waste includes material to be recycled, reconditioned or reclaimed.

CG 21 49 11 88               Copyright, Insurance Services Office, Inc., 1988          □

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF LIQUOR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion c. of COVERAGE A (Section I) is replaced by the following:

c. "Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you:

(1) Manufacture, sell or distribute alcoholic beverages;

(2) Serve or furnish alcoholic beverages for a charge whether or not such activity:

(a) Requires a license;

(b) Is for the purpose of financial gain or livelihood; or

(3) Serve or furnish alcoholic beverages without a charge, if a license is required for such activity.

CG 21 50 09 89               Copyright, Insurance Services Office, Inc., 1988                ☐

```
NATIONAL GRANGE MUTUAL INS. CO.                    INSURED
55 WEST STREET
KEENE   NEW HAMPSHIRE   03431
```

COMMON POLICY DECLARATIONS

```
ROBERT & JEAN JUDSON                POLICY NUMBER:  MSJ13691
                                    ACCOUNT NUMBER: CACJ13691
BOX 52                              ENTITY:         INDIVIDUAL
SUTTON, MA   01590                  POLICY EFF:     09/20/96
                                    RENEWAL OF:     RENEWAL
                                    NUMBER:         200158

AGENT:THOMAS J WOODS INS AGCY INC
AGENT PHONE : 508 755 8992
```

---

POLICYHOLDER INFORMATION

---

NAMED INSURED:    ROBERT & JEAN JUDSON

MAILING ADDRESS:  BOX 52
                  SUTTON, MA   01590

POLICY TERM:  12
  INCEPTION: 09/20/96          12:01 A.M. STANDARD TIME AT THE ADDRESS
  EXPIRATION: 09/20/97         OF THE NAMED INSURED STATED ABOVE.

NAMED INSUREDS BUSINESS: EXCAVATION CONTRACTOR

IN RETURN FOR THE PAYMENT OF THE PREMIUM AND SUBJECT TO THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS COVERAGE.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| | | |
|---|---|---|
| COMMERCIAL AUTO COVERAGE PART | $ | |
| COMMERCIAL CRIME COVERAGE PART | $ | |
| COMMERCIAL GENERAL LIABILITY COVERAGE PART | $ | 3,985 |
| COMMERCIAL INLAND MARINE COVERAGE PART | $ | 1,876 |
| COMMERCIAL PROPERTY COVERAGE PART | $ | |
| TOTAL | $ | 5,861 |

PREMIUM SHOWN IS PAYABLE:  $      5,861   AT INCEPTION.

---

FORM NUMBERS OF COVERAGES AND ENDORSEMENTS APPLICABLE TO THIS COVERAGE PART ARE SHOWN ON THE ATTACHED SCHEDULE

---

COUNTERSIGNED _____      BY _____

64-7985 (1/88)        07/19/96        RENEWAL        KC

\TIONAL GRANGE MUTUAL INS. CO.

ROBERT & JEAN JUDSON

AGENT:THOMAS J WOODS INS AGCY INC

POLICY NUMBER:  MSJ13691
ACCOUNT NUMBER: CACJ13691
ENTITY:         INDIVIDUAL
POLICY EFF:     09/20/96
NUMBER:         200158

## COMMERCIAL PACKAGE POLICY FORM SCHEDULE

Forms and Endorsements which apply to the specified Coverage Part and are made a part of this policy at time of issue:

| Form | Edition | Description |
|------|---------|-------------|
| IL0017 | 1185 | COMMON POLICY CONDITIONS |
| 60-7195 | 0392 | PARTICIPATION CLAUSE AND COMPANY SIGNATURES |

07/19/96    RENEWAL              KC

## COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

### A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

### B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

### C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

### D. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

### E. PREMIUMS

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

### F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL 00 17 11 85          Copyright, Insurance Services Office, Inc., 1982, 1983

NATIONAL GRANGE MUTUAL INS. CO.                    INSURED
55 WEST STREET
KEENE   NEW HAMPSHIRE   03431


ROBERT & JEAN JUDSON                    POLICY NUMBER:  MSJ13691
                                        ACCOUNT NUMBER: CACJ13691
                                        ENTITY:         INDIVIDUAL
                                        POLICY EFF:     09/20/96
AGENT:THOMAS J WOODS INS AGCY INC       NUMBER:         200158
AGENT PHONE : 508 755 8992

COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

1. LIMITS OF LIABILITY
   General Aggregate Limit                          $  1,000,000
   Products-Completed Operations Aggregate Limit    $  1,000,000
   Personal and Advertising Injury Limit            $    500,000
   Each Occurrence Limit                            $    500,000
   Fire Damage Limit - Any One Fire                 $     50,000
   Medical Expense Limit - Any One Person           $      5,000


2. BUSINESS DESCRIPTION AND LOCATION OF PREMISES

   ENTITY:   SEE ABOVE.
   NAMED INSUREDS BUSINESS: EXCAVATION CONTRACTOR
   LOCATION OF ALL PREMISES YOU OWN, RENT OR OCCUPY: SEE ATTACHED SCHEDULE.

3. PREMIUM

| CLASSIFICATION | CODE NO. | PREMIUM BASIS | RATE PR/CO | OTHER | ADVANCE PREMIUM PR/CO | OTHER |
|---|---|---|---|---|---|---|
| SEE ATTACHED SCHEDULE | | | | | | |

                                      TOTAL ADVANCE PREMIUM $        3,985

4. ( X ) IF DESIGNATED BY (X), IN CONSIDERATION OF A REDUCED PREMIUM CHARGE,
   EXPLOSION, COLLAPSE AND UNDERGROUND PROPERTY DAMAGE HAZARDS ARE EXCLUDED
   IN ACCORDANCE WITH ENDORSEMENT CG 2142 AND SCHEDULE 64-1641.

5. FORMS AND ENDORSEMENTS APPLYING TO THIS COVERAGE PART AND MADE PART OF
   THIS POLICY AT TIME OF ISSUANCE: SEE ATTACHED SCHEDULE.


64-7983 (1/88)       07/19/96   RENEWAL              KC

NATIONAL GRANGE MUTUAL INS. CO.                    INSURED
55 WEST STREET
KEENE  NEW HAMPSHIRE  03431


## COMMON POLICY DECLARATIONS


ROBERT & JEAN JUDSON                POLICY NUMBER: MSJ13691
                                    ACCOUNT NUMBER: CACJ13691
BOX 52                              ENTITY:      INDIVIDUAL
SUTTON, MA  01590                   POLICY EFF:   09/20/97
                                    RENEWAL OF:
                                    NUMBER:       200158

AGENT:THOMAS J WOODS INS AGCY INC
AGENT PHONE : 508 755 8992

---
### POLICYHOLDER INFORMATION
---

NAMED INSURED:    ROBERT & JEAN JUDSON

MAILING ADDRESS: BOX 52
                 SUTTON, MA  01590

POLICY TERM:  12
  INCEPTION: 09/20/97        12:01 A.M. STANDARD TIME AT THE ADDRESS
  EXPIRATION: 09/20/98       OF THE NAMED INSURED STATED ABOVE.

NAMED INSUREDS BUSINESS: EXCAVATION CONTRACTOR

IN RETURN FOR THE PAYMENT OF THE PREMIUM AND SUBJECT TO THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS COVERAGE.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| | |
|---|---|
| COMMERCIAL AUTO COVERAGE PART | |
| COMMERCIAL CRIME COVERAGE PART | |
| COMMERCIAL GENERAL LIABILITY COVERAGE PART | $ 3,363 |
| COMMERCIAL INLAND MARINE COVERAGE PART | $ 904 |
| COMMERCIAL PROPERTY COVERAGE PART | $ |
| TOTAL | $ 4,267 |

PREMIUM SHOWN IS PAYABLE:   $    4,267   AT INCEPTION.

---
FORM NUMBERS OF COVERAGES AND ENDORSEMENTS APPLICABLE TO THIS COVERAGE PART ARE SHOWN ON THE ATTACHED SCHEDULE
---

COUNTERSIGNED _____ BY _____

64-7985 (1/88)        07/30/97        RENEWAL        JJ

**NATIONAL GRANGE MUTUAL INS. CO.**

**ROBERT & JEAN JUDSON**                          POLICY NUMBER: MSJ13691
                                                  ACCOUNT NUMBER: CACJ13691
                                                  ENTITY:        INDIVIDUAL
                                                  POLICY EFF:    09/20/97
                                                  NUMBER:        200158

**AGENT:THOMAS J WOODS INS AGCY INC**

### COMMERCIAL PACKAGE POLICY FORM SCHEDULE

Forms and Endorsements which apply to the specified Coverage Part and are
made a part of this policy at time of issue:

| Form | Edition | Description |
|------|---------|-------------|
| IL0017 | 1185 | COMMON POLICY CONDITIONS |
| 60-7195 | 0392 | PARTICIPATION CLAUSE AND COMPANY SIGNATURES |

* DENOTES POLICY FORMS THAT ARE BEING ADDED TO THE POLICY FOR THE FIRST TIME
OR THAT HAVE CHANGED SINCE THIS POLICY WAS ISSUED. ONLY FORMS WITH AN * ARE
ENCLOSED WITH THIS TRANSACTION. ALL OTHER FORMS, AGREEMENTS, AND CONDITIONS
LISTED CONTINUE TO APPLY

**07/30/97   RENEWAL       JJ**

NATIONAL GRANGE MUTUAL INS. CO.                          INSURED
55 WEST STREET
KEENE   NEW HAMPSHIRE   03431


ROBERT & JEAN JUDSON                    POLICY NUMBER: MSJ13691
                                        ACCOUNT NUMBER: CACJ13691
                                        ENTITY:        INDIVIDUAL
                                        POLICY EFF:    09/20/97
                                        NUMBER:        200158
AGENT:THOMAS J WOODS INS AGCY INC
AGENT PHONE : 508 755 8992

---

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

1. LIMITS OF LIABILITY

| | |
|---|---|
| General Aggregate Limit | $ 1,000,000 |
| Products-Completed Operations Aggregate Limit | $ 1,000,000 |
| Personal and Advertising Injury Limit | $   500,000 |
| Each Occurrence Limit | $   500,000 |
| Fire Damage Limit - Any One Fire | $    50,000 |
| Medical Expense Limit - Any One Person | $     5,000 |

---

2. BUSINESS DESCRIPTION AND LOCATION OF PREMISES

   ENTITY:   SEE ABOVE.
   NAMED INSUREDS BUSINESS: **EXCAVATION CONTRACTOR**
   LOCATION OF ALL PREMISES YOU OWN, RENT OR OCCUPY: SEE ATTACHED SCHEDULE.

---

3. PREMIUM

| CLASSIFICATION | CODE NO. | PREMIUM BASIS | RATE PR/CO | RATE OTHER | ADVANCE PREMIUM PR/CO | ADVANCE PREMIUM OTHER |
|---|---|---|---|---|---|---|

   SEE ATTACHED SCHEDULE

                                      TOTAL ADVANCE PREMIUM $        3,363

---

4. ( X ) IF DESIGNATED BY (X), IN CONSIDERATION OF A REDUCED PREMIUM CHARGE,
   EXPLOSION, COLLAPSE AND UNDERGROUND PROPERTY DAMAGE HAZARDS ARE EXCLUDED
   IN ACCORDANCE WITH ENDORSEMENT CG 2142 AND SCHEDULE 64-1641.

---

5. FORMS AND ENDORSEMENTS APPLYING TO THIS COVERAGE PART AND MADE PART OF
   THIS POLICY AT TIME OF ISSUANCE: **SEE ATTACHED SCHEDULE.**

---

64-7983 (1/88)       07/30/97   RENEWAL                JJ

**NATIONAL GRANGE MUTUAL INS. CO.**

**ROBERT & JEAN JUDSON**

POLICY NUMBER:  MSJ13691
ACCOUNT NUMBER: CACJ13691
ENTITY:         INDIVIDUAL
POLICY EFF:     09/20/97
NUMBER:         200158

**AGENT:THOMAS J WOODS INS AGCY INC**

## LIABILITY FORM SCHEDULE

Forms and Endorsements which apply to the specified Coverage Part and are made a part of this policy at time of issue:

|   | Form | Edition | Description |
|---|------|---------|-------------|
| * | CG2142 | 1185 | EXCLUSION-EXPL.,COLLA.& UNDERGROUND PD HAZARD(SP.OPER.) |
| * | CG2151 | 0989 | AMENDMENT OF LIQUOR LIABILITY EXCL-EXCEPTION FOR SCHED. |
|   | IL0021 | 1194 | BROAD FORM NUCLEAR EXCLUSION ENDORSEMENT |
| * | CG0001 | 1093 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| * | CG2147 | 1093 | EMPLOYEE RELATED PRACTICE |
| * | CG2149 | 1093 | TOTAL POLLUTION EXCLUSION ENDORSEMENT |
| * | 64-1641 | 0197 | XCU EXCLUSION DESCRIPTION |

* DENOTES POLICY FORMS THAT ARE BEING ADDED TO THE POLICY FOR THE FIRST TIME OR THAT HAVE CHANGED SINCE THIS POLICY WAS ISSUED. ONLY FORMS WITH AN * ARE ENCLOSED WITH THIS TRANSACTION. ALL OTHER FORMS, AGREEMENTS, AND CONDITIONS LISTED CONTINUE TO APPLY

07/30/97   RENEWAL        JJ

**f.    Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured;

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

**(i)** if the pollutants are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

**(ii)** if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants.

Subparagraphs **(a)** and **(d) (i)** do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire.

As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**g.    Aircraft, Auto or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured.  Use includes operation and "loading or unloading."

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in paragraph f.(2) or f.(3) of the definition of "mobile equipment".

**h.    Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment"  in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i.    War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war.  War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j.    Damage to property**

"Property damage" to:

**(1)** Property you own, rent, or occupy;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

## COVERAGE C. MEDICAL PAYMENTS

1. **Insuring Agreement.**

   a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

      (1) On premises you own or rent;

      (2) On ways next to premises you own or rent; or

      (3) Because of your operations;

      provided that:

      (1) The accident takes place in the "coverage territory" and during the policy period;

      (2) The expenses are incurred and reported to us within one year of the accident; and

      (3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

   b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

      (1) First aid administered at the time of an accident;

      (2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

      (3) Necessary ambulance, hospital, professional nursing and funeral services.

2. **Exclusions.**

   We will not pay expenses for "bodily injury:"

   a. To any insured.

   b. To a person hired to do work for or on behalf of any insured or a tenant of any insured.

   c. To a person injured on that part of premises you own or rent that the person normally occupies.

   d. To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers compensation or disability benefits law or a similar law.

   e. To a person injured while taking part in athletics.

   f. Included within the "products-completed operations hazard."

   g. Excluded under Coverage A.

   h. Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

We will pay, with respect to any claim or "suit" we defend:

1. All expenses we incur.

2. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

3. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

4. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $100 a day because of time off from work.

5. All costs taxed against the insured in the "suit."

6. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

7. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

## SECTION II - WHO IS AN INSURED

1. If you are designated in the Declarations as:

   a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   c. An organization other than a partnership or joint venture, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

   a. Your "employees", other than your "executive officers", but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, no "employee" is an insured for:

      (1) "Bodily injury" or "personal injury":

         (a) To you, to your partners or members (if you are a partnership or joint venture), or to a co-"employee" while in the course of his or her employment or while performing duties related to the conduct of your business;

         (b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of paragraph (1) (a) above;

         (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in paragraphs (1) (a) or (b) above; or

         (d) Arising our of his or her providing or failing to provide professional health care services.

      (2) "Property damage" to property:

fense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit;"

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation, settlement or defense of the claim or "suit;" and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us.**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance.**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

**(1)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work;"

**(2)** That is Fire insurance for premises rented to you; or

**(3)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Coverage A (Section I).

When this insurance is excess, we will have no duty under Coverage A or B to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit.**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy

damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

  **(a)** Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

  **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **2.** above and supervisory, inspection or engineering services.

9. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the contact of your business. "Leased worker" does not include a "temporary worker".

10. "Loading or unloading" means the handling of property:

  **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto;"

  **b.** While it is in or on an aircraft, watercraft or "auto;" or

  **c.** While it is being removed from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto."

11. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

  **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

  **b.** Vehicles maintained for use solely on or next to premises you own or rent;

  **c.** Vehicles that travel on crawler treads;

  **d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    **(1)** Power cranes, shovels, loaders, diggers or drills; or

    **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

  **e.** Vehicles not described in **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

    **(2)** Cherry pickers and similar devices used to raise or lower workers;

  **f.** Vehicles not described in **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos:"

  **(1)** Equipment designed primarily for:

    **(a)** Snow removal;

    **(b)** Road maintenance, but not construction or resurfacing; or

    **(c)** Street cleaning;

  **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

  **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

12. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

13. "Personal injury" means injury, other than "bodily injury," arising out of one or more of the following offenses:

  **a.** False arrest, detention or imprisonment;

  **b.** Malicious prosecution;

  **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

  **d.** Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

  **e.** Oral or written publication of material that violates a person's right of privacy.

14. **a.** "Products-completed operations hazard" includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

    **(1)** Products that are still in your physical possession; or

    **(2)** Work that has not yet been completed or abandoned.

  **b.** "Your work" will be deemed completed at the earliest of the following times:

POLICY NUMBER:                                                          COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION - EXPLOSION, COLLAPSE AND UNDERGROUND PROPERTY DAMAGE HAZARD (SPECIFIED OPERATIONS)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Location & Description of Operations | Excluded Hazard(s) |
|---|---|
| | |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

1.  The following exclusion is added to COVERAGE A (Section I):

    This insurance does not apply to "property damage" included within the "explosion hazard," the "collapse hazard" or the "underground property damage hazard" if any of these hazards is entered as an excluded hazard on the Schedule.

    This exclusion does not apply to:

a.  Operations performed for you by others; or

b.  "Property damage" included within the "products completed operations hazard:"

2.  The following additional definitions apply:

    "Explosion hazard" includes property damage arising out of blasting or explosion. The "explosion hazard" does not include "property damage" arising out of the explosion of air or steam vessels, piping under pressure, prime movers, machinery or power transmitting equipment.

    "Collapse hazard" includes "structural property damage" and any resulting "property damage" to any other property at any time.

"Structural property damage" means the collapse of or structural injury to any building or structure due to:

(1)  Grading of land, excavating, borrowing, filling, back-filling, tunneling, pile driving, cofferdam work or caisson work; or

(2)  Moving, shoring, underpinning, raising or demolition of any building or structure or removal or rebuilding of any structural support of that building or structure.

"Underground property damage hazard" includes "underground property damage" and any resulting "property damage" to any other property at any time.

"Underground property damage" means property damage to wires, conduits, pipes, mains, sewers, tanks, tunnels, any similar property, and any apparatus used with them beneath the surface of the ground or water, caused by and occurring during the use of mechanical equipment for the purpose of grading land, paving, excavating, drilling, borrowing, filling, back-filling or pile driving.

CG 21 42 11 85                      Copyright, Insurance Services Office, Inc., 1984

**Commercial General Liability**

**This endorsement changes the policy. Please read it carefully.**

It is agreed that the following descriptions of operations are included and apply to the schedule of endorsement CG 21 42 Exclusion-Explosion, Collapse, and Underground Property Damage Hazard which is made a part of this policy.

## Schedule

| Descriptions Of Operations | Excluded Hazards | | |
|---|---|---|---|
| **Building Structure Raising or Moving** | Explosion, | Collapse | |
| **Caisson or Cofferdam Work** - foundations for buildings | Explosion, | Collapse, | Underground |
| not foundations for buildings | Explosion, | Collapse, | Underground |
| **Clay or Shale Digging** | Explosion | | |
| **Conduit Construction for Cables or Wires** | Explosion, | Collapse, | Underground |
| **Contractors Equipment**-cranes, derricks, power shovels and equipment incidental thereto-rented to others with operators | Explosion, | Collapse, | Underground |
| earth moving equipment other than cranes, derricks and power shovels - rented to others with operators | | Collapse, | Underground |
| steam boilers, compressors, air pressure tanks, pneumatic tools and equipment incidental thereto-rented to others with operators | Explosion, | | Underground |
| excluding automobiles - rented to others with operators | | | Underground |
| **Dam or Reservoir Construction** | Explosion, | Collapse, | Underground |
| **Electric Light or Power Companies** | Explosion, | Collapse, | Underground |
| **Electric Light or Power Line Construction** - Rural Electrification Administration projects only | Explosion, | Collapse | |
| **Electric Light or Power Line Construction** | Explosion, | Collapse, | Underground |
| **Excavation** | Explosion, | Collapse, | Underground |
| **Gas Companies** | Explosion, | Collapse, | Underground |
| **Gas Companies** - natural gas - local distribution | Explosion, | Collapse, | Underground |
| **Gas Dealers-LPG** | Explosion, | Collapse, | Underground |
| **Gas Dealers or Distributors** | Explosion, | Collapse, | Underground |
| **Gas Distributors-LPG** | Explosion, | Collapse, | Underground |
| **Gas Mains or Connections Construction** | Explosion, | Collapse, | Underground |
| **Gas Manufacturing** | Explosion, | Collapse, | Underground |
| inert | Explosion, | Collapse, | Underground |
| primarily flammable, explosive or reactive | Explosion, | Collapse, | Underground |
| primarily toxic or presenting a health hazard | Explosion, | Collapse, | Underground |
| **Gasoline Recovery** - from casing head or natural gas | Explosion | | |
| **Geophysical Exploration** | Explosion | | |
| **Grading of Land** | Explosion, | Collapse, | Underground |
| **Irrigation or Drainage System Construction** | Explosion, | | Underground |
| **Landscape Gardening** | Explosion, | Collapse, | Underground |
| **Oil or Gas Wells** - shooting | Explosion | | |
| **Oil or Gas Lease Operations** - natural gas | Explosion | | |
| **Oil or Gas Lease Operations** - natural gas - within the limits of any town or city, on the right-of-way of any railroad, or in any ocean, gulf or bay | Explosion | | |
| **Oil Refineries** | Explosion | | |
| **Pile Driving** | Explosion, | Collapse, | Underground |
| building foundations only | | Collapse, | Underground |
| sonic method | | Collapse, | Underground |
| **Pipelines** - gas - operation | Explosion | | |
| **Pipelines** - oil - operation | Explosion | | |

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we," "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under WHO IS AN INSURED (SECTION II).

Other words and phrases that appear in quotation marks have special meaning. Refer to DEFINITIONS (SECTION V).

## SECTION I - COVERAGES

## COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY

### 1. Insuring Agreement.

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend any "suit" seeking those damages. We may at our discretion investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS - COVERAGES A AND B.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory;" and

(2) The "bodily injury" or "property damage" occurs during the policy period.

c. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury."

### 2. Exclusions.

This insurance does not apply to:

a. "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) Assumed in a contract or agreement that is an "insured contract," provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

(2) That the insured would have in the absence of the contract or agreement.

c. "Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

COMMERCIAL GENERAL LIABILITY
COVERAGE FORM

d. Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

e. "Bodily injury" to:

(1) An employee of the insured arising out of and in the course of employment by the insured; or

(2) The spouse, child, parent, brother or sister of that employee as a consequence of (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract."

f. (1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured;

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

(i) if the pollutants are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

(ii) if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants.

Subparagraphs (a) and (d)(i) do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire.

As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

(2) Any loss, cost or expense arising out of any:

(a) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

g. "Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading."

    Copyright, Insurance Services Office, Inc., 1982, 1988    CG 00 01 11 88    □

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

  **(a)** Less than 26 feet long; and

  **(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in paragraph f.(2) or f.(3) of the definition of "mobile equipment" (Section V.8.).

**h.** "Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice or preparation for, a prearranged racing, speed or demolition contest or in any stunting activity.

**i.** "Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j.** "Property damage" to:

**(1)** Property you own, rent, or occupy;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard."

**k.** "Property damage" to "your product" arising out of it or any part of it.

**l.** "Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard."

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.** "Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work;" or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.** Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

 Copyright, Insurance Services Office, Inc., 1982, 1988

COMMERCIAL GENERAL LIABILITY
COVERAGE FORM

(1) "Your product;"

(2) "Your work;" or

(3) "Impaired property;"

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

Exclusions c. through n. do not apply to damage by fire to premises rented to you. A separate limit of insurance applies to this coverage as described in LIMITS OF INSURANCE (SECTION III).

## COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement.

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury" or "advertising injury" to which this coverage part applies. We will have the right and duty to defend any "suit" seeking those damages. We may at our discretion investigate any "occurrence" or offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS - COVERAGES A AND B.

b. This insurance applies to:

(1) "Personal injury" caused by an offense arising out of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you;

(2) "Advertising injury" caused by an offense committed in the course of advertising your goods, products or services;

but only if the offense was committed in the "coverage territory" during the policy period.

### 2. Exclusions.

This insurance does not apply to:

a. "Personal injury" or "advertising injury:"

(1) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

(2) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

(3) Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the insured; or

(4) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

b. "Advertising injury" arising out of:

(1) Breach of contract, other than misappropriation of advertising ideas under an implied contract;

    Copyright, Insurance Services Office, Inc., 1982, 1988    CG 00 01 11 88

(2) The failure of goods, products or services to conform with advertised quality or performance;

(3) The wrong description of the price of goods, products or services; or

(4) An offense committed by an insured whose business is advertising, broadcasting, publishing or telecasting.

## COVERAGE C. MEDICAL PAYMENTS

### 1. Insuring Agreement.

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

### 2. Exclusions.

We will not pay expenses for "bodily injury:"

a. To any insured.

b. To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. To a person injured on that part of premises you own or rent that the person normally occupies.

d. To a person, whether or not an employee of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. To a person injured while taking part in athletics.

f. Included within the "products-completed operations hazard."

g. Excluded under Coverage A.

h. Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

We will pay, with respect to any claim or "suit" we defend:

1. All expenses we incur.

2. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

3. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

Copyright, Insurance Services Office, Inc., 1982, 1988

COMMERCIAL GENERAL LIABILITY
COVERAGE FORM

4. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $100 a day because of time off from work.

5. All costs taxed against the insured in the "suit."

6. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

7. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

## SECTION II - WHO IS AN INSURED

1. If you are designated in the Declarations as:

   a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   c. An organization other than a partnership or joint venture, you are an insured. Your executive officers and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

   a. Your employees, other than your executive officers, but only for acts within the scope of their employment by you. However, no employee is an insured for:

      (1) "Bodily injury" or "personal injury" to you or to a co-employee while in the course of his or her employment, or the spouse, child, parent, brother or sister of that co-employee as a consequence of such "bodily injury" or "personal injury," or for any obligation to share damages with or repay someone else who must pay damages because of the injury; or

      (2) "Bodily injury" or "personal injury" arising out of his or her providing or failing to

provide professional health care services; or

      (3) "Property damage" to property owned or occupied by or rented or loaned to that employee, any of your other employees, or any of your partners or members (if you are a partnership or joint venture).

   b. Any person (other than your employee), or any organization while acting as your real estate manager.

   c. Any person or organization having proper temporary custody of your property if you die, but only:

      (1) With respect to liability arising out of the maintenance or use of that property; and

      (2) Until your legal representative has been appointed.

   d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

   a. "Bodily injury" to a co-employee of the person driving the equipment; or

   b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4. Any organization you newly acquire or form, other than a partnership or joint venture, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

 Copyright, Insurance Services Office, Inc., 1982, 1988   CG 00 01 11 88   □

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits."

2. The General Aggregate Limit is the most we will pay for the sum of:

a. Medical expenses under Coverage C;

b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard;" and

c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard."

4. Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal injury" and all "advertising injury" sustained by any one person or organization.

5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

a. Damages under Coverage A; and

b. Medical expenses under Coverage C

because of all "bodily injury" and "property damage" arising out of any one "occurrence."

## COMMERCIAL GENERAL LIABILITY COVERAGE FORM

6. Subject to 5. above, the Fire Damage Limit is the most we will pay under Coverage A for damages because of "property damage" to premises rented to you arising out of any one fire.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The limits of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

1. Bankruptcy.

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. Duties In The Event Of Occurrence, Claim Or Suit.

a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

(1) How, when and where the "occurrence" or offense took place;

(2) The names and addresses of any injured persons and witnesses; and

(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

b. If a claim is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the claim or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

COMMERCIAL GENERAL LIABILITY
COVERAGE FORM

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit;"

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation, settlement or defense of the claim or "suit;" and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us.**

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. **Other Insurance.**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

a. Primary Insurance

This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected

unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

b. Excess Insurance

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

(1) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work;"

(2) That is Fire insurance for premises rented to you; or

(3) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Coverage A (Section I).

When this insurance is excess, we will have no duty under Coverage A or B to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

c. Method of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

Copyright, Insurance Services Office, Inc., 1982, 1988    CG 00 01 11 88    ☐

COMMERCIAL GENERAL LIABILITY
COVERAGE FORM

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit.**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy term is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations.**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds.**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us.**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew.**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

**1.** "Advertising injury" means injury arising out of one or more of the following offenses:

**a.** Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**b.** Oral or written publication of material that violates a person's right of privacy;

**c.** Misappropriation of advertising ideas or style of doing business; or

**d.** Infringement of copyright, title or slogan.

**2.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment."

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in a. above; or

**c.** All parts of the world if:

**(1)** The injury or damage arises out of:

**(a)** Goods or products made or sold by you in the territory described in a. above; or

COMMERCIAL GENERAL LIABILITY
COVERAGE FORM

    **(b)** The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; and

  **(2)** The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

**5.** "Impaired property" means tangible property, other than "your product" or "your work," that cannot be used or is less useful because:

  **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

  **b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

  **a.** The repair, replacement, adjustment or removal of "your product" or "your work;" or

  **b.** Your fulfilling the terms of the contract or agreement.

**6.** "Insured contract" means:

  **a.** A lease of premises;

  **b.** A sidetrack agreement;

  **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

  **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

  **e.** An elevator maintenance agreement;

  **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

An "insured contract" does not include that part of any contract or agreement:

  **a.** That indemnifies any person or organization for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

  **b.** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

    **(1)** Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

    **(2)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage;

  **c.** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in b. above and supervisory, inspection or engineering services; or

  **d.** That indemnifies any person or organization for damage by fire to premises rented or loaned to you.

**7.** "Loading or unloading" means the handling of property:

  **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto;"

  **b.** While it is in or on an aircraft, watercraft or "auto;" or

  **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto."

**8.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

Copyright, Insurance Services Office, Inc., 1982, 1988    CG 00 01 11 88

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos:"

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing;

(c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

9. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

10. "Personal injury" means injury, other than "bodily injury," arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

e. Oral or written publication of material that violates a person's right of privacy.

11.a. "Products-completed operations hazard" includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or.

(2) Work that has not yet been completed or abandoned.

b. "Your work" will be deemed completed at the earliest of the following times:

(1) When all of the work called for in your contract has been completed.

(2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

(3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

c. This hazard does not include "bodily injury" or "property damage" arising out of:

COMMERCIAL GENERAL LIABILITY
COVERAGE FORM

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle created by the "loading or unloading" of it;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials;

(3) Products or operations for which the classification in this Coverage Part or in our manual of rules includes products or completed operations.

12. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss shall be deemed to occur at the time of the "occurrence" that caused it.

13. "Suit" means a civil proceeding in which damage because of "bodily injury," "property damage," "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

14. "Your product" means:

a. Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(1) You;

(2) Others trading under your name; or

(3) A person or organization whose business or assets you have acquired; and

b. Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product;" and

b. The providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

15. "Your work" means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work;" and

b. The providing of or failure to provide warnings or instructions.

        Copyright, Insurance Services Office, Inc., 1982, 1988        CG 00 01 11 88    □

**COMMERCIAL GENERAL LIABILITY**
**CG 21 49 10 93**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## TOTAL POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under paragraph **2.**, Exclusions of COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I - Coverages) is replaced by the following:

This insurance does not apply to:

**f.** **(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous, or thermal irritant or contaminant including smoke, vapor, soot, fumes, acid, alkalis, chemicals and waste. Waste includes material to be recycled, reconditioned or reclaimed.

CG 21 49 10 93                Copyright, Insurance Services Office, Inc., 1992

**Commercial General Liability**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

It is agreed that the following descriptions of operations are included and apply to the schedule of endorsement CG 21 42 Exclusion-Explosion, Collapse, and Underground Property Damage Hazard which is made a part of this policy.

**Schedule**

| Descriptions Of Operations | Excluded Hazards |
|---|---|
| **Blasting Operations** | Explosion |
| **Contractors Equipment** - cranes, derricks, power shovels and equipment incidental thereto - rented to others with operators | Explosion |
| earth moving equipment other than cranes, derricks and power shovels - rented to others with operators | |
| steam boilers, compressors, air pressure tanks, pneumatic tools and equipment incidental thereto - rented to others with operators. | Explosion |
| **Excavation** | Explosion |
| **Grading of Land** | Explosion |
| **Landscape Gardening** | Explosion |
| **Sand or Gravel Digging** | Explosion |
| **Sewer Mains or Connections Construction** | Explosion |
| **Street or Road Construction or Reconstruction** | Explosion |
| **Street or Road Paving or Repaving, Surfacing or Resurfacing or Scraping** | Explosion |
| **Water Mains or Connections Construction** | Explosion |
| **Welding or Cutting** | Explosion |

64-1641 (1/97)

# WITH ACCURATE RECORD KEEPING, YOU CAN HELP CONTROL YOUR INSURANCE COSTS!

## AUDITS

Your policy premium was estimated because it is based on payroll and/or sales amounts which fluctuate throughout the year. As a result, your policy is subject to audit at the end of the coverage period to determine whether we must charge you additional premium or return any excess premium you paid.

## CERTIFICATES OF INSURANCE

If you have contractors perform work for you, it is vital that you obtain a certificate of insurance from them proving they have valid Workers Compensation insurance for the state in which they conducted the operations. Most state Workers Compensation Acts require that we charge you to provide the coverage when there is no proof that the contractor carries valid insurance.

For General Liability, the coverage must be appropriate for the operations being conducted and the limits must be at least $300,000 per occurrence, or if less than $300,000, equal to your limit of liability. If no Certificate is available, and/or your contractor does not meet the described limit liability requirements, we will charge you full liability rates.

## PAYROLL CLASSIFICATIONS

We want to help control your insurance costs. To do that, you need to keep records for the specific operations you conduct. For example, many contracting classifications allow division of payroll by type of work when separate payroll records are maintained. The same applies to certain products, allowing the receipts or payroll for installation or service to apply at different rates. Estimates and percentages cannot be used — your records must reflect actual payroll by type of work. Without this specific record keeping, we must charge the highest rated classification.

## OTHER PAYROLL INFORMATION

Many policies base premiums on payroll. This includes wages, commissions, bonuses, overtime, paid holidays, sick time, vacation, fair market value of food or lodging furnished by the employer or allowance for tools furnished by the employee and used in his work.

Many states also permit an overtime deduction which varies if time and a half or double time is paid. Be certain to keep payroll records documenting such payments.

If you are the sole proprietor or executive officer and are covered under your policy, please keep this information separate because there may be a payroll limitation or a fixed payroll applicable to you regardless of your actual earnings.

---

Thank you for the opportunity to provide you with insurance coverage. We hope that this letter helps you minimize your insurance costs. If you have any questions, please contact your insurance agent.

# IMPORTANT NOTICE TO POLICYHOLDERS
## COMMERCIAL GENERAL LIABILITY

THIS NOTICE IS NOT YOUR POLICY. IT MERELY SUMMARIZES SOME OF THE MAJOR CHANGES FOUND IN NEW EDITIONS OF THE COMMERCIAL GENERAL LIABILITY FORMS. READ YOUR POLICY CAREFULLY TO DETERMINE WHAT IS AND WHAT IS NOT COVERED. ONLY THE PROVISIONS OF YOUR POLICY DETERMINE THE SCOPE OF YOUR INSURANCE PROTECTION. YOU ARE URGED TO REVIEW THIS INFORMATION. IF YOU HAVE ANY QUESTIONS, CONTACT YOUR AGENT.

---

## BROADENED COVERAGES

**CG 00 01 -- Commercial General Liability Coverage Form**

**CG 00 09 -- Owners and Contractors Protective Liability Coverage Form**

**CG 28 07 -- Principals Protective Liability**

- These are revised to broaden coverage with respect to liability of leased workers. Two new definitions ("employee" and "leased worker") have been added to give leased workers the same status (both coverage and exclusions) under the CGL program as the traditional employee.

**CG 00 01 -- Commercial General Liability Coverage Form**

- This coverage form is revised to broaden coverage with respect to the "insured contract" definition. Previously, the exception to paragraph f. applied to any person or organization. There is now coverage for liability assumed in contracts or agreements that indemnify persons or organizations other than a railroad for injury or damage arising out of construction or demolition operations within 50 feet of railroad property and affecting such property.

**CG 03 00 -- Deductible Liability Insurance**

- There is broadening in coverage in this endorsement when a loss exceeds the occurence limit. Previously deductibles reduced both damages and limits. Under the revised endorsement only damages will be reduced by the deductible.

**CG 20 23 -- Additional Insured - Executors, Administrators, Trustees or Beneficiaries**

- This endorsement now provides coverage to executors, administrators, trustees or beneficiaries of an insured's living trust while acting within the scope of their duties as such. Previously, coverage applied only to the estate.

**CG 22 65 -- Optical and Hearing Aid Establishments**

- Coverage in this endorsement is broadened to provide that employees of optical and hearing aid establishments will be covered for their liability arising out of rendering or failure to render professional health care services with respect to optometry or optical or hearing aid services.

**CG 22 69 -- Druggists**

- Coverage in this endorsement is broadened to provide that employees of druggists will be covered for their liability arising out of rendering or failure to render professional health care services as pharmacists.

## RESTRICTIONS IN COVERAGE

**CG 20 21 -- Additional Insured - Volunteers**

**CG 20 22 -- Additional Insured - Church Members, Officers and Volunteer Workers**

- These endorsements are revised to include the consequential injury, third-party action-over and professional health care exclusions to provide for consistency with the CGL policy. In addition, there is no coverage for volunteer workers with respect to "personal injury" to other volunteer workers, the Named Insured, the Named Insured's employees and the Named Insured's partners and members.

NATIONAL GRANGE MUTUAL INS. CO.                    INSURED
55 WEST STREET
KEENE   NEW HAMPSHIRE   03431


                    COMMERCIAL INLAND MARINE DECLARATIONS


ROBERT & JEAN JUDSON                    POLICY NUMBER: MSJ13691
                                        ACCOUNT NUMBER: CACJ13691
BOX 52                                  ENTITY:        INDIVIDUAL
SUTTON, MA   01590                      POLICY EFF:    09/20/97
                                        RENEWAL OF:
AGENT:THOMAS J WOODS INS AGCY INC       NUMBER:        200158
AGENT PHONE : 508 755 8992

---

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS
POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

---

1.NAMED INSURED:    ROBERT & JEAN JUDSON


2.MAILING ADDRESS: BOX 52
                   SUTTON, MA   01590

3.POLICY TERM:  12
    INCEPTION: 09/20/97
   EXPIRATION: 09/20/98

4.COMMERCIAL INLAND MARINE COVERAGE PART:
   BUILDERS RISK COVERAGE
   CONTRACTORS EQUIPMENT COVERAGE




5.LIMITS OF INSURANCE
   A. REFER TO ATTACHED SCHEDULE FOR LIMITS PROVIDED  ☒

   B. PROPERTY AT YOUR PREMISES
      We cover only at the following
      described premises:              Description of      IN         OUTSIDE
                                       Property/Rate    BUILDING     BUILDING
      Address:




   C. PROPERTY AT OTHER PREMISES YOU ACQUIRE
      This limit applies at each premises. Coverage
      applies only for 30 days after you acquire
      the premises.                                                $


   D. PROPERTY IN TRANSIT                                          $

**NATIONAL GRANGE MUTUAL INS. CO.**

**ROBERT & JEAN JUDSON**

POLICY NUMBER:  MSJ13691
ACCOUNT NUMBER: CACJ13691
ENTITY:         INDIVIDUAL
POLICY EFF:     09/20/97
NUMBER:         200158

**AGENT:THOMAS J WOODS INS AGCY INC**

INLAND MARINE FORM SCHEDULE

Forms and Endorsements which apply to the specified Coverage Part and are made a part of this policy at time of issue:

|   | Form | Edition | Description |
|---|------|---------|-------------|
| * | 64-N545 | 0592 | BUILDERS RISK COVERAGE - SPECIAL FORM SCHEDULE |
|   | 64-N546 | 0592 | BUILDERS RISK COVERAGE - SPECIAL FORM |
| * | 64-N548 | 0592 | CONTRACTORS EQUIPMENT COVERAGE - SCHEDULE |
|   | 64-N550 | 0592 | CONTRACTORS EQUIPMENT COVERAGE - SPECIAL FORM |
|   | CM0001 | 1091 | COMMERCIAL INLAND MARINE CONDITIONS |

* DENOTES POLICY FORMS THAT ARE BEING ADDED TO THE POLICY FOR THE FIRST TIME OR THAT HAVE CHANGED SINCE THIS POLICY WAS ISSUED. ONLY FORMS WITH AN * ARE ENCLOSED WITH THIS TRANSACTION. ALL OTHER FORMS, AGREEMENTS, AND CONDITIONS LISTED CONTINUE TO APPLY

NATIONAL GRANGE MUTUAL INS. CO.

ROBERT & JEAN JUDSON

| | |
|---|---|
| POLICY NUMBER | MSJ13691 |
| ACCOUNT NUMBER | CACJ13691 |
| ENTITY | INDIVIDUAL |
| POLICY EFF | 09/20/97 |
| NUMBER: | 200158 |

AGENT: THOMAS J WOODS INS AGCY INC

**COVERAGE SUMMARY**

CONTRACTOR'S EQUIPMENT COVERAGE _____ BROAD __X__ SPECIAL

| Item Number | Description of Property | Limit of Insurance |
|---|---|---|
| 1. | 1987 JCB BACKHOE | $15,000. |
| 2. | FOHER STL PORTABLE SCREEN ING PLANT #940 W/HATZ DIESEL ENGINE #901792013386 | 25,000. |

|  | | |
|---|---|---|
| Total: $ | 40,000 |

All Covered Property at All Locations:                    $        40,000

Rate:      $  1.360

Premium: $          544

Minimum Premium: $          100

Loss Payee (if any):

NATIONAL GRANGE MUTUAL INS. CO.                    INSURED
55 WEST STREET
KEENE   NEW HAMPSHIRE   03431


ROBERT & JEAN JUDSON                    POLICY NUMBER:  MSJ13691
                                        ACCOUNT NUMBER: CACJ13691
BOX 52                                  ENTITY:         INDIVIDUAL
SUTTON, MA   01590                      POLICY EFF:     09/20/97
                                        NUMBER:         200158
AGENT:THOMAS J WOODS INS AGCY INC
AGENT PHONE : 508 755 8992

| | | | | |
|---|---|---|---|---|
| EFFECTIVE DATE: | 09/20/97 | | EARNED FACTOR: | .162 |
| EXPIRATION DATE: | 09/20/98 | | UNEARNED FACTOR: | .838 |
| MID TERM CHA DATE: | 11/18/97 | | EXPIRED DAYS:  59 | |

THIS SECTION SHOWS ONLY PREMIUMS REVISED AS A RESULT OF THE MID TERM CHA
TRANSACTION DESCRIBED BELOW.

| COVERAGE | NEW FULL TERM PREMIUM | ORIGINAL FULL TERM PREMIUM | PRO RATE PREMIUM |
|---|---|---|---|
| CONTRACTORS | | | |
| OMNIBUS | | | |
| AUTO | | | |
| CRIME | | | |
| GENERAL LIABILITY | 3,363.00 | 3,363.00 | |
| INLAND MARINE | 544.00 | 904.00 | -302.00 |
| PROPERTY | | | |
| TOTAL | 3,907.00 | 4,267.00 | -302.00 |

DESCRIPTION OF CHANGE
MTC #1
DELETING BUILDERS RISK COVERAGE.

```
NATIONAL GRANGE MUTUAL INS. CO.                    INSURED
55 WEST STREET
KEENE   NEW HAMPSHIRE   03431


ROBERT & JEAN JUDSON                    POLICY NUMBER:  MSJ13691
                                        ACCOUNT NUMBER: CACJ13691
BOX 52                                  ENTITY:         INDIVIDUAL
SUTTON, MA   01590                      POLICY EFF:     09/20/97
                                        NUMBER:         200158
AGENT:THOMAS J WOODS INS AGCY INC
AGENT PHONE : 508 755 8992
```

| | | | |
|---|---|---|---|
| EFFECTIVE DATE: | 09/20/97 | EARNED FACTOR: | .200 |
| EXPIRATION DATE: | 09/20/98 | UNEARNED FACTOR: | .800 |
| MID TERM CHA DATE: | 12/02/97 | EXPIRED DAYS: | 73 |

THIS SECTION SHOWS ONLY PREMIUMS REVISED AS A RESULT OF THE MID TERM CHA
TRANSACTION DESCRIBED BELOW.

| COVERAGE | NEW FULL TERM PREMIUM | ORIGINAL FULL TERM PREMIUM | PRO RATE PREMIUM |
|---|---|---|---|
| CONTRACTORS | | | |
| OMNIBUS | | | |
| AUTO | | | |
| CRIME | | | |
| GENERAL LIABILITY | 3,363.00 | 3,363.00 | |
| INLAND MARINE | 904.00 | 544.00 | 288.00 |
| PROPERTY | | | |
| TOTAL | 4,267.00 | 3,907.00 | 288.00 |

DESCRIPTION OF CHANGE
MTC #2
ADDING BUILDERS RISK COVERAGE PER THE ATTACHED REVISED
SCHEDULES.

```
64-7989 (11/94) DATE - 12/30/97   MID TERM CHA   JJ
```

**NATIONAL GRANGE MUTUAL INS. CO.**

**ROBERT & JEAN JUDSON**

```
POLICY NUMBER:  MSJ13691
ACCOUNT NUMBER: CACJ13691
ENTITY:         INDIVIDUAL
POLICY EFF:     09/20/97
NUMBER:         200158
```

**AGENT:THOMAS J WOODS INS AGCY INC**

## INLAND MARINE FORM SCHEDULE

Forms and Endorsements which apply to the specified Coverage Part and are made a part of this policy at time of issue:

| | Form | Edition | Description |
|---|---|---|---|
| * | 64-N545 | 0592 | BUILDERS RISK COVERAGE - SPECIAL FORM SCHEDULE |
| | 64-N546 | 0592 | BUILDERS RISK COVERAGE - SPECIAL FORM |
| | 64-N548 | 0592 | CONTRACTORS EQUIPMENT COVERAGE - SCHEDULE |
| | 64-N550 | 0592 | CONTRACTORS EQUIPMENT COVERAGE - SPECIAL FORM |
| | CM0001 | 1091 | COMMERCIAL INLAND MARINE CONDITIONS |

* DENOTES POLICY FORMS THAT ARE BEING ADDED TO THE POLICY FOR THE FIRST TIME OR THAT HAVE CHANGED SINCE THIS POLICY WAS ISSUED. ONLY FORMS WITH AN * ARE ENCLOSED WITH THIS TRANSACTION. ALL OTHER FORMS, AGREEMENTS, AND CONDITIONS LISTED CONTINUE TO APPLY

NATIONAL GRANGE MUTUAL INS. CO.                    INSURED
55 WEST STREET
KEENE   NEW HAMPSHIRE   03431


ROBERT & JEAN JUDSON                     POLICY NUMBER:  MSJ13691
                                         ACCOUNT NUMBER: CACJ13691
BOX 52                                   ENTITY:         INDIVIDUAL
SUTTON, MA   01590                       POLICY EFF:     09/20/97
                                         NUMBER:         200158

AGENT:THOMAS J WOODS INS AGCY INC
AGENT PHONE : 508 755 8992

| EFFECTIVE DATE: | 09/20/97 | EARNED FACTOR: | .723 |
| EXPIRATION DATE: | 09/20/98 | UNEARNED FACTOR: | .277 |
| MID TERM CHA DATE: | 06/11/98 | EXPIRED DAYS: | 264 |

THIS SECTION SHOWS ONLY PREMIUMS REVISED AS A RESULT OF THE MID TERM CHA
TRANSACTION DESCRIBED BELOW.

| COVERAGE | NEW FULL TERM PREMIUM | ORIGINAL FULL TERM PREMIUM | PRO RATE PREMIUM |
|---|---|---|---|
| CONTRACTORS | | | |
| OMNIBUS | | | |
| AUTO | | | |
| CRIME | | | |
| GENERAL LIABILITY | 3,363.00 | 3,363.00 | |
| INLAND MARINE | 2,749.00 | 904.00 | 511.00 |
| PROPERTY | | | |
| TOTAL | 6,112.00 | 4,267.00 | 511.00 |

DESCRIPTION OF CHANGE
MTC #3
AMENDING BUILDERS RISK LOT #2 31 LACKEY ROAD, SUTTON MA
VLAUE TO $150,000. IN LIEU OF $50,000. ADDING #25
LACKEY ROAD, SUTTON MA. VALUED AT $150,000. SEE REVISED
64-N545.

64-7989 (11/94) DATE - 07/07/98   MID TERM CHA   KC

NATIONAL GRANGE MUTUAL INS. CO.

ROBERT & JEAN JUDSON

POLICY NUMBER: MSJ13691
ACCOUNT NUMBER: CACJ13691
ENTITY:        INDIVIDUAL
POLICY EFF:    09/20/97
NUMBER:        200158

AGENT:THOMAS J WOODS INS AGCY INC

## INLAND MARINE FORM SCHEDULE

Forms and Endorsements which apply to the specified Coverage Part and are made a part of this policy at time of issue:

| | Form | Edition | Description |
|---|---|---|---|
| * | 64-N545 | 0592 | BUILDERS RISK COVERAGE - SPECIAL FORM SCHEDULE |
| | 64-N546 | 0592 | BUILDERS RISK COVERAGE - SPECIAL FORM |
| | 64-N548 | 0592 | CONTRACTORS EQUIPMENT COVERAGE - SCHEDULE |
| | 64-N550 | 0592 | CONTRACTORS EQUIPMENT COVERAGE - SPECIAL FORM |
| | CM0001 | 1091 | COMMERCIAL INLAND MARINE CONDITIONS |

* DENOTES POLICY FORMS THAT ARE BEING ADDED TO THE POLICY FOR THE FIRST TIME OR THAT HAVE CHANGED SINCE THIS POLICY WAS ISSUED. ONLY FORMS WITH AN * ARE ENCLOSED WITH THIS TRANSACTION. ALL OTHER FORMS, AGREEMENTS, AND CONDITIONS LISTED CONTINUE TO APPLY

```
NATIONAL GRANGE MUTUAL INS. CO.                    INSURED
55 WEST STREET
KEENE  NEW HAMPSHIRE   03431


ROBERT & JEAN JUDSON                    POLICY NUMBER:  MSJ13691
                                        ACCOUNT NUMBER: CACJ13691
BOX 52                                  ENTITY:         INDIVIDUAL
SUTTON, MA   01590                      POLICY EFF:     09/20/97
                                        NUMBER:         200158
AGENT:THOMAS J WOODS INS AGCY INC
AGENT PHONE : 508 755 8992
```

| EFFECTIVE DATE: | 09/20/97 | EARNED FACTOR: | .723 |
|---|---|---|---|
| EXPIRATION DATE: | 09/20/98 | UNEARNED FACTOR: | .277 |
| MID TERM CHA DATE: | 06/11/98 | EXPIRED DAYS: | 264 |

THIS SECTION SHOWS ONLY PREMIUMS REVISED AS A RESULT OF THE MID TERM CHA
TRANSACTION DESCRIBED BELOW.

| COVERAGE | NEW FULL TERM PREMIUM | ORIGINAL FULL TERM PREMIUM | PRO RATE PREMIUM |
|---|---|---|---|
| CONTRACTORS | | | |
| OMNIBUS | | | |
| AUTO | | | |
| CRIME | | | |
| GENERAL LIABILITY | 3,363.00 | 3,363.00 | |
| INLAND MARINE | 2,749.00 | 2,749.00 | |
| PROPERTY | | | |
| TOTAL | 6,112.00 | 6,112.00 | WAIVED |

```
DESCRIPTION OF CHANGE
MTC #2
ADDING MILLBURY NATIONAL BANK AS MORTGAGEE PER THE
ATTACHED REVISED FORM 64-N545. FORM 64-N351 IS ATTACHED
AND APPLIES.
```

64-7989 (11/94) DATE - 09/01/98   MID TERM CHA   JJ

NATIONAL GRANGE MUTUAL INS. CO.

ROBERT & JEAN JUDSON

| | |
|---|---|
| POLICY NUMBER: | MSJ13691 |
| ACCOUNT NUMBER: | CACJ13691 |
| ENTITY: | INDIVIDUAL |
| POLICY EFF: | 09/20/97 |
| NUMBER: | 200158 |

AGENT:THOMAS J WOODS INS AGCY INC

## INLAND MARINE FORM SCHEDULE

Forms and Endorsements which apply to the specified Coverage Part and are made a part of this policy at time of issue:

| | Form | Edition | Description |
|---|---|---|---|
| * | 64-N545 | 0592 | BUILDERS RISK COVERAGE - SPECIAL FORM SCHEDULE |
| | 64-N546 | 0592 | BUILDERS RISK COVERAGE - SPECIAL FORM |
| | 64-N548 | 0592 | CONTRACTORS EQUIPMENT COVERAGE - SCHEDULE |
| | 64-N550 | 0592 | CONTRACTORS EQUIPMENT COVERAGE - SPECIAL FORM |
| | CM0001 | 1091 | COMMERCIAL INLAND MARINE CONDITIONS |
| * | 64-N351 | 0592 | IM LOSS PAYABLE CLAUSE |

* DENOTES POLICY FORMS THAT ARE BEING ADDED TO THE POLICY FOR THE FIRST TIME OR THAT HAVE CHANGED SINCE THIS POLICY WAS ISSUED. ONLY FORMS WITH AN * ARE ENCLOSED WITH THIS TRANSACTION. ALL OTHER FORMS, AGREEMENTS, AND CONDITIONS LISTED CONTINUE TO APPLY

COMMERCIAL INLAND MARINE

## INLAND MARINE
## LOSS PAYABLE CLAUSE

This endorsement modifies insurance provided under the following:

COMMERCIAL ARTICLES COVERAGE FORM

PHYSICIANS & SURGEONS EQUIPMENT COVERAGE FORM

SIGNS COVERAGE FORM

SCHEDULED PROPERTY FLOATER POLICY

CONTRACTOR'S EQUIPMENT COVERAGE FORM

INSTALLATION FLOATER

PROPERTY FLOATER

TRANSPORTATION COVERAGE FORM

TRIP TRANSIT COVERAGE FORM

A. We will pay you and the loss payee named in the policy for "loss" to a covered property as interest may appear.

B. The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

C. We may cancel the policy as allowed by the CANCELLATION Common Policy Condition.

Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy we will mail you and the loss payee the same advance notice.

D. If we make any payments to the loss payee, we will obtain his or her rights against any other party.

64-N351 (5/92)

NATIONAL GRANGE MUTUAL INS. CO.                    INSURED
55 WEST STREET
KEENE   NEW HAMPSHIRE   03431


COMMON POLICY DECLARATIONS



ROBERT & JEAN JUDSON                    POLICY NUMBER: MSJ13691
                                        ACCOUNT NUMBER: CACJ13691
BOX 52                                  ENTITY:        INDIVIDUAL
SUTTON, MA   01590                      POLICY EFF:    09/20/97
                                        RENEWAL OF:
                                        NUMBER:        200158

AGENT:THOMAS J WOODS INS AGCY INC
AGENT PHONE : 508 755 8992
_____
                    POLICYHOLDER INFORMATION
_____
NAMED INSURED:   ROBERT & JEAN JUDSON


MAILING ADDRESS: BOX 52
                 SUTTON, MA   01590

POLICY TERM:  1
  INCEPTION: 09/20/97          12:01 A.M. STANDARD TIME AT THE ADDRESS
  EXPIRATION: 09/20/98         OF THE NAMED INSURED STATED ABOVE.

NAMED INSUREDS BUSINESS: EXCAVATION CONTRACTOR

IN RETURN FOR THE PAYMENT OF THE PREMIUM AND SUBJECT TO THE TERMS OF THIS
POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS
COVERAGE.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM
IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| | | |
|---|---|---|
| COMMERCIAL AUTO COVERAGE PART | | |
| COMMERCIAL CRIME COVERAGE PART | | |
| COMMERCIAL GENERAL LIABILITY COVERAGE PART | $ | 3,363 |
| COMMERCIAL INLAND MARINE COVERAGE PART | $ | 1,984 |
| COMMERCIAL PROPERTY COVERAGE PART | $ | |
| | | |
| TOTAL | $ | 5,347 |

        PREMIUM SHOWN IS PAYABLE:    $      5,347   AT INCEPTION.



_____
FORM NUMBERS OF COVERAGES AND ENDORSEMENTS APPLICABLE TO THIS COVERAGE PART
ARE SHOWN ON THE ATTACHED SCHEDULE
_____

COUNTERSIGNED _____     BY _____

64-7985 (1/88)        11/06/98      MID TERM CHA   KC

NATIONAL GRANGE MUTUAL INS. CO.                    INSURED
55 WEST STREET
KEENE   NEW HAMPSHIRE   03431


ROBERT & JEAN JUDSON                    POLICY NUMBER:  MSJ13691
                                        ACCOUNT NUMBER: CACJ13691
BOX 52                                  ENTITY:         INDIVIDUAL
SUTTON, MA   01590                      POLICY EFF:     09/20/97
                                        NUMBER:         200158
AGENT:THOMAS J WOODS INS AGCY INC
AGENT PHONE : 508 755 8992

| EFFECTIVE DATE: | 09/20/97 | EARNED FACTOR: | .951 |
| EXPIRATION DATE: | 09/20/98 | UNEARNED FACTOR: | .049 |
| MID TERM CHA DATE: | 09/02/98 | EXPIRED DAYS: | 347 |

THIS SECTION SHOWS ONLY PREMIUMS REVISED AS A RESULT OF THE MID TERM CHA
TRANSACTION DESCRIBED BELOW.

| COVERAGE | NEW FULL TERM PREMIUM | ORIGINAL FULL TERM PREMIUM | PRO RATE PREMIUM |
|---|---|---|---|
| CONTRACTORS | | | |
| OMNIBUS | | | |
| AUTO | | | |
| CRIME | | | |
| GENERAL LIABILITY | 3,363.00 | 3,363.00 | |
| INLAND MARINE | 1,984.00 | 2,749.00 | -37.00 |
| PROPERTY | | | |
| TOTAL | 5,347.00 | 6,112.00 | -37.00 |

DESCRIPTION OF CHANGE
MTC #5
ADDING 37 LACKEY ROAD LOT #1 SUTTON MA DELETING 25
LACKEY ROAD SUTTON MA SEE REVISED 64-N545.

64-7989 (11/94) DATE - 11/06/98   MID TERM CHA  KC

**NATIONAL GRANGE MUTUAL INS. CO.**

**ROBERT & JEAN JUDSON**

POLICY NUMBER:  MSJ13691
ACCOUNT NUMBER: CACJ13691
ENTITY:          INDIVIDUAL
POLICY EFF:      09/20/97
NUMBER:          200158

**AGENT:THOMAS J WOODS INS AGCY INC**

COMMERCIAL PACKAGE POLICY FORM SCHEDULE
_____

Forms and Endorsements which apply to the specified Coverage Part and are
made a part of this policy at time of issue:

| Form | Edition | Description |
|------|---------|-------------|
| IL0017 | 1185 | COMMON POLICY CONDITIONS |
| 60-7195 | 0392 | PARTICIPATION CLAUSE AND COMPANY SIGNATURES |

* DENOTES POLICY FORMS THAT ARE BEING ADDED TO THE POLICY FOR THE FIRST TIME
OR THAT HAVE CHANGED SINCE THIS POLICY WAS ISSUED. ONLY FORMS WITH AN * ARE
ENCLOSED WITH THIS TRANSACTION. ALL OTHER FORMS, AGREEMENTS, AND CONDITIONS
LISTED CONTINUE TO APPLY

11/06/98   MID TERM CHA  KC

NATIONAL GRANGE MUTUAL INS. CO.                          INSURED
55 WEST STREET
KEENE   NEW HAMPSHIRE   03431


ROBERT & JEAN JUDSON                   POLICY NUMBER:  MSJ13691
                                       ACCOUNT NUMBER: CACJ13691
                                       ENTITY:         INDIVIDUAL
                                       POLICY EFF:     09/20/97
                                       NUMBER:         200158
AGENT:THOMAS J WOODS INS AGCY INC
AGENT PHONE : 508 755 8992

---

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

1. LIMITS OF LIABILITY

| | |
|---|---:|
| General Aggregate Limit | $ 1,000,000 |
| Products-Completed Operations Aggregate Limit | $ 1,000,000 |
| Personal and Advertising Injury Limit | $ 500,000 |
| Each Occurrence Limit | $ 500,000 |
| Fire Damage Limit - Any One Fire | $ 50,000 |
| Medical Expense Limit - Any One Person | $ 5,000 |

---

2. BUSINESS DESCRIPTION AND LOCATION OF PREMISES

   ENTITY:   SEE ABOVE.
   NAMED INSUREDS BUSINESS: **EXCAVATION CONTRACTOR**
   LOCATION OF ALL PREMISES YOU OWN, RENT OR OCCUPY: SEE ATTACHED SCHEDULE.

---

3. PREMIUM

| CLASSIFICATION | CODE NO. | PREMIUM BASIS | RATE PR/CO | OTHER | ADVANCE PREMIUM PR/CO | OTHER |
|---|---|---|---|---|---|---|
| SEE ATTACHED SCHEDULE | | | | | | |

                                 TOTAL ADVANCE PREMIUM $        3,363

---

4. ( X ) IF DESIGNATED BY (X), IN CONSIDERATION OF A REDUCED PREMIUM CHARGE,
   EXPLOSION, COLLAPSE AND UNDERGROUND PROPERTY DAMAGE HAZARDS ARE EXCLUDED
   IN ACCORDANCE WITH ENDORSEMENT CG 2142 AND SCHEDULE 64-1641.

---

5. FORMS AND ENDORSEMENTS APPLYING TO THIS COVERAGE PART AND MADE PART OF
   THIS POLICY AT TIME OF ISSUANCE: SEE ATTACHED SCHEDULE.

---

64-7983 (1/88)       11/06/98  MID TERM CHA    KC

NATIONAL GRANGE MUTUAL INS. CO.


ROBERT & JEAN JUDSON                    POLICY NUMBER: MSJ13691
                                        ACCOUNT NUMBER: CACJ13691
                                        ENTITY:        INDIVIDUAL
                                        POLICY EFF:    09/20/97
                                        NUMBER:        200158

AGENT:THOMAS J WOODS INS AGCY INC


## LIABILITY FORM SCHEDULE

Forms and Endorsements which apply to the specified Coverage Part and are
made a part of this policy at time of issue:

| Form | Edition | Description |
|------|---------|-------------|
| CG2142 | 1185 | EXCLUSION-EXPL.,COLLA.& UNDERGROUND PD HAZARD(SP.OPER.) |
| CG2151 | 0989 | AMENDMENT OF LIQUOR LIABILITY EXCL-EXCEPTION FOR SCHED. |
| IL0021 | 1194 | BROAD FORM NUCLEAR EXCLUSION ENDORSEMENT |
| CG0001 | 1093 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG2147 | 1093 | EMPLOYEE RELATED PRACTICE |
| CG2149 | 1093 | TOTAL POLLUTION EXCLUSION ENDORSEMENT |
| 64-1641 | 0197 | XCU EXCLUSION DESCRIPTION |

* DENOTES POLICY FORMS THAT ARE BEING ADDED TO THE POLICY FOR THE FIRST TIME
OR THAT HAVE CHANGED SINCE THIS POLICY WAS ISSUED. ONLY FORMS WITH AN * ARE
ENCLOSED WITH THIS TRANSACTION. ALL OTHER FORMS, AGREEMENTS, AND CONDITIONS
LISTED CONTINUE TO APPLY


          11/06/98   MID TERM CHA  KC

```
NATIONAL GRANGE MUTUAL INS. CO.                    INSURED
55 WEST STREET
KEENE  NEW HAMPSHIRE  03431
```

## COMMERCIAL INLAND MARINE DECLARATIONS

```
ROBERT & JEAN JUDSON                    POLICY NUMBER: MSJ13691
                                        ACCOUNT NUMBER: CACJ13691
BOX 52                                  ENTITY:         INDIVIDUAL
SUTTON, MA  01590                       POLICY EFF:     09/20/97
                                        RENEWAL OF:
AGENT:THOMAS J WOODS INS AGCY INC       NUMBER:         200158
AGENT PHONE : 508 755 8992
```

---

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS
POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

---

1.NAMED INSURED:   ROBERT & JEAN JUDSON

2.MAILING ADDRESS: BOX 52
                   SUTTON, MA  01590

3.POLICY TERM:  1
    INCEPTION: 09/20/97
   EXPIRATION: 09/20/98

4.COMMERCIAL INLAND MARINE COVERAGE PART:
   BUILDERS RISK COVERAGE
   CONTRACTORS EQUIPMENT COVERAGE

5.LIMITS OF INSURANCE
   A. REFER TO ATTACHED SCHEDULE FOR LIMITS PROVIDED  ☒

   B. PROPERTY AT YOUR PREMISES
      We cover only at the following
      described premises:          Description of        IN          OUTSIDE
                                   Property/Rate      BUILDING      BUILDING
      Address:

   C. PROPERTY AT OTHER PREMISES YOU ACQUIRE
      This limit applies at each premises. Coverage
      applies only for 30 days after you acquire
      the premises.                                      $

   D. PROPERTY IN TRANSIT                                 $

64-7826 (5/92)        11/06/98        MID TERM CHA   KC

NATIONAL GRANGE MUTUAL INS. CO.


ROBERT & JEAN JUDSON                         POLICY NUMBER:  MSJ13691
                                             ACCOUNT NUMBER: CACJ13691
                                             ENTITY:         INDIVIDUAL
                                             POLICY EFF:     09/20/97
                                             NUMBER:         200158

AGENT:THOMAS J WOODS INS AGCY INC


INLAND MARINE FORM SCHEDULE
_____

Forms and Endorsements which apply to the specified Coverage Part and are
made a part of this policy at time of issue:

|   | Form | Edition | Description |
|---|------|---------|-------------|
| * | 64-N545 | 0592 | BUILDERS RISK COVERAGE - SPECIAL FORM SCHEDULE |
|   | 64-N546 | 0592 | BUILDERS RISK COVERAGE - SPECIAL FORM |
|   | 64-N548 | 0592 | CONTRACTORS EQUIPMENT COVERAGE - SCHEDULE |
|   | 64-N550 | 0592 | CONTRACTORS EQUIPMENT COVERAGE - SPECIAL FORM |
|   | CM0001 | 1091 | COMMERCIAL INLAND MARINE CONDITIONS |
|   | 64-N351 | 0592 | IM LOSS PAYABLE CLAUSE |

* DENOTES POLICY FORMS THAT ARE BEING ADDED TO THE POLICY FOR THE FIRST TIME
OR THAT HAVE CHANGED SINCE THIS POLICY WAS ISSUED. ONLY FORMS WITH AN * ARE
ENCLOSED WITH THIS TRANSACTION. ALL OTHER FORMS, AGREEMENTS, AND CONDITIONS
LISTED CONTINUE TO APPLY

NATIONAL GRANGE MUTUAL INS. CO.

ROBERT & JEAN JUDSON

POLICY NUMBER    MSJ13691
ACCOUNT NUMBER   CACJ13691
ENTITY           INDIVIDUAL
POLICY EFF       09/20/97
NUMBER:          200158

AGENT:THOMAS J WOODS INS AGCY INC

**COVERAGE SUMMARY**

BUILDER'S RISK COVERAGE - SPECIAL FORM

| Property at Construction Premises (address) | LIMIT OF INSURANCE |
|---|---|
| 37 LACKEY ROAD LOT #1 SUTTON MA | $    50,000 |
| | $ |
| | $ |
| Property At Any Temporary Storage Location and not At Any Construction Premises: | $ |
| Property in Transit: | $ |
| All Covered Property in Any One Occurrence | $  50,000 |

Rate:           .720

Premium:    $           360

Minimum Premium:  $        INCL

Loss Payable:
Loss (if any) is payable to:

64-N545 (5/92)    11/06/98    MID TERM CHA   KC

NATIONAL GRANGE MUTUAL INS. CO.                    INSURED
55 WEST STREET
KEENE   NEW HAMPSHIRE   03431


ROBERT & JEAN JUDSON                     POLICY NUMBER: MSJ13691
                                         ACCOUNT NUMBER: CACJ13691
BOX 52                                   ENTITY:         INDIVIDUAL
SUTTON, MA   01590                       POLICY EFF:     09/20/97
                                         NUMBER:         200158

AGENT:THOMAS J WOODS INS AGCY INC
AGENT PHONE : 508 755 8992

| EFFECTIVE DATE: | 09/20/97 | EARNED FACTOR: | |
|---|---|---|---|
| EXPIRATION DATE: | 09/20/98 | UNEARNED FACTOR: | 1.000 |
| AUDIT         DATE: | 09/20/97 | EXPIRED DAYS: | |

THIS SECTION SHOWS ONLY PREMIUMS REVISED AS A RESULT OF THE AUDIT
TRANSACTION DESCRIBED BELOW.

| COVERAGE | NEW FULL TERM PREMIUM | ORIGINAL FULL TERM PREMIUM | PRO RATE PREMIUM |
|---|---|---|---|
| CONTRACTORS | | | |
| OMNIBUS | | | |
| AUTO | | | |
| CRIME | | | |
| GENERAL LIABILITY | 4,204.00 | 3,363.00 | 841.00 |
| INLAND MARINE | 1,984.00 | 1,984.00 | |
| PROPERTY | | | |
| TOTAL | 6,188.00 | 5,347.00 | 841.00 |

DESCRIPTION OF CHANGE
          NON RESPONSE TO AUDIT
REPORT OF AUDIT AND BILLING STATEMENT.

64-7989 (11/94) DATE - 12/09/98   AUDIT         JJ

NATIONAL GRANGE MUTUAL INS. CO.

ROBERT & JEAN JUDSON

POLICY NUMBER: MSJ13691
ACCOUNT NUMBER: CACJ13691
ENTITY:        INDIVIDUAL
POLICY EFF:    09/20/97
NUMBER:        200158

AGENT:THOMAS J WOODS INS AGCY INC

## REPORT OF AUDIT
## GENERAL LIABILITY SCHEDULE

| Classifications | Code No. | Premium Basis | Rates P/Ops | Pr/Co | Earned P/Ops | Premiums Pr/Co |
|---|---|---|---|---|---|---|
| STATE: MASSACHUSETTS | PREM 001 | BLD 001 | | | | |
| EXCAVATION | 94007 | 35750 PAYROLL | 83.752 | 8.736 | 2,994 | 312 |
| STATE: MASSACHUSETTS | PREM 001 | BLD 001 | | | | |
| CONTR-SUB-1/2 FAMILY DWELLING | 91583 | 250000 TOTAL COST | .444 | 3.147 | 111 | 787 |

| | |
|---|---|
| DEPOSIT PREMIUM - CHARGED AT INCEPTION | 3,363 |
| CHANGES IN PREMIUM - DURING POLICY PERIOD | 0 |
| CHARGED PREMIUM - TOTAL | 3,363 |

| | |
|---|---|
| AUDIT PREMIUM | 4,204 |
| TOTAL ADDITIONAL PREMIUM | 841 |

64-5108 (12/95)    12/09/98    AUDIT           JJ

NATIONAL GRANGE MUTUAL INS. CO.                    INSURED
55 WEST STREET
KEENE   NEW HAMPSHIRE   03431


                    COMMON POLICY DECLARATIONS




ROBERT & JEAN JUDSON                    POLICY NUMBER: MSJ13691
                                        ACCOUNT NUMBER: CACJ13691
BOX 52                                  ENTITY:        INDIVIDUAL
SUTTON, MA   01590                      POLICY EFF:    09/20/98
                                        RENEWAL OF:
                                        NUMBER:        200158

AGENT:THOMAS J WOODS INS AGCY INC
AGENT PHONE : 508 755 8992
_____
                    POLICYHOLDER INFORMATION
_____
NAMED INSURED:   ROBERT & JEAN JUDSON


MAILING ADDRESS: BOX 52
                 SUTTON, MA   01590

POLICY TERM:  12
  INCEPTION: 09/20/98          12:01 A.M. STANDARD TIME AT THE ADDRESS
 EXPIRATION: 09/20/99          OF THE NAMED INSURED STATED ABOVE.

NAMED INSUREDS BUSINESS: EXCAVATION CONTRACTOR

IN RETURN FOR THE PAYMENT OF THE PREMIUM AND SUBJECT TO THE TERMS OF THIS
POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS
COVERAGE.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM
IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

```
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART      $      3,363
COMMERCIAL INLAND MARINE COVERAGE PART          $      2,685
COMMERCIAL PROPERTY COVERAGE PART               $


                                       TOTAL    $      6,048
```

        PREMIUM SHOWN IS PAYABLE:   $      6,048   AT INCEPTION.


_____
FORM NUMBERS OF COVERAGES AND ENDORSEMENTS APPLICABLE TO THIS COVERAGE PART
ARE SHOWN ON THE ATTACHED SCHEDULE
_____

COUNTERSIGNED _____    BY _____

64-7985 (1/88)      08/11/98      RENEWAL      KC

NATIONAL GRANGE MUTUAL INS. CO.


ROBERT & JEAN JUDSON                    POLICY NUMBER: MSJ13691
                                        ACCOUNT NUMBER: CACJ13691
                                        ENTITY:        INDIVIDUAL
                                        POLICY EFF:    09/20/98
                                        NUMBER:        200158

AGENT:THOMAS J WOODS INS AGCY INC


### COMMERCIAL PACKAGE POLICY FORM SCHEDULE

Forms and Endorsements which apply to the specified Coverage Part and are made a part of this policy at time of issue:

| Form | Edition | Description |
|------|---------|-------------|
| IL0017 | 1185 | COMMON POLICY CONDITIONS |
| 60-7195 | 0392 | PARTICIPATION CLAUSE AND COMPANY SIGNATURES |

* DENOTES POLICY FORMS THAT ARE BEING ADDED TO THE POLICY FOR THE FIRST TIME OR THAT HAVE CHANGED SINCE THIS POLICY WAS ISSUED. ONLY FORMS WITH AN * ARE ENCLOSED WITH THIS TRANSACTION. ALL OTHER FORMS, AGREEMENTS, AND CONDITIONS LISTED CONTINUE TO APPLY


08/11/98    RENEWAL         KC

NATIONAL GRANGE MUTUAL INS. CO.                         INSURED
55 WEST STREET
KEENE   NEW HAMPSHIRE   03431


ROBERT & JEAN JUDSON                    POLICY NUMBER:  MSJ13691
                                        ACCOUNT NUMBER: CACJ13691
                                        ENTITY:         INDIVIDUAL
                                        POLICY EFF:     09/20/98
                                        NUMBER:         200158
AGENT:THOMAS J WOODS INS AGCY INC
AGENT PHONE : 508 755 8992

---

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

1. LIMITS OF LIABILITY
   General Aggregate Limit                            $  1,000,000
   Products-Completed Operations Aggregate Limit      $  1,000,000
   Personal and Advertising Injury Limit              $    500,000
   Each Occurrence Limit                              $    500,000
   Fire Damage Limit - Any One Fire                   $     50,000
   Medical Expense Limit - Any One Person             $      5,000

---

2. BUSINESS DESCRIPTION AND LOCATION OF PREMISES

   ENTITY:   SEE ABOVE.
   NAMED INSUREDS BUSINESS: EXCAVATION CONTRACTOR
   LOCATION OF ALL PREMISES YOU OWN, RENT OR OCCUPY: SEE ATTACHED SCHEDULE.

---

3. PREMIUM

| CLASSIFICATION | CODE NO. | PREMIUM BASIS | RATE PR/CO | OTHER | ADVANCE PR/CO | PREMIUM OTHER |
|---|---|---|---|---|---|---|
| SEE ATTACHED SCHEDULE | | | | | | |

                                        TOTAL ADVANCE PREMIUM $        3,363

---

4. ( X ) IF DESIGNATED BY (X), IN CONSIDERATION OF A REDUCED PREMIUM CHARGE,
   EXPLOSION, COLLAPSE AND UNDERGROUND PROPERTY DAMAGE HAZARDS ARE EXCLUDED
   IN ACCORDANCE WITH ENDORSEMENT CG 2142 AND SCHEDULE 64-1641.

---

5. FORMS AND ENDORSEMENTS APPLYING TO THIS COVERAGE PART AND MADE PART OF
   THIS POLICY AT TIME OF ISSUANCE: SEE ATTACHED SCHEDULE.

---

64-7983 (1/88)       08/11/98   RENEWAL              KC

**NATIONAL GRANGE MUTUAL INS. CO.**

**ROBERT & JEAN JUDSON**

POLICY NUMBER: MSJ13691
ACCOUNT NUMBER: CACJ13691
ENTITY:         INDIVIDUAL
POLICY EFF:     09/20/98
NUMBER:         200158

**AGENT:THOMAS J WOODS INS AGCY INC**

LIABILITY FORM SCHEDULE

Forms and Endorsements which apply to the specified Coverage Part and are made a part of this policy at time of issue:

| | Form | Edition | Description |
|---|---|---|---|
| * | CG2142 | 1185 | EXCLUSION-EXPL.,COLLA.& UNDERGROUND PD HAZARD(SP.OPER.) |
| * | CG2151 | 0989 | AMENDMENT OF LIQUOR LIABILITY EXCL-EXCEPTION FOR SCHED. |
| | IL0021 | 1194 | BROAD FORM NUCLEAR EXCLUSION ENDORSEMENT |
| | CG0001 | 1093 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| | CG2147 | 1093 | EMPLOYEE RELATED PRACTICE |
| | CG2149 | 1093 | TOTAL POLLUTION EXCLUSION ENDORSEMENT |
| | 64-1641 | 0197 | XCU EXCLUSION DESCRIPTION |

* DENOTES POLICY FORMS THAT ARE BEING ADDED TO THE POLICY FOR THE FIRST TIME OR THAT HAVE CHANGED SINCE THIS POLICY WAS ISSUED. ONLY FORMS WITH AN * ARE ENCLOSED WITH THIS TRANSACTION. ALL OTHER FORMS, AGREEMENTS, AND CONDITIONS LISTED CONTINUE TO APPLY

08/11/98   RENEWAL        KC

POLICY NUMBER:                                                      COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## AMENDMENT OF LIQUOR LIABILITY EXCLUSION - EXCEPTION FOR SCHEDULED ACTIVITIES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

Description of Activity(ies):
**NONE**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

Exclusion c. of COVERAGE A (Section I) is replaced by the following:

c.   "Bodily injury" or "property damage" for which any insured may be held liable by reason of:

  (1)  Causing or contributing to the intoxication of any person;

  (2)  The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

  (3)  Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you:

(1)  Manufacture, sell or distribute alcoholic beverages;

(2)  Serve or furnish alcoholic beverages for a charge whether or not such activity:

  (a)  Requires a license;

  (b)  Is for the purpose of financial gain or livelihood; or

(3)  Serve or furnish alcoholic beverages without a charge, if a license is required for such activity.

However, this exclusion does not apply to "bodily injury" or "property damage" arising out of the selling, serving or furnishing of alcoholic beverages at the specific activity(ies) described above.

CG 21 51 09 89                           Copyright, Insurance Services Office, Inc., 1989

# WITH ACCURATE RECORD KEEPING, YOU CAN HELP CONTROL YOUR INSURANCE COSTS!

## AUDITS

Your policy premium was estimated because it is based on payroll and/or sales amounts which fluctuate throughout the year. As a result, your policy is subject to audit at the end of the coverage period to determine whether we must charge you additional premium or return any excess premium you paid.

## CERTIFICATES OF INSURANCE

If you have contractors perform work for you, it is vital that you obtain a certificate of insurance from them proving they have valid Workers Compensation insurance for the state in which they conducted the operations. Most state Workers Compensation Acts require that we charge you to provide the coverage when there is no proof that the contractor carries valid insurance.

For General Liability, the coverage must be appropriate for the operations being conducted and the limits must be at least $300,000 per occurrence, or if less than $300,000, equal to your limit of liability. If no Certificate is available, and/or your contractor does not meet the described limit liability requirements, we will charge you full liability rates.

## PAYROLL CLASSIFICATIONS

We want to help control your insurance costs. To do that, you need to keep records for the specific operations you conduct. For example, many contracting classifications allow division of payroll by type of work when separate payroll records are maintained. The same applies to certain products, allowing the receipts or payroll for installation or service to apply at different rates. Estimates and percentages cannot be used — your records must reflect actual payroll by type of work. Without this specific record keeping, we must charge the highest rated classification.

## OTHER PAYROLL INFORMATION

Many policies base premiums on payroll. This includes wages, commissions, bonuses, overtime, paid holidays, sick time, vacation, fair market value of food or lodging furnished by the employer or allowance for tools furnished by the employee and used in his work.

Many states also permit an overtime deduction which varies if time and a half or double time is paid. Be certain to keep payroll records documenting such payments.

If you are the sole proprietor or executive officer and are covered under your policy, please keep this information separate because there may be a payroll limitation or a fixed payroll applicable to you regardless of your actual earnings.

---

Thank you for the opportunity to provide you with insurance coverage. We hope that this letter helps you minimize your insurance costs. If you have any questions, please contact your insurance agent.

```
NATIONAL GRANGE MUTUAL INS. CO.                    INSURED
55 WEST STREET
KEENE   NEW HAMPSHIRE   03431
```

COMMERCIAL INLAND MARINE DECLARATIONS

```
ROBERT & JEAN JUDSON                 POLICY NUMBER: MSJ13691
                                     ACCOUNT NUMBER: CACJ13691
BOX 52                               ENTITY:        INDIVIDUAL
SUTTON, MA   01590                   POLICY EFF:    09/20/98
                                     RENEWAL OF:
AGENT:THOMAS J WOODS INS AGCY INC    NUMBER:        200158
AGENT PHONE : 508 755 8992
```

---

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

---

1.NAMED INSURED:   ROBERT & JEAN JUDSON

2.MAILING ADDRESS: BOX 52
                   SUTTON, MA   01590

3.POLICY TERM:  12
    INCEPTION: 09/20/98
   EXPIRATION: 09/20/99

4.COMMERCIAL INLAND MARINE COVERAGE PART:
   BUILDERS RISK COVERAGE
   CONTRACTORS EQUIPMENT COVERAGE

5.LIMITS OF INSURANCE
   A. REFER TO ATTACHED SCHEDULE FOR LIMITS PROVIDED  ☒

   B. PROPERTY AT YOUR PREMISES

| We cover only at the following described premises: | Description of Property/Rate | IN BUILDING | OUTSIDE BUILDING |
|---|---|---|---|
| Address: | | | |

   C. PROPERTY AT OTHER PREMISES YOU ACQUIRE
      This limit applies at each premises. Coverage
      applies only for 30 days after you acquire
      the premises.                                            $

   D. PROPERTY IN TRANSIT                                       $

64-7826 (5/92)        08/11/98            RENEWAL          KC

NATIONAL GRANGE MUTUAL INS. CO.


ROBERT & JEAN JUDSON

AGENT:THOMAS J WOODS INS AGCY INC

POLICY NUMBER:  MSJ13691
ACCOUNT NUMBER: CACJ13691
ENTITY:         INDIVIDUAL
POLICY EFF:     09/20/98
NUMBER:         200158


## INLAND MARINE FORM SCHEDULE

Forms and Endorsements which apply to the specified Coverage Part and are made a part of this policy at time of issue:

|   | Form | Edition | Description |
|---|------|---------|-------------|
| * | 64-N545 | 0592 | BUILDERS RISK COVERAGE - SPECIAL FORM SCHEDULE |
|   | 64-N546 | 0592 | BUILDERS RISK COVERAGE - SPECIAL FORM |
|   | CM0001 | 1091 | COMMERCIAL INLAND MARINE CONDITIONS |
| * | 64-N548 | 0897 | CONTRACTOR'S EQUIPMENT COVERAGE - SCHEDULE |
|   | 64-N550 | 0797 | CONTRACTOR'S EQUIPMENT COVERAGE SPECIAL FORM |

* DENOTES POLICY FORMS THAT ARE BEING ADDED TO THE POLICY FOR THE FIRST TIME
OR THAT HAVE CHANGED SINCE THIS POLICY WAS ISSUED. ONLY FORMS WITH AN * ARE
ENCLOSED WITH THIS TRANSACTION. ALL OTHER FORMS, AGREEMENTS, AND CONDITIONS
LISTED CONTINUE TO APPLY

**COMMERCIAL INLAND MARINE**
**COVERAGE PART SCHEDULE**

**NATIONAL GRANGE MUTUAL INS. CO.**

ROBERT & JEAN JUDSON

| | |
|---|---|
| POLICY NUMBER | MSJ13691 |
| ACCOUNT NUMBER | CACJ13691 |
| ENTITY | INDIVIDUAL |
| POLICY EFF | 09/20/98 |
| NUMBER: | 200158 |

AGENT:THOMAS J WOODS INS AGCY INC

### COVERAGE SUMMARY

CONTRACTOR'S EQUIPMENT COVERAGE  ____ BROAD __X__ SPECIAL

| Item Number | Description of Property | Limit of Insurance |
|---|---|---|
| 1. | 1987 JCB BACKHOE | 15000 |
| 2. | FOHER STL PORTABLE SCREEN ING PLANT #940 W/HATZ DIESEL ENGINE #901792013386 | 25000 |

Total: $        40,000

All Covered Property at All Locations:                                  $        40,000

Rate:     $   1.200

Premium: $            480

Minimum Premium: $            100

Loss Payee (if any):

(Co-insurance provisions apply only to any specifically described property which includes a Limit of Insurance)

64-N548 (8/97)        08/11/98        RENEWAL                KC

**NATIONAL GRANGE MUTUAL INS. CO.**

**ROBERT & JEAN JUDSON**

**AGENT:THOMAS J WOODS INS AGCY INC**

```
POLICY NUMBER:  MSJ13691
ACCOUNT NUMBER: CACJ13691
ENTITY:         INDIVIDUAL
POLICY EFF:     09/20/96
NUMBER:         200158
```

## LIABILITY FORM SCHEDULE

Forms and Endorsements which apply to the specified Coverage Part and are made a part of this policy at time of issue:

| Form | Edition | Description |
|------|---------|-------------|
| IL0021 | 1185 | BROAD FORM NUCLEAR EXCLUSION |
| CG0001 | 1188 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG2142 | 1185 | EXCLUSION-EXPL.,COLLA.& UNDERGROUND PD HAZARD(SP.OPER.) |
| CG2147 | 0989 | EMPLOYEE RELATED PRACTICE |
| CG2149 | 1188 | TOTAL POLLUTION EXCLUSION ENDORSEMENT |
| CG2151 | 0989 | AMENDMENT OF LIQUOR LIABILITY EXCL-EXCEPTION FOR SCHED. |
| 64-1641 | 0487 | X. C. U. EXCLUSION DESCRIPTIONS |

07/19/96　RENEWAL　　KC

organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

**(i)** if the pollutants are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

**(ii)** if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants.

Subparagraphs (a) and (d) (i) do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire.

As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**g.** "Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading."

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in paragraph f.(2) or f.(3) of the definition of "mobile equipment" (Section V.8.).

**h.** "Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice or preparation for, a prearranged racing, speed or demolition contest or in any stunting activity.

**i.** "Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j.** "Property damage" to:

**(1)** Property you own, rent, or occupy;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard."

**k.** "Property damage" to "your product" arising out of it or any part of it.

**l.** "Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard."

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.** "Property damage" to "impaired property" or property that has not been physically injured, arising out of:

We will not pay expenses for "bodily injury:"

a.    To any insured.

b.    To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c.    To a person injured on that part of premises you own or rent that the person normally occupies.

d.    To a person, whether or not an employee of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e.    To a person injured while taking part in athletics.

f.    Included within the "products-completed operations hazard."

g.    Excluded under Coverage A.

h.    Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

We will pay, with respect to any claim or "suit" we defend:

1.    All expenses we incur.

2.    Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

3.    The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

4.    All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $100 a day because of time off from work.

5.    All costs taxed against the insured in the "suit."

6.    Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

7.    All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

## SECTION II - WHO IS AN INSURED

1.    If you are designated in the Declarations as:

a.    An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b.    A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c.    An organization other than a partnership or joint venture, you are an insured. Your executive officers and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2.    Each of the following is also an insured:

a.    Your employees, other than your executive officers, but only for acts within the scope of their employment by you. However, no employee is an insured for:

(1)    "Bodily injury" or "personal injury" to you or to a co-employee while in the course of his or her employment, or the spouse, child, parent, brother or sister of that co-employee as a consequence of such "bodily injury" or "personal injury," or for any obligation to share damages with or repay someone else who must pay damages because of the injury; or

(2)    "Bodily injury" or "personal injury" arising out of his or her providing or failing to provide professional health care services; or

(3)    "Property damage" to property owned or occupied by or rented or loaned to that employee, any of your other employees, or any of your partners or members (if you are a partnership or joint venture).

b.    Any person (other than your employee), or any organization while acting as your real estate manager.

c.    Any person or organization having proper temporary custody of your property if you die, but only:

(1)    With respect to liability arising out of the maintenance or use of that property; and

(2)    Until your legal representative has been appointed.

d.    Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3.    With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

a.    "Bodily injury" to a co-employee of the person driving the equipment; or

b.    "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4.    Any organization you newly acquire or form, other than a partnership or joint venture, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance.**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

**a.** Primary Insurance

This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

**b.** Excess Insurance

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

**(1)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work;"

**(2)** That is Fire insurance for premises rented to you; or

**(3)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Coverage A (Section I).

When this insurance is excess, we will have no duty under Coverage A or B to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c.** Method of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit.**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy term is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations.**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds.**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us.**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew.**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V - DEFINITIONS

**1.** "Advertising injury" means injury arising out of one or more of the following offenses:

**a.** Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos:"

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing;

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**9.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**10.** "Personal injury" means injury, other than "bodily injury," arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

**e.** Oral or written publication of material that violates a person's right of privacy.

**11. a.** "Products-completed operations hazard" includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned.

**b.** "Your work" will be deemed completed at the earliest of the following times:

**(1)** When all of the work called for in your contract has been completed.

**(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

**(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**c.** This hazard does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle created by the "loading or unloading" of it;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials;

**(3)** Products or operations for which the classification in this Coverage Part or in our manual of rules includes products or completed operations.

**12.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss shall be deemed to occur at the time of the "occurrence" that caused it.

**13.** "Suit" means a civil proceeding in which damage because of "bodily injury," "property damage," "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

**14.** "Your product" means:

**a.** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(1)** You;

**(2)** Others trading under your name; or

**(3)** A person or organization whose business or assets you have acquired; and

**b.** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

**a.** Warranties or representations made at any time with respect to the fitness, quality, dura-

POLICY NUMBER:                                                    COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - EXPLOSION, COLLAPSE AND UNDERGROUND PROPERTY DAMAGE HAZARD (SPECIFIED OPERATIONS)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Location & Description of Operations | Excluded Hazard(s) |
|---|---|
|  |  |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

1. The following exclusion is added to COVERAGE A (Section I):

   This insurance does not apply to "property damage" included within the "explosion hazard," the "collapse hazard" or the "underground property damage hazard" if any of these hazards is entered as an excluded hazard on the Schedule.

   This exclusion does not apply to:

   a. Operations performed for you by others; or

   b. "Property damage" included within the "products completed operations hazard:"

2. The following additional definitions apply:

   "Explosion hazard" includes property damage arising out of blasting or explosion. The "explosion hazard" does not include "property damage" arising out of the explosion of air or steam vessels, piping under pressure, prime movers, machinery or power transmitting equipment.

   "Collapse hazard" includes "structural property damage" and any resulting "property damage" to any other property at any time.

"Structural property damage" means the collapse of or structural injury to any building or structure due to:

   (1) Grading of land, excavating, borrowing, filling, back-filling, tunneling, pile driving, cofferdam work or caisson work; or

   (2) Moving, shoring, underpinning, raising or demolition of any building or structure or removal or rebuilding of any structural support of that building or structure.

"Underground property damage hazard" includes "underground property damage" and any resulting "property damage" to any other property at any time.

"Underground property damage" means property damage to wires, conduits, pipes, mains, sewers, tanks, tunnels, any similar property, and any apparatus used with them beneath the surface of the ground or water, caused by and occurring during the use of mechanical equipment for the purpose of grading land, paving, excavating, drilling, borrowing, filling, back-filling or pile driving.

CG 21 42 11 85                    Copyright, Insurance Services Office, Inc., 1984

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

1. The following exclusion is added to COVERAGE A (Section I):

   o. "Bodily injury" arising out of any:

      (1) Refusal to employ;

      (2) Termination of employment;

      (3) Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or other employment-related practices, policies, acts or omissions; or

      (4) Consequential "bodily injury" as a result of (1) through (3) above.

   This exclusion applies whether the insured may be held liable as an employer or in any other capacity and to any obligation to share damages with or to repay someone else who must pay damages because of the injury.

2. The following exclusion is added to COVERAGE B (Section I):

   c. "Personal injury" arising out of any:

      (1) Refusal to employ;

      (2) Termination of employment;

      (3) Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or other employment-related practices, policies, acts or omissions; or

      (4) Consequential "personal injury" as a result of (1) through (3) above.

CG 21 47 09 89                Copyright, Insurance Services Office, Inc., 1988

---

POLICY NUMBER:                                          COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## TOTAL POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion f. under COVERAGE A (Section I) is replaced by the following:

f.  (1) "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time.

    (2) Any loss, cost or expense arising out of any:

        (a) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

        (b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaningup, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous, or thermal irritant or contaminant including smoke, vapor, soot, fumes, acid, alkalis, chemicals and waste. Waste includes material to be recycled, reconditioned or reclaimed.

CG 21 49 11 88                Copyright, Insurance Services Office, Inc., 1988

isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel," or (3) handling, processing or packaging "waste;"

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste;"

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.

    Copyright, Insurance Services Office, Inc., 1983, 1984

| Operation | Explosion | Collapse | Underground |
|---|---|---|---|
| **Plumbing** - commercial and industrial | | | Underground |
| residential or domestic | | | Underground |
| **Quarries** | Explosion | | |
| **Railroad Construction** | Explosion | | |
| **Salvage Operations** | Explosion, | Collapse | |
| **Sand or Gravel Digging** | Explosion | | |
| **Septic Tank Systems** - cleaning, installation, servicing or repair | | | Underground |
| **Sewer Mains or Connections Construction** | Explosion, | Collapse, | Underground |
| **Shaft Sinking** | Explosion, | Collapse, | Underground |
| **Steam Heating or Power Companies** | Explosion, | Collapse, | Underground |
| **Steam Mains or Connections Construction** | Explosion, | Collapse, | Underground |
| **Stone Crushing** | Explosion | | |
| **Street or Road Construction or Reconstruction** | Explosion, | Collapse, | Underground |
| **Street or Road Paving or Repaving, Surfacing or Resurfacing or Scrapping** | Explosion, | Collapse, | Underground |
| **Subway Construction** | Explosion, | Collapse, | Underground |
| **Swimming Pools** - below ground - installation, service or repair | Explosion, | Collapse, | Underground |
| **Telephone or Telegraph Companies** | | | Underground |
| **Telephone, Telegraph or Cable Television** | Explosion, | Collapse, | Underground |
| **Tunneling** | Explosion, | Collapse, | Underground |
| **Underpinning Buildings or Structures** | Explosion, | Collapse | |
| **Water Mains or Connections Construction** | Explosion, | Collapse, | Underground |
| **Water Softening Equipment** - installation servicing or repair | | | Underground |
| **Water Treatment Plants** | Explosion, | Collapse, | Underground |
| **Welding or Cutting** | Explosion | | |
| **Wrecking** - buildings or structures | | | |
| **Wrecking** - dismantling of prefabricated dwellings not exceeding three stories in height for re-erection | Explosion, | Collapse | |

# WITH ACCURATE RECORD KEEPING, YOU CAN HELP CONTROL YOUR INSURANCE COSTS!

## AUDITS

Your policy premium was estimated because it is based on payroll and/or sales amounts which fluctuate throughout the year. As a result, your policy is subject to audit at the end of the coverage period to determine whether we must charge you additional premium or return any excess premium you paid.

## CERTIFICATES OF INSURANCE

If you have contractors perform work for you, it is vital that you obtain a certificate of insurance from them proving they have valid Workers Compensation insurance for the state in which they conducted the operations. Most state Workers Compensation Acts require that we charge you to provide the coverage when there is no proof that the contractor carries valid insurance.

For General Liability, the coverage must be appropriate for the operations being conducted and the limits must be at least $300,000 per occurrence, or if less than $300,000, equal to your limit of liability. If no Certificate is available, and/or your contractor does not meet the described limit liability requirements, we will charge you full liability rates.

## PAYROLL CLASSIFICATIONS

We want to help control your insurance costs. To do that, you need to keep records for the specific operations you conduct. For example, many contracting classifications allow division of payroll by type of work when separate payroll records are maintained. The same applies to certain products, allowing the receipts or payroll for installation or service to apply at different rates. Estimates and percentages cannot be used — your records must reflect actual payroll by type of work. Without this specific record keeping, we must charge the highest rated classification.

## OTHER PAYROLL INFORMATION

Many policies base premiums on payroll. This includes wages, commissions, bonuses, overtime, paid holidays, sick time, vacation, fair market value of food or lodging furnished by the employer or allowance for tools furnished by the employee and used in his work.

Many states also permit an overtime deduction which varies if time and a half or double time is paid. Be certain to keep payroll records documenting such payments.

If you are the sole proprietor or executive officer and are covered under your policy, please keep this information separate because there may be a payroll limitation or a fixed payroll applicable to you regardless of your actual earnings.

---

Thank you for the opportunity to provide you with insurance coverage. We hope that this letter helps you minimize your insurance costs. If you have any questions, please contact your insurance agent.

64-1616 (6/91)                                                                                                    Page 1 of 1

NATIONAL GRANGE MUTUAL INS. CO.                    INSURED
55 WEST STREET
KEENE   NEW HAMPSHIRE   03431


## COMMERCIAL INLAND MARINE DECLARATIONS


ROBERT & JEAN JUDSON                POLICY NUMBER: MSJ13691
                                    ACCOUNT NUMBER: CACJ13691
BOX 52                              ENTITY:         INDIVIDUAL
SUTTON, MA  01590                   POLICY EFF:     09/20/96
                                    RENEWAL OF:     RENEWAL
AGENT:THOMAS J WOODS INS AGCY INC   NUMBER:         200158
AGENT PHONE : 508 755 8992

---

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS
POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

---

1.NAMED INSURED:    ROBERT & JEAN JUDSON


2.MAILING ADDRESS:  BOX 52
                    SUTTON, MA   01590

3.POLICY TERM:  12
   INCEPTION: 09/20/96
  EXPIRATION: 09/20/97

4.COMMERCIAL INLAND MARINE COVERAGE PART:
  BUILDERS RISK COVERAGE
  CONTRACTORS EQUIPMENT COVERAGE




5.LIMITS OF INSURANCE
  A. REFER TO ATTACHED SCHEDULE FOR LIMITS PROVIDED  ☒

  B. PROPERTY AT YOUR PREMISES

| We cover only at the following described premises: Address: | Description of Property/Rate | IN BUILDING | OUTSIDE BUILDING |
|---|---|---|---|
| | | | |

  C. PROPERTY AT OTHER PREMISES YOU ACQUIRE
     This limit applies at each premises. Coverage
     applies only for 30 days after you acquire
     the premises.                                              $


  D. PROPERTY IN TRANSIT                                        $


64-7826 (5/92)         07/19/96          RENEWAL          KC

**NATIONAL GRANGE MUTUAL INS. CO.**

ROBERT & JEAN JUDSON

POLICY NUMBER:  MSJ13691
ACCOUNT NUMBER: CACJ13691
ENTITY:          INDIVIDUAL
POLICY EFF:      09/20/96
NUMBER:          200158

AGENT:THOMAS J WOODS INS AGCY INC

INLAND MARINE FORM SCHEDULE

Forms and Endorsements which apply to the specified Coverage Part and are
made a part of this policy at time of issue:

| Form | Edition | Description |
|------|---------|-------------|
| CM0001 | 1091 | COMMERCIAL INLAND MARINE CONDITIONS |
| 64-N545 | 0592 | BUILDERS RISK COVERAGE - SPECIAL FORM SCHEDULE |
| 64-N546 | 0592 | BUILDERS RISK COVERAGE - SPECIAL FORM |
| 64-N548 | 0592 | CONTRACTORS EQUIPMENT COVERAGE - SCHEDULE |
| 64-N550 | 0592 | CONTRACTORS EQUIPMENT COVERAGE - SPECIAL FORM |

**NATIONAL GRANGE MUTUAL INS. CO.**

**ROBERT & JEAN JUDSON**

POLICY NUMBER   MSJ13691
ACCOUNT NUMBER  CACJ13691
ENTITY          INDIVIDUAL
POLICY EFF      09/20/96
NUMBER:         200158

**AGENT:THOMAS J WOODS INS AGCY INC**

### COVERAGE SUMMARY

CONTRACTOR'S EQUIPMENT COVERAGE ___ BROAD _X_ SPECIAL

| Item Number | Description of Property | Limit of Insurance |
|---|---|---|
| 1. | 1987 JCB BACKHOE | $15,000. |
| 2. | 2 PORTAGRID W/DEUTZ DIESEL HYDRAULIC DRIVES #95056 & #95057 | $70,000. |

Total: $ $85,000.
$ $    85,000

All Covered Property at All Locations:

Rate:    $  1.360

Premium: $ $    1,156

Minimum Premium: $

Loss Payee (if any):

64-N548 (5/92)    07/19/96    RENEWAL    KC

owners of that property will satisfy any claim of yours.

2. Provide a defense for legal proceedings brought against you. If provided, the expense of this defense will be at our cost and will not reduce the applicable Limit of Insurance under this insurance.

## I. RECOVERIES

Any recovery or salvage on a "loss" will accrue entirely to our benefit until the sum paid by us has been made up.

## J. REINSTATEMENT OF LIMIT AFTER LOSS

The Limit of Insurance will not be reduced by the payment of any claim, except for total "loss" of a scheduled item, in which event we will refund the unearned premium on that item.

## K. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

If any person or organization to or for whom we make payment under this insurance has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "loss" to impair them.

## GENERAL CONDITIONS

### A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

### B. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all the terms of this Coverage Part; and

2. The action is brought within 2 years after you first have knowledge of the "loss."

### C. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property, will benefit from this insurance.

### D. POLICY PERIOD

We cover "loss" commencing during the policy period shown in the Declarations.

### E. VALUATION

The value of property will be the least of the following amounts:

1. The actual cash value of that property;

2. The cost of reasonably restoring that property to its condition immediately before "loss"; or

3. The cost of replacing that property with substantially identical property.

In the event of "loss," the value of property will be determined as of the time of "loss."

 Copyright, Insurance Services Office, Inc., 1990

**(1)** Regulating the construction, use or repair of any building; or

**(2)** Requiring the tearing down of any building, including the cost of removing its debris.

**b. Earth Movement**

**(1)** Any earth movement such as an earthquake, mine subsidence, landslide or earth sinking, rising or shifting.

But we will pay for direct "loss" caused by resulting fire or explosion, if these causes of "loss" would be covered under this Coverage Form.

**(2)** Volcanic eruption, explosion or effusion.

But we will pay for direct "loss" caused by resulting fire, building glass breakage or volcanic action, if these causes of "loss" would be covered under this Coverage Form.

Volcanic means direct "loss" resulting from the eruption of a volcano when the "loss" is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical "loss" to the Covered Property.

This exclusion does not apply to property in transit.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

**d. Nuclear Hazard**

**(1)** Any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

**e. War and Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**f. Water**

**(1)** Flood, surface water, waves, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**(2)** Mudslide or mudflow;

**(3)** Water that backs up from a sewer or drain;

**(4)** Water that seeps, leaks or flows below the surface of the ground; or

**(5)** Any release of water impounded by a dam.

But we will pay for direct "loss" by resulting fire, explosion or theft, if these causes of "loss" would be covered under this Coverage Form.

This exclusion does not apply to property in transit.

**2.** We will not pay for a "loss" caused by or resulting from any of the following:

**a.** Delay, loss of use, loss of market or any other consequential loss.

**b.** Dishonest acts by you, anyone else with an interest in the property, your or their employees or authorized representatives or anyone entrusted with the property, whether or not acting alone or in collusion with other persons or occurring during the hours of employment.

This exclusion does not apply to property in the custody of a carrier for hire.

**c.** Faulty, inadequate or defective design or specifications.

But we will pay for direct "loss" caused by resulting fire, lightning, explosion, windstorm, hail, smoke or leakage from fire extinguishing equipment, if these causes of "loss" would be covered under this Coverage Form.

**d.** Release, discharge or dispersal of "pollutants."

But we will pay for direct "loss" caused by resulting fire, lightning, explosion, windstorm, smoke, aircraft or objects falling from aircraft, riot or civil commotion, vandalism or leakage from fire extinguishing equipment.

**(1)** If "loss" by any of these causes of "loss" results from the release, discharge or dispersal; and

**(2)** If these causes of loss would be covered under this Coverage Form.

This exclusion does not apply if the release, discharge or dispersal is itself caused by any of these causes of "loss" and if these causes of "loss" would be covered under this Coverage Form.

**e.** Testing.

But we will pay for direct "loss" caused by resulting fire or explosion, if these

COMMERCIAL INLAND MARINE

# CONTRACTOR'S EQUIPMENT COVERAGE
## SPECIAL FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section F - DEFINITIONS.

## A.  COVERAGE

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

1.  **Covered Property,** as used in this Coverage Form, means:

    a.  Your contractor's equipment; and

    b.  Similar property of others that is in your care, custody or control; and

    c.  Contractor's equipment you lease or rent from others during the policy period. Such equipment must be leased or rented under a written lease or rental agreement or we will not pay for "loss" to such equipment;

    described in the Declarations.

2.  **Property Not Covered**

    Covered Property does not include:

    a.  Automobiles, motor trucks, trailers or other vehicles that are licensed for use on public roads and are used to transport persons or property;

    b.  Aircraft or watercraft;

    c.  Plans, blueprints, designs or specifications;

    d.  Property while waterborne except while on ferries operating on the navigable water of the Continental United States and Canada other than to or from Alaska;

    e.  Property while underground or under water;

    f.  Property which will become a permanent part of any structure; or

    g.  Contraband, or property in the course of illegal transportation or trade.

3.  **Covered Causes of Loss**

    Covered Causes of Loss means RISK OF DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

4.  **Coverage Extensions**

    a.  **Newly Acquired Property**

        We will cover additional property of a type covered by this Coverage Form that you acquired during the policy period.

        This extension applies only:

        (1)  When items are individually listed and described in the Declarations; and

        (2)  For up to 45 days.

        The most we will pay for "loss" under this Extension is 25 percent of the total of the Limits of Insurance shown in the Declarations for individually listed and de-

scribed items. This Limit is in addition to any other applicable Limit of Insurance shown in the Declarations.

You will report any property covered by this Extension within 45 days from the date acquired and pay any additional premium that is due. If you do not report that property to us, coverage under this Extension will end automatically 45 days after the date you acquire the property.

The Coinsurance Additional Condition does not apply to this Coverage Extension.

b.  **Borrowed Property**

    We will cover borrowed or rented property of a type usual to your trade or occupation that you borrow or rent during the policy period.

This extension applies for a maximum of 15 days. The most we will pay for a "loss" under this Extension is the smaller amount of $5,000 or 25% of the total of the Limits of Insurance shown in the Declarations.

The Coinsurance Additional Condition does not apply to this Extension.

c.  **Rental Expense for Replacement Equipment**

    We will cover actual incurred rental expenses necessary to temporarily replace scheduled damaged equipment needed to continue work in process at the time of loss. This extension applies only if you do not have duplicate or spare equipment of the same type which can be used. This is an additional amount of insurance limited to an amount equal to 25% of the Limit of Insurance for the damaged item. The deductible does not apply to this Extension.

## B.  EXCLUSIONS

1.  We will not pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

    a.  **Governmental Action**

        Seizure or destruction of property by order of governmental authority.

        But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

    b.  **Nuclear Hazard**

        (1)  Any weapon employing atomic fission or fusion; or

NATIONAL GRANGE MUTUAL INS. CO.                    INSURED
55 WEST STREET
KEENE   NEW HAMPSHIRE   03431


ROBERT & JEAN JUDSON                  POLICY NUMBER: MSJ13691
                                      ACCOUNT NUMBER: CACJ13691
BOX 52                                ENTITY:         INDIVIDUAL
SUTTON, MA   01590                    POLICY EFF:     09/20/98
                                      NUMBER:         200158
AGENT:THOMAS J WOODS INS AGCY INC
AGENT PHONE : 508 755 8992

| EFFECTIVE DATE: | 09/20/98 | EARNED FACTOR: | |
|---|---|---|---|
| EXPIRATION DATE: | 09/20/99 | UNEARNED FACTOR: | 1.000 |
| MID TERM CHA DATE: | 09/20/98 | EXPIRED DAYS: | |

THIS SECTION SHOWS ONLY PREMIUMS REVISED AS A RESULT OF THE MID TERM CHA
TRANSACTION DESCRIBED BELOW.

| COVERAGE | NEW FULL TERM PREMIUM | ORIGINAL FULL TERM PREMIUM | PRO RATE PREMIUM |
|---|---|---|---|
| CONTRACTORS | | | |
| OMNIBUS | | | |
| AUTO | | | |
| CRIME | | | |
| GENERAL LIABILITY | 3,363.00 | 3,363.00 | |
| INLAND MARINE | 2,685.00 | 2,685.00 | |
| PROPERTY | | | |
| TOTAL | 6,048.00 | 6,048.00 | WAIVED |

DESCRIPTION OF CHANGE
MTC #1
ADDING MILLBURY NATIONAL BANK AS MORTGAGEE PER THE
ATTACHED REVISED FORM 64-N545. FORM 64N351 IS ATTACHED
AND APPLIES.

64-7989 (11/94) DATE - 09/02/98   MID TERM CHA   JJ

NATIONAL GRANGE MUTUAL INS. CO.


ROBERT & JEAN JUDSON                      POLICY NUMBER: MSJ13691
                                          ACCOUNT NUMBER: CACJ13691
                                          ENTITY:        INDIVIDUAL
                                          POLICY EFF:    09/20/98
                                          NUMBER:        200158

AGENT:THOMAS J WOODS INS AGCY INC



                    INLAND MARINE FORM SCHEDULE
_____

Forms and Endorsements which apply to the specified Coverage Part and are
made a part of this policy at time of issue:

|   | Form      | Edition | Description |
|---|-----------|---------|-------------|
| * | 64-N545   | 0592    | BUILDERS RISK COVERAGE - SPECIAL FORM SCHEDULE |
|   | 64-N546   | 0592    | BUILDERS RISK COVERAGE - SPECIAL FORM |
|   | CM0001    | 1091    | COMMERCIAL INLAND MARINE CONDITIONS |
|   | 64-N548   | 0897    | CONTRACTOR'S EQUIPMENT COVERAGE - SCHEDULE |
|   | 64-N550   | 0797    | CONTRACTOR'S EQUIPMENT COVERAGE SPECIAL FORM |
| * | 64-N351   | 0592    | IM LOSS PAYABLE CLAUSE |


* DENOTES POLICY FORMS THAT ARE BEING ADDED TO THE POLICY FOR THE FIRST TIME
OR THAT HAVE CHANGED SINCE THIS POLICY WAS ISSUED. ONLY FORMS WITH AN * ARE
ENCLOSED WITH THIS TRANSACTION. ALL OTHER FORMS, AGREEMENTS, AND CONDITIONS
LISTED CONTINUE TO APPLY

COMMERCIAL INLAND MARINE

## INLAND MARINE
## LOSS PAYABLE CLAUSE

This endorsement modifies insurance provided under the following:

COMMERCIAL ARTICLES COVERAGE FORM
PHYSICIANS & SURGEONS EQUIPMENT COVERAGE FORM
SIGNS COVERAGE FORM
SCHEDULED PROPERTY FLOATER POLICY

CONTRACTOR'S EQUIPMENT COVERAGE FORM
INSTALLATION FLOATER
PROPERTY FLOATER
TRANSPORTATION COVERAGE FORM
TRIP TRANSIT COVERAGE FORM

A. We will pay you and the loss payee named in the policy for "loss" to a covered property as interest may appear.

B. The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

C. We may cancel the policy as allowed by the CANCELLATION Common Policy Condition.

Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy we will mail you and the loss payee the same advance notice.

D. If we make any payments to the loss payee, we will obtain his or her rights against any other party.

**64-N351 (5/92)**

```
NATIONAL GRANGE MUTUAL INS. CO.                    INSURED
55 WEST STREET
KEENE  NEW HAMPSHIRE  03431


ROBERT & JEAN JUDSON                  POLICY NUMBER: MSJ13691
                                      ACCOUNT NUMBER: CACJ13691
BOX 52                                ENTITY:        INDIVIDUAL
SUTTON, MA  01590                     POLICY EFF:    09/20/98
                                      NUMBER:        200158
AGENT:THOMAS J WOODS INS AGCY INC
AGENT PHONE : 508 755 8992
```

| | | |
|---|---|---|
| EFFECTIVE DATE: | 09/20/98 | EARNED FACTOR: |
| EXPIRATION DATE: | 09/20/99 | UNEARNED FACTOR:  1.000 |
| MID TERM CHA DATE: | 09/20/98 | EXPIRED DAYS: |

THIS SECTION SHOWS ONLY PREMIUMS REVISED AS A RESULT OF THE MID TERM CHA
TRANSACTION DESCRIBED BELOW.

| COVERAGE | NEW FULL TERM PREMIUM | ORIGINAL FULL TERM PREMIUM | PRO RATE PREMIUM |
|---|---|---|---|
| CONTRACTORS | | | |
| OMNIBUS | | | |
| AUTO | | | |
| CRIME | | | |
| GENERAL LIABILITY | 3,363.00 | 3,363.00 | |
| INLAND MARINE | 1,920.00 | 2,685.00 | -765.00 |
| PROPERTY | | | |
| TOTAL | 5,283.00 | 6,048.00 | -765.00 |

```
DESCRIPTION OF CHANGE
MTC #2
DELETING 25 LACKY RD SUTTON MA ADDING 37 LACKY RD LOT
#1 SUTTON MA SEE REVISED 64-N545.
```

```
64-7989 (11/94) DATE - 11/09/98   MID TERM CHA   KC
```

NATIONAL GRANGE MUTUAL INS. CO.

ROBERT & JEAN JUDSON

POLICY NUMBER:  MSJ13691
ACCOUNT NUMBER: CACJ13691
ENTITY:         INDIVIDUAL
POLICY EFF:     09/20/98
NUMBER:         200158

AGENT:THOMAS J WOODS INS AGCY INC

## INLAND MARINE FORM SCHEDULE

Forms and Endorsements which apply to the specified Coverage Part and are made a part of this policy at time of issue:

| | Form | Edition | Description |
|---|---|---|---|
| * | 64-N545 | 0592 | BUILDERS RISK COVERAGE - SPECIAL FORM SCHEDULE |
| | 64-N546 | 0592 | BUILDERS RISK COVERAGE - SPECIAL FORM |
| | CM0001 | 1091 | COMMERCIAL INLAND MARINE CONDITIONS |
| | 64-N548 | 0897 | CONTRACTOR'S EQUIPMENT COVERAGE - SCHEDULE |
| | 64-N550 | 0797 | CONTRACTOR'S EQUIPMENT COVERAGE SPECIAL FORM |
| | 64-N351 | 0592 | IM LOSS PAYABLE CLAUSE |

* DENOTES POLICY FORMS THAT ARE BEING ADDED TO THE POLICY FOR THE FIRST TIME OR THAT HAVE CHANGED SINCE THIS POLICY WAS ISSUED. ONLY FORMS WITH AN * ARE ENCLOSED WITH THIS TRANSACTION. ALL OTHER FORMS, AGREEMENTS, AND CONDITIONS LISTED CONTINUE TO APPLY

**NATIONAL GRANGE MUTUAL INS. CO.**

**ROBERT & JEAN JUDSON**

| | |
|---|---|
| POLICY NUMBER | MSJ13691 |
| ACCOUNT NUMBER | CACJ13691 |
| ENTITY | INDIVIDUAL |
| POLICY EFF | 09/20/98 |
| NUMBER: | 200158 |

**AGENT: THOMAS J WOODS INS AGCY INC**

**COVERAGE SUMMARY**

BUILDER'S RISK COVERAGE - SPECIAL FORM

| Property at Construction Premises (address) | LIMIT OF INSURANCE |
|---|---|
| **37 LACKY RD LOT #1 SUTTON MA** | $        50,000 |
| | $ |
| | $ |
| Property At Any Temporary Storage Location and not At Any Construction Premises: | $ |
| Property in Transit: | $ |
| All Covered Property in Any One Occurrence | $  50,000 |

Rate:              .720

Premium:    $              360

Minimum Premium:    $          INCL

Loss Payable:
Loss (if any) is payable to:

64-N545 (5/92)      11/09/98    MID TERM CHA   KC

NATIONAL GRANGE MUTUAL INS. CO.                    INSURED
55 WEST STREET
KEENE  NEW HAMPSHIRE  03431


ROBERT & JEAN JUDSON                    POLICY NUMBER:  MSJ13691
                                        ACCOUNT NUMBER: CACJ13691
BOX 52                                  ENTITY:         INDIVIDUAL
SUTTON, MA  01590                       POLICY EFF:     09/20/98
                                        NUMBER:         200158
AGENT:THOMAS J WOODS INS AGCY INC
AGENT PHONE : 508 755 8992

| | | | |
|---|---|---|---|
| EFFECTIVE DATE: | 09/20/98 | EARNED FACTOR: | .219 |
| EXPIRATION DATE: | 09/20/99 | UNEARNED FACTOR: | .781 |
| MID TERM CHA DATE: | 12/09/98 | EXPIRED DAYS: | 80 |

THIS SECTION SHOWS ONLY PREMIUMS REVISED AS A RESULT OF THE MID TERM CHA
TRANSACTION DESCRIBED BELOW.

| COVERAGE | NEW FULL TERM PREMIUM | ORIGINAL FULL TERM PREMIUM | PRO RATE PREMIUM |
|---|---|---|---|
| CONTRACTORS | | | |
| OMNIBUS | | | |
| AUTO | | | |
| CRIME | | | |
| GENERAL LIABILITY | 3,363.00 | 3,363.00 | |
| INLAND MARINE | 2,640.00 | 1,920.00 | 562.00 |
| PROPERTY | | | |
| TOTAL | 6,003.00 | 5,283.00 | 562.00 |

DESCRIPTION OF CHANGE
MTC #3

AMENDING 37 LACKY RD LOT 1 SUTTON MA TO 150,000 IN
LIEU OF 50,000 PER THE ATTACHED REVISED FORM 64-N545.

64-7989 (11/94) DATE - 01/19/99   MID TERM CHA   JJ

NATIONAL GRANGE MUTUAL INS. CO.

ROBERT & JEAN JUDSON

POLICY NUMBER: MSJ13691
ACCOUNT NUMBER: CACJ13691
ENTITY:          INDIVIDUAL
POLICY EFF:      09/20/98
NUMBER:          200158

AGENT:THOMAS J WOODS INS AGCY INC

## INLAND MARINE FORM SCHEDULE

Forms and Endorsements which apply to the specified Coverage Part and are
made a part of this policy at time of issue:

| | Form | Edition | Description |
|---|---|---|---|
| * | 64-N545 | 0592 | BUILDERS RISK COVERAGE - SPECIAL FORM SCHEDULE |
| | 64-N546 | 0592 | BUILDERS RISK COVERAGE - SPECIAL FORM |
| | CM0001 | 1091 | COMMERCIAL INLAND MARINE CONDITIONS |
| | 64-N548 | 0897 | CONTRACTOR'S EQUIPMENT COVERAGE - SCHEDULE |
| | 64-N550 | 0797 | CONTRACTOR'S EQUIPMENT COVERAGE SPECIAL FORM |
| | 64-N351 | 0592 | IM LOSS PAYABLE CLAUSE |

* DENOTES POLICY FORMS THAT ARE BEING ADDED TO THE POLICY FOR THE FIRST TIME
OR THAT HAVE CHANGED SINCE THIS POLICY WAS ISSUED. ONLY FORMS WITH AN * ARE
ENCLOSED WITH THIS TRANSACTION. ALL OTHER FORMS, AGREEMENTS, AND CONDITIONS
LISTED CONTINUE TO APPLY

**NATIONAL GRANGE MUTUAL INS. CO.**

**ROBERT & JEAN JUDSON**

POLICY NUMBER   MSJ13691
ACCOUNT NUMBER  CACJ13691
ENTITY          INDIVIDUAL
POLICY EFF      09/20/98
NUMBER:         200158

**AGENT:THOMAS J WOODS INS AGCY INC**

**COVERAGE SUMMARY**

BUILDER'S RISK COVERAGE - SPECIAL FORM

| Property at Construction Premises (address) | LIMIT OF INSURANCE |
|---|---|
| **37 LACKY RD LOT #1 SUTTON MA** | $        150,000 |
| | $ |
| | $ |
| Property At Any Temporary Storage Location and not At Any Construction Premises: | $ |
| Property in Transit: | $ |
| All Covered Property in Any One Occurrence | $  300,000 |

Rate:            **.720**

Premium:    $        **1,080**

Minimum Premium:  $        **INCL**

Loss Payable:
Loss (if any) is payable to:

64-N545 (5/92)      **01/19/99    MID TERM CHA   JJ**

```
NATIONAL GRANGE MUTUAL INS. CO.                INSURED
55 WEST STREET
KEENE   NEW HAMPSHIRE   03431


ROBERT & JEAN JUDSON                   POLICY NUMBER:  MSJ13691
                                       ACCOUNT NUMBER: CACJ13691
BOX 52                                 ENTITY:         INDIVIDUAL
SUTTON, MA   01590                     POLICY EFF:     09/20/98
                                       NUMBER:         200158
AGENT:THOMAS J WOODS INS AGCY INC
AGENT PHONE : 508 755 8992
```

| | | | |
|---|---|---|---|
| EFFECTIVE DATE: | 09/20/98 | EARNED FACTOR: | .244 |
| EXPIRATION DATE: | 09/20/99 | UNEARNED FACTOR: | .756 |
| MID TERM CHA DATE: | 12/18/98 | EXPIRED DAYS: | 89 |

THIS SECTION SHOWS ONLY PREMIUMS REVISED AS A RESULT OF THE MID TERM CHA
TRANSACTION DESCRIBED BELOW.

| COVERAGE | NEW FULL TERM PREMIUM | ORIGINAL FULL TERM PREMIUM | PRO RATE PREMIUM |
|---|---|---|---|
| CONTRACTORS | | | |
| OMNIBUS | | | |
| AUTO | | | |
| CRIME | | | |
| GENERAL LIABILITY | 3,363.00 | 3,363.00 | |
| INLAND MARINE | 1,560.00 | 2,640.00 | -816.00 |
| PROPERTY | | | |
| TOTAL | 4,923.00 | 6,003.00 | -816.00 |

```
DESCRIPTION OF CHANGE
MTC #4
DELETING LOCATION: 31 LACKY RD PER THE ATTACHED REVISED
FORM 64-N545.
```

64-7989 (11/94) DATE - 01/20/99   MID TERM CHA   JJ

**NATIONAL GRANGE MUTUAL INS. CO.**

**ROBERT & JEAN JUDSON**

**POLICY NUMBER: MSJ13691**
**ACCOUNT NUMBER: CACJ13691**
**ENTITY:        INDIVIDUAL**
**POLICY EFF:    09/20/98**
**NUMBER:        200158**

**AGENT:THOMAS J WOODS INS AGCY INC**

## INLAND MARINE FORM SCHEDULE

Forms and Endorsements which apply to the specified Coverage Part and are made a part of this policy at time of issue:

| | Form | Edition | Description |
|---|---|---|---|
| * | 64-N545 | 0592 | BUILDERS RISK COVERAGE - SPECIAL FORM SCHEDULE |
| | 64-N546 | 0592 | BUILDERS RISK COVERAGE - SPECIAL FORM |
| | CM0001 | 1091 | COMMERCIAL INLAND MARINE CONDITIONS |
| | 64-N548 | 0897 | CONTRACTOR'S EQUIPMENT COVERAGE - SCHEDULE |
| | 64-N550 | 0797 | CONTRACTOR'S EQUIPMENT COVERAGE SPECIAL FORM |
| | 64-N351 | 0592 | IM LOSS PAYABLE CLAUSE |

* DENOTES POLICY FORMS THAT ARE BEING ADDED TO THE POLICY FOR THE FIRST TIME OR THAT HAVE CHANGED SINCE THIS POLICY WAS ISSUED. ONLY FORMS WITH AN * ARE ENCLOSED WITH THIS TRANSACTION. ALL OTHER FORMS, AGREEMENTS, AND CONDITIONS LISTED CONTINUE TO APPLY

**NATIONAL GRANGE MUTUAL INS. CO.**

**ROBERT & JEAN JUDSON**

| | |
|---|---|
| POLICY NUMBER | MSJ13691 |
| ACCOUNT NUMBER | CACJ13691 |
| ENTITY | INDIVIDUAL |
| POLICY EFF | 09/20/98 |
| NUMBER: | 200158 |

**AGENT:THOMAS J WOODS INS AGCY INC**

### COVERAGE SUMMARY

BUILDER'S RISK COVERAGE - SPECIAL FORM

| Property at Construction Premises (address) | LIMIT OF INSURANCE |
|---|---|
| **37 LACKY RD LOT #1 SUTTON MA** | $          150,000 |
| | $ |
| | $ |
| Property At Any Temporary Storage Location and not At Any Construction Premises: | $ |
| Property in Transit: | $ |
| All Covered Property in Any One Occurrence | $  **150,000** |

Rate:              **.720**

Premium:   $          **1,080**

Minimum Premium:  $          **INCL**

Loss Payable:
Loss (if any) is payable to:

64-N545 (5/92)       **01/20/99    MID TERM CHA   JJ**

NATIONAL GRANGE MUTUAL INS. CO.                    INSURED
55 WEST STREET
KEENE  NEW HAMPSHIRE  03431


ROBERT & JEAN JUDSON                  POLICY NUMBER: MSJ13691
                                      ACCOUNT NUMBER: CACJ13691
BOX 52                                ENTITY:         INDIVIDUAL
SUTTON, MA  01590                     POLICY EFF:     09/20/98
                                      NUMBER:         200158

AGENT:THOMAS J WOODS INS AGCY INC
AGENT PHONE : 508 755 8992

| EFFECTIVE DATE: | 09/20/98 | EARNED FACTOR: | .279 |
| EXPIRATION DATE: | 09/20/99 | UNEARNED FACTOR: | .721 |
| MID TERM CHA DATE: | 12/31/98 | EXPIRED DAYS: | 102 |

THIS SECTION SHOWS ONLY PREMIUMS REVISED AS A RESULT OF THE MID TERM CHA
TRANSACTION DESCRIBED BELOW.

| COVERAGE | NEW FULL TERM PREMIUM | ORIGINAL FULL TERM PREMIUM | PRO RATE PREMIUM |
|---|---|---|---|
| CONTRACTORS | | | |
| OMNIBUS | | | |
| AUTO | | | |
| CRIME | | | |
| GENERAL LIABILITY | 3,363.00 | 3,363.00 | |
| INLAND MARINE | 840.00 | 1,560.00 | -519.00 |
| PROPERTY | | | |
| TOTAL | 4,203.00 | 4,923.00 | -519.00 |

DESCRIPTION OF CHANGE
MTC #5
DELETING LOCATION: 37 LACKY RD AND ADDING 25 LACKY ROAD
VALUED AT $50,000. SEE REVISED 64-N545.

64-7989 (11/94) DATE - 03/04/99   MID TERM CHA  KC

**NATIONAL GRANGE MUTUAL INS. CO.**

**ROBERT & JEAN JUDSON**

POLICY NUMBER: MSJ13691
ACCOUNT NUMBER: CACJ13691
ENTITY:         INDIVIDUAL
POLICY EFF:     09/20/98
NUMBER:         200158

**AGENT:THOMAS J WOODS INS AGCY INC**

## INLAND MARINE FORM SCHEDULE

Forms and Endorsements which apply to the specified Coverage Part and are made a part of this policy at time of issue:

| | Form | Edition | Description |
|---|---|---|---|
| * | 64-N545 | 0592 | BUILDERS RISK COVERAGE - SPECIAL FORM SCHEDULE |
| | 64-N546 | 0592 | BUILDERS RISK COVERAGE - SPECIAL FORM |
| | CM0001 | 1091 | COMMERCIAL INLAND MARINE CONDITIONS |
| | 64-N548 | 0897 | CONTRACTOR'S EQUIPMENT COVERAGE - SCHEDULE |
| | 64-N550 | 0797 | CONTRACTOR'S EQUIPMENT COVERAGE SPECIAL FORM |
| * | 64-N351 | 0592 | IM LOSS PAYABLE CLAUSE |

* DENOTES POLICY FORMS THAT ARE BEING ADDED TO THE POLICY FOR THE FIRST TIME OR THAT HAVE CHANGED SINCE THIS POLICY WAS ISSUED. ONLY FORMS WITH AN * ARE ENCLOSED WITH THIS TRANSACTION. ALL OTHER FORMS, AGREEMENTS, AND CONDITIONS LISTED CONTINUE TO APPLY

COMMERCIAL INLAND MARINE

## INLAND MARINE
## LOSS PAYABLE CLAUSE

This endorsement modifies insurance provided under the following:

COMMERCIAL ARTICLES COVERAGE FORM
PHYSICIANS & SURGEONS EQUIPMENT COVERAGE FORM
SIGNS COVERAGE FORM
SCHEDULED PROPERTY FLOATER POLICY

CONTRACTOR'S EQUIPMENT COVERAGE FORM
INSTALLATION FLOATER
PROPERTY FLOATER
TRANSPORTATION COVERAGE FORM
TRIP TRANSIT COVERAGE FORM

A.  We will pay you and the loss payee named in the policy for "loss" to a covered property as interest may appear.

B.  The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

C.  We may cancel the policy as allowed by the CAN-CELLATION Common Policy Condition.

Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy we will mail you and the loss payee the same advance notice.

D.  If we make any payments to the loss payee, we will obtain his or her rights against any other party.

**64-N351 (5/92)**

```
NATIONAL GRANGE MUTUAL INS. CO.              INSURED
55 WEST STREET
KEENE , NEW HAMPSHIRE  03431


ROBERT & JEAN JUDSON              POLICY NUMBER:  MSJ13691
                                  ACCOUNT NUMBER: CACJ13691
BOX 52                            ENTITY:         INDIVIDUAL
SUTTON, MA   01590                POLICY EFF:     09/20/98
                                  NUMBER:         200158
AGENT:THOMAS J WOODS INS AGCY INC
AGENT PHONE : 508 755 8992
```

| | | | |
|---|---|---|---|
| EFFECTIVE DATE: | 09/20/98 | EARNED FACTOR: | .677 |
| EXPIRATION DATE: | 09/20/99 | UNEARNED FACTOR: | .323 |
| MID TERM CHA DATE: | 05/25/99 | EXPIRED DAYS: 247 | |

THIS SECTION SHOWS ONLY PREMIUMS REVISED AS A RESULT OF THE MID TERM CHA
TRANSACTION DESCRIBED BELOW.

| COVERAGE | NEW FULL TERM PREMIUM | ORIGINAL FULL TERM PREMIUM | PRO RATE PREMIUM |
|---|---|---|---|
| CONTRACTORS | | | |
| OMNIBUS | | | |
| AUTO | | | |
| CRIME | | | |
| GENERAL LIABILITY | 3,363.00 | 3,363.00 | |
| INLAND MARINE | 1,560.00 | 840.00 | 233.00 |
| PROPERTY | | | |
| | | | |
| TOTAL | 4,923.00 | 4,203.00 | 233.00 |

```
DESCRIPTION OF CHANGE
MTC #6   EFF 052599
AMENDING BUILDERS RISK COVERAGE TO 150,000 IN LIEU OF
50,000. SEE REVISED 64-N545.
```

64-7989 (11/94) DATE - 07/27/99  MID TERM CHA  JJ

**NATIONAL GRANGE MUTUAL INS. CO.**


**ROBERT & JEAN JUDSON**

POLICY NUMBER:  MSJ13691
ACCOUNT NUMBER: CACJ13691
ENTITY:         INDIVIDUAL
POLICY EFF:     09/20/98
NUMBER:         200158

**AGENT:THOMAS J WOODS INS AGCY INC**


**INLAND MARINE FORM SCHEDULE**

---

Forms and Endorsements which apply to the specified Coverage Part and are
made a part of this policy at time of issue:

| | Form | Edition | Description |
|---|---|---|---|
| * | 64-N545 | 0592 | BUILDERS RISK COVERAGE - SPECIAL FORM SCHEDULE |
| | 64-N546 | 0592 | BUILDERS RISK COVERAGE - SPECIAL FORM |
| | CM0001 | 1091 | COMMERCIAL INLAND MARINE CONDITIONS |
| | 64-N548 | 0897 | CONTRACTOR'S EQUIPMENT COVERAGE - SCHEDULE |
| | 64-N550 | 0797 | CONTRACTOR'S EQUIPMENT COVERAGE SPECIAL FORM |
| | 64-N351 | 0592 | IM LOSS PAYABLE CLAUSE |

* DENOTES POLICY FORMS THAT ARE BEING ADDED TO THE POLICY FOR THE FIRST TIME
OR THAT HAVE CHANGED SINCE THIS POLICY WAS ISSUED. ONLY FORMS WITH AN * ARE
ENCLOSED WITH THIS TRANSACTION. ALL OTHER FORMS, AGREEMENTS, AND CONDITIONS
LISTED CONTINUE TO APPLY

NATIONAL GRANGE MUTUAL INS. CO.                    INSURED
55 WEST STREET
KEENE   NEW HAMPSHIRE   03431

### COMMON POLICY DECLARATIONS

ROBERT & JEAN JUDSON                    POLICY NUMBER: MSJ13691
                                       ACCOUNT NUMBER: CACJ13691
BOX 52                                 ENTITY:        INDIVIDUAL
SUTTON, MA   01590                     POLICY EFF:    09/20/99
                                       RENEWAL OF:
                                       NUMBER:        200158

AGENT:THOMAS J WOODS INS AGCY INC
AGENT PHONE : 508 755 8992

---

### POLICYHOLDER INFORMATION

---

NAMED INSURED:    ROBERT & JEAN JUDSON

MAILING ADDRESS: BOX 52
                 SUTTON, MA   01590

POLICY TERM:  12
  INCEPTION: 09/20/99            12:01 A.M. STANDARD TIME AT THE ADDRESS
 EXPIRATION: 09/20/00            OF THE NAMED INSURED STATED ABOVE.

NAMED INSUREDS BUSINESS: EXCAVATION CONTRACTOR

IN RETURN FOR THE PAYMENT OF THE PREMIUM AND SUBJECT TO THE TERMS OF THIS
POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS
COVERAGE.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM
IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| | | |
|---|---|---|
| COMMERCIAL AUTO COVERAGE PART | | |
| COMMERCIAL CRIME COVERAGE PART | | |
| COMMERCIAL GENERAL LIABILITY COVERAGE PART | $ | 3,363 |
| COMMERCIAL INLAND MARINE COVERAGE PART | $ | 1,560 |
| COMMERCIAL PROPERTY COVERAGE PART | $ | |
| | TOTAL $ | 4,923 |

PREMIUM SHOWN IS PAYABLE:    $        4,923    AT INCEPTION.

---

FORM NUMBERS OF COVERAGES AND ENDORSEMENTS APPLICABLE TO THIS COVERAGE PART
ARE SHOWN ON THE ATTACHED SCHEDULE

---

COUNTERSIGNED _____  BY _____

64-7985 (1/88)      07/30/99        RENEWAL         JJ

NATIONAL GRANGE MUTUAL INS. CO.


ROBERT & JEAN JUDSON                    POLICY NUMBER: MSJ13691
                                        ACCOUNT NUMBER: CACJ13691
                                        ENTITY:        INDIVIDUAL
                                        POLICY EFF:    09/20/99
                                        NUMBER:        200158

AGENT:THOMAS J WOODS INS AGCY INC



              COMMERCIAL PACKAGE POLICY FORM SCHEDULE
─────────────────────────────────────────────────────────────────

Forms and Endorsements which apply to the specified Coverage Part and are
made a part of this policy at time of issue:

| Form | Edition | Description |
|------|---------|-------------|
| IL0017 | 1185 | COMMON POLICY CONDITIONS |
| 60-7195 | 0392 | PARTICIPATION CLAUSE AND COMPANY SIGNATURES |

07/30/99    RENEWAL        JJ

## COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

### A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

### B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

### C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

### D. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

### E. PREMIUMS

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

### F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL 00 17 11 85                Copyright, Insurance Services Office, Inc., 1982, 1983

NATIONAL GRANGE MUTUAL INS. CO.                    INSURED
55 WEST STREET
KEENE   NEW HAMPSHIRE   03431


ROBERT & JEAN JUDSON                    POLICY NUMBER:  MSJ13691
                                        ACCOUNT NUMBER: CACJ13691
                                        ENTITY:         INDIVIDUAL
                                        POLICY EFF:     09/20/99
                                        NUMBER:         200158
AGENT:THOMAS J WOODS INS AGCY INC
AGENT PHONE : 508 755 8992

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

1. LIMITS OF LIABILITY
     General Aggregate Limit                          $  1,000,000
     Products-Completed Operations Aggregate Limit    $  1,000,000
     Personal and Advertising Injury Limit            $    500,000
     Each Occurrence Limit                            $    500,000
     Fire Damage Limit - Any One Fire                 $     50,000
     Medical Expense Limit - Any One Person           $      5,000


2. BUSINESS DESCRIPTION AND LOCATION OF PREMISES

     ENTITY:   SEE ABOVE.
     NAMED INSUREDS BUSINESS: **EXCAVATION CONTRACTOR**
     LOCATION OF ALL PREMISES YOU OWN, RENT OR OCCUPY: SEE ATTACHED SCHEDULE.

3. PREMIUM

| CLASSIFICATION | CODE NO. | PREMIUM BASIS | RATE PR/CO | OTHER | ADVANCE PREMIUM PR/CO | OTHER |
|---|---|---|---|---|---|---|
| SEE ATTACHED SCHEDULE | | | | | | |

                                   TOTAL ADVANCE PREMIUM $         3,363

4. ( X ) IF DESIGNATED BY (X), IN CONSIDERATION OF A REDUCED PREMIUM CHARGE,
     EXPLOSION, COLLAPSE AND UNDERGROUND PROPERTY DAMAGE HAZARDS ARE EXCLUDED
     IN ACCORDANCE WITH ENDORSEMENT CG 2142 AND SCHEDULE 64-1641.

5. FORMS AND ENDORSEMENTS APPLYING TO THIS COVERAGE PART AND MADE PART OF
     THIS POLICY AT TIME OF ISSUANCE: **SEE ATTACHED SCHEDULE.**

64-7983 (1/88)        07/30/99   RENEWAL                JJ

NATIONAL GRANGE MUTUAL INS. CO.


ROBERT & JEAN JUDSON                     POLICY NUMBER:  MSJ13691
                                         ACCOUNT NUMBER: CACJ13691
                                         ENTITY:         INDIVIDUAL
                                         POLICY EFF:     09/20/99
                                         NUMBER:         200158

AGENT:THOMAS J WOODS INS AGCY INC



                    LIABILITY FORM SCHEDULE
_____

Forms and Endorsements which apply to the specified Coverage Part and are
made a part of this policy at time of issue:

| Form | Edition | Description |
|------|---------|-------------|
| CG2142 | 1185 | EXCLUSION-EXPL.,COLLA.& UNDERGROUND PD HAZARD(SP.OPER.) |
| CG2151 | 0989 | AMENDMENT OF LIQUOR LIABILITY EXCL-EXCEPTION FOR SCHED. |
| CG0001 | 1093 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG2147 | 1093 | EMPLOYEE RELATED PRACTICE |
| 64-1641 | 0197 | XCU EXCLUSION DESCRIPTION |
| IL0021 | 1194 | BROAD FORM NUCLEAR EXCLUSION ENDORSEMENT |

                    07/30/99    RENEWAL         JJ

**f.   Pollution**

**(1)**   "Bodily injury" or "property damage"aris-ing out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

**(a)**   At or from any premises, site or lo-cation which is or was at any time owned or occupied by, or rented or loaned to, any insured;

**(b)**   At or from any premises, site or lo-cation which is or was at any time used by or for any insured or others for the handling, storage, disposal, process-ing or treatment of waste;

**(c)**   Which are or were at any time trans-ported, handled, stored, treated, dis-posed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

**(d)**   At or from any premises, site or lo-cation on which any insured or any contractors or subcontractors work-ing directly or indirectly on any in-sured's behalf are performing operations:

**(i)**   if the pollutants are brought on or to the premises, site or lo-cation in connection with such operations by such insured, con-tractor or subcontractor; or

**(ii)**   if the operations are to test for, monitor, clean up, remove, con-tain, treat, detoxify or neutralize, or in any way respond to, or as-sess the effects of pollutants.

Subparagraphs **(a)** and **(d) (i)** do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire.

As used in this exclusion, a hostile fire means one which becomes uncontrolla-ble or breaks out from where it was in-tended to be.

**(2)**   Any loss, cost or expense arising out of any:

**(a)**   Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

**(b)**   Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or as-sessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materi-als to be recycled, reconditioned or reclaimed.

**g.   Aircraft, Auto or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured.  Use includes oper-ation and "loading or unloading."

This exclusion does not apply to:

**(1)**   A watercraft while ashore on premises you own or rent;

**(2)**   A watercraft you do not own that is:

**(a)**   Less than 26 feet long; and

**(b)**   Not being used to carry persons or property for a charge;

**(3)**   Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)**   Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)**   "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in paragraph f.(2) or f.(3) of the definition of "mobile equipment".

**h.   Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)**   The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)**   The use of "mobile equipment"  in, or while in practice for, or while being pre-pared for, any prearranged racing, speed, demolition, or stunting activity.

**i.   War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war.  War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed un-der a contract or agreement.

**j.   Damage to property**

"Property damage" to:

**(1)**   Property you own, rent, or occupy;

**(2)**   Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)**   Property loaned to you;

**(4)**   Personal property in the care, custody or control of the insured;

**(5)**   That particular part of real property on which you or any contractors or subcon-tractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)**   That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly per-formed on it.

## COVERAGE C. MEDICAL PAYMENTS

**1. Insuring Agreement.**

    **a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

      **(1)** On premises you own or rent;

      **(2)** On ways next to premises you own or rent; or

      **(3)** Because of your operations;

    provided that:

      **(1)** The accident takes place in the "coverage territory" and during the policy period;

      **(2)** The expenses are incurred and reported to us within one year of the accident; and

      **(3)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

    **b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

      **(1)** First aid administered at the time of an accident;

      **(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

      **(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions.**

We will not pay expenses for "bodily injury:"

    **a.** To any insured.

    **b.** To a person hired to do work for or on behalf of any insured or a tenant of any insured.

    **c.** To a person injured on that part of premises you own or rent that the person normally occupies.

    **d.** To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers compensation or disability benefits law or a similar law.

    **e.** To a person injured while taking part in athletics.

    **f.** Included within the "products-completed operations hazard."

    **g.** Excluded under Coverage A.

    **h.** Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

We will pay, with respect to any claim or "suit" we defend:

**1.** All expenses we incur.

**2.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**3.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**4.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $100 a day because of time off from work.

**5.** All costs taxed against the insured in the "suit."

**6.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**7.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

## SECTION II - WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

    **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

    **b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

    **c.** An organization other than a partnership or joint venture, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**2.** Each of the following is also an insured:

    **a.** Your "employees", other than your "executive officers", but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, no "employee" is an insured for:

      **(1)** "Bodily injury" or "personal injury":

        **(a)** To you, to your partners or members (if you are a partnership or joint venture), or to a co-"employee" while in the course of his or her employment or while performing duties related to the conduct of your business;

        **(b)** To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of paragraph **(1) (a)** above;

        **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in paragraphs **(1) (a)** or **(b)** above; or

        **(d)** Arising our of his or her providing or failing to provide professional health care services.

      **(2)** "Property damage" to property:

fense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit;"

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation, settlement or defense of the claim or "suit;" and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us.**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance.**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

**b. Excess Insurance**

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

**(1)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work;"

**(2)** That is Fire insurance for premises rented to you; or

**(3)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Coverage A (Section I).

When this insurance is excess, we will have no duty under Coverage A or B to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit.**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy

damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **2.** above and supervisory, inspection or engineering services.

**9.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the contact of your business. "Leased worker" does not include a "temporary worker".

**10.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto;"

**b.** While it is in or on an aircraft, watercraft or "auto;" or

**c.** While it is being removed from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto."

**11.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos:"

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**12.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**13.** "Personal injury" means injury, other than "bodily injury," arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

**e.** Oral or written publication of material that violates a person's right of privacy.

**14. a.** "Products-completed operations hazard" includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned.

**b.** "Your work" will be deemed completed at the earliest of the following times:

POLICY NUMBER:                                                        COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION - EXPLOSION, COLLAPSE AND UNDERGROUND PROPERTY DAMAGE HAZARD (SPECIFIED OPERATIONS)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Location & Description of Operations | Excluded Hazard(s) |
|---|---|
| | |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

1. The following exclusion is added to COVERAGE A (Section I):

   This insurance does not apply to "property damage" included within the "explosion hazard," the "collapse hazard" or the "underground property damage hazard" if any of these hazards is entered as an excluded hazard on the Schedule.

   This exclusion does not apply to:

a. Operations performed for you by others; or

b. "Property damage" included within the "products completed operations hazard:"

2. The following additional definitions apply:

   "Explosion hazard" includes property damage arising out of blasting or explosion. The "explosion hazard" does not include "property damage" arising out of the explosion of air or steam vessels, piping under pressure, prime movers, machinery or power transmitting equipment.

   "Collapse hazard" includes "structural property damage" and any resulting "property damage" to any other property at any time.

"Structural property damage" means the collapse of or structural injury to any building or structure due to:

   (1) Grading of land, excavating, borrowing, filling, back-filling, tunneling, pile driving, cofferdam work or caisson work; or

   (2) Moving, shoring, underpinning, raising or demolition of any building or structure or removal or rebuilding of any structural support of that building or structure.

"Underground property damage hazard" includes "underground property damage" and any resulting "property damage" to any other property at any time.

"Underground property damage" means property damage to wires, conduits, pipes, mains, sewers, tanks, tunnels, any similar property, and any apparatus used with them beneath the surface of the ground or water, caused by and occurring during the use of mechanical equipment for the purpose of grading land, paving, excavating, drilling, borrowing, filling, back-filling or pile driving.

CG 21 42 11 85                    Copyright, Insurance Services Office, Inc., 1984

**COMMERCIAL GENERAL LIABILITY**
**CG 21 47 10 93**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to paragraph **2.**, Exclusions of COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I - Coverages):

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to paragraph **2.**, Exclusions of COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY (Section I - Coverages):

This insurance does not apply to:

"Personal injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" to that person at whom any of the employment-related practices described in paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

CG 21 47 10 93    Copyright, Insurance Services Office, Inc., 1992

IL 00 21 11 94

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## NUCLEAR ENERGY LIABILITY EXCLUSION
### ENDORSEMENT
#### (Broad Form)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF
  TRANSPORTATION
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "Special nuclear material" or "by-product material".

   "Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

   "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

   "Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any

# WITH ACCURATE RECORD KEEPING, YOU CAN HELP CONTROL YOUR INSURANCE COSTS!

## AUDITS

Your policy premium was estimated because it is based on payroll and/or sales amounts which fluctuate throughout the year. As a result, your policy is subject to audit at the end of the coverage period to determine whether we must charge you additional premium or return any excess premium you paid.

## CERTIFICATES OF INSURANCE

If you have contractors perform work for you, it is vital that you obtain a certificate of insurance from them proving they have valid Workers Compensation insurance for the state in which they conducted the operations. Most state Workers Compensation Acts require that we charge you to provide the coverage when there is no proof that the contractor carries valid insurance.

For General Liability, the coverage must be appropriate for the operations being conducted and the limits must be at least $300,000 per occurrence, or if less than $300,000, equal to your limit of liability. If no Certificate is available, and/or your contractor does not meet the described limit liability requirements, we will charge you full liability rates.

## PAYROLL CLASSIFICATIONS

We want to help control your insurance costs. To do that, you need to keep records for the specific operations you conduct. For example, many contracting classifications allow division of payroll by type of work when separate payroll records are maintained. The same applies to certain products, allowing the receipts or payroll for installation or service to apply at different rates. Estimates and percentages cannot be used − your records must reflect actual payroll by type of work. Without this specific record keeping, we must charge the highest rated classification.

## OTHER PAYROLL INFORMATION

Many policies base premiums on payroll. This includes wages, commissions, bonuses, overtime, paid holidays, sick time, vacation, fair market value of food or lodging furnished by the employer or allowance for tools furnished by the employee and used in his work.

Many states also permit an overtime deduction which varies if time and a half or double time is paid. Be certain to keep payroll records documenting such payments.

If you are the sole proprietor or executive officer and are covered under your policy, please keep this information separate because there may be a payroll limitation or a fixed payroll applicable to you regardless of your actual earnings.

---

Thank you for the opportunity to provide you with insurance coverage. We hope that this letter helps you minimize your insurance costs. If you have any questions, please contact your insurance agent.

64-1616 (6/91)                                                                                                    Page 1 of 1

**POLICYHOLDER NOTICE**
**YEAR 2000 PROBLEM AND YOUR INSURANCE COVERAGE**

**THIS NOTICE PROVIDES INFORMATION CONCERNING INSURANCE COVERAGE FOR PROPERTY AND LIABILITY COVERAGES RESULTING FROM COMPUTER RELATED OR OTHER ELECTRONIC PRODUCTS FAILURE TO RECOGNIZE THE CHANGE TO THE YEAR 2000.**

PLEASE READ THIS NOTICE CAREFULLY.

When the year 2000 arrives, it is anticipated that many computer systems will fail to work properly. This is because they have been programmed to read only the last two digits of dates. The first two digits are assumed to be 19. Hence, today, a computer "sees" 98 and assumes that the year is 1998.  When the year 2000 arrives, it will only read the 00, and then may assume that the year is 1900. For example, an individual born in 1970, the computer would calculate their age in 1989 as:

$$99 - 70 = 29$$

In the year 2000, the age would be calculated as:

$$00 - 70 = -70$$

This problem is critical because programmers who are capable of fixing this problem are becoming scarce and the problem has to be corrected before the year 2000. Uncorrected, the resulting losses may produce severe damage to persons or property or may cause extensive lost income from the interruption of normal business operations. It is important that you examine and evaluate your current situation on an individual basis.

This problem and its possible effects have been known for a long time, and the losses that are expected can be avoided by taking steps to correct existing systems and software. **Because the losses are expected and that they will not be accidental or unforseen in nature, we are using this means to notify you that there is no coverage for this kind of loss in this policy.** *One important exception is that in a property policy, if a covered cause of loss, such as fire causes the damage, the loss resulting from that fire will continue to be covered.*

There may be coverage options available in the insurance marketplace for such losses. You should consult with your agent if you wish to investigate insurance options.

**64-5676 (7/98)**

NATIONAL GRANGE MUTUAL INS. CO.                    INSURED
55 WEST STREET
KEENE   NEW HAMPSHIRE   03431


### COMMERCIAL INLAND MARINE DECLARATIONS


ROBERT & JEAN JUDSON                    POLICY NUMBER: MSJ13691
                                        ACCOUNT NUMBER: CACJ13691
BOX 52                                  ENTITY:        INDIVIDUAL
SUTTON, MA   01590                      POLICY EFF:    09/20/99
                                        RENEWAL OF:
AGENT:THOMAS J WOODS INS AGCY INC       NUMBER:        200158
AGENT PHONE : 508 755 8992

---

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS
POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

---

1.NAMED INSURED:    ROBERT & JEAN JUDSON


2.MAILING ADDRESS:  BOX 52
                    SUTTON, MA   01590

3.POLICY TERM:  12
   INCEPTION: 09/20/99
  EXPIRATION: 09/20/00

4.COMMERCIAL INLAND MARINE COVERAGE PART:
   BUILDERS RISK COVERAGE
   CONTRACTORS EQUIPMENT COVERAGE




5.LIMITS OF INSURANCE
   A. REFER TO ATTACHED SCHEDULE FOR LIMITS PROVIDED  ☒

   B. PROPERTY AT YOUR PREMISES
      We cover only at the following
      described premises:              Description of        IN          OUTSIDE
      Address:                         Property/Rate      BUILDING      BUILDING




   C. PROPERTY AT OTHER PREMISES YOU ACQUIRE
      This limit applies at each premises. Coverage
      applies only for 30 days after you acquire
      the premises.                                                     $


   D. PROPERTY IN TRANSIT                                               $



64-7826 (5/92)        07/30/99          RENEWAL          JJ

**NATIONAL GRANGE MUTUAL INS. CO.**

**ROBERT & JEAN JUDSON**

POLICY NUMBER: MSJ13691
ACCOUNT NUMBER: CACJ13691
ENTITY:         INDIVIDUAL
POLICY EFF:     09/20/99
NUMBER:         200158

**AGENT:THOMAS J WOODS INS AGCY INC**

## INLAND MARINE FORM SCHEDULE

Forms and Endorsements which apply to the specified Coverage Part and are made a part of this policy at time of issue:

| Form | Edition | Description |
|------|---------|-------------|
| 64-N545 | 0592 | BUILDERS RISK COVERAGE - SPECIAL FORM SCHEDULE |
| 64-N546 | 0592 | BUILDERS RISK COVERAGE - SPECIAL FORM |
| 64-N548 | 0897 | CONTRACTOR'S EQUIPMENT COVERAGE - SCHEDULE |
| 64-N550 | 0797 | CONTRACTOR'S EQUIPMENT COVERAGE SPECIAL FORM |
| 64-N351 | 0592 | IM LOSS PAYABLE CLAUSE |
| CM0001 | 1091 | COMMERCIAL INLAND MARINE CONDITIONS |

**COMMERCIAL INLAND MARINE
COVERAGE PART SCHEDULE**

NATIONAL GRANGE MUTUAL INS. CO.

ROBERT & JEAN JUDSON

POLICY NUMBER    MSJ13691
ACCOUNT NUMBER   CACJ13691
ENTITY           INDIVIDUAL
POLICY EFF        09/20/99
NUMBER:          200158

AGENT:THOMAS J WOODS INS AGCY INC

**COVERAGE SUMMARY**

CONTRACTOR'S EQUIPMENT COVERAGE ___ BROAD _X_ SPECIAL

| Item Number | Description of Property | Limit of Insurance |
|---|---|---|
| 1. | 1987 JCB BACKHOE | 15000 |
| 2. | FOHER STL PORTABLE SCREEN ING PLANT #940 W/HATZ DIESEL ENGINE #901792013386 | 25000 |

Total: $        40,000

All Covered Property at All Locations:                     $        40,000

    Rate:    $  1.200

    Premium: $         480

    Minimum Premium: $

Loss Payee (if any):

(Co-insurance provisions apply only to any specifically described property which includes a Limit of Insurance)

64-N548 (8/97)     07/30/99     RENEWAL          J J

owners of that property will satisfy any claim of yours.

2. Provide a defense for legal proceedings brought against you. If provided, the expense of this defense will be at our cost and will not reduce the applicable Limit of Insurance under this insurance.

## I. RECOVERIES

Any recovery or salvage on a "loss" will accrue entirely to our benefit until the sum paid by us has been made up.

## J. REINSTATEMENT OF LIMIT AFTER LOSS

The Limit of Insurance will not be reduced by the payment of any claim, except for total "loss" of a scheduled item, in which event we will refund the unearned premium on that item.

## K. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

If any person or organization to or for whom we make payment under this insurance has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "loss" to impair them.

## GENERAL CONDITIONS

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

## B. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all the terms of this Coverage Part; and

2. The action is brought within 2 years after you first have knowledge of the "loss."

## C. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property, will benefit from this insurance.

## D. POLICY PERIOD

We cover "loss" commencing during the policy period shown in the Declarations.

## E. VALUATION

The value of property will be the least of the following amounts:

1. The actual cash value of that property;

2. The cost of reasonably restoring that property to its condition immediately before "loss"; or

3. The cost of replacing that property with substantially identical property.

In the event of "loss," the value of property will be determined as of the time of "loss."

    Copyright, Insurance Services Office, Inc., 1990

COMMERCIAL INLAND MARINE

# BUILDER'S RISK COVERAGE--SPECIAL FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section F - Definitions.

## A. COVERAGE

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

1. **Covered Property,** as used in this Coverage Form, means the following types of property:

   a. Your building materials and supplies, equipment, machinery and fixtures, intended to become a permanent part of any building or structure described in the Declarations while:

      (1) In the course of construction. We also cover foundations; or

      (2) Under renovation. But we only cover the value of improvements, alterations or repairs to the building or structure;

   b. Your financial interest in the property described in paragraph **a.** above that is owned by others. But we only cover your financial interest in such property after it is attached as part of any building or structure covered by this Coverage Form; and

   c. Your construction forms, scaffolding and temporary structures used in any construction or renovations covered by this Coverage Form.

2. **Property Not Covered**

   Covered Property does not include:

   a. Land including land on which the property is located;

   b. Water;

   c. Lawns, trees, shrubs or plants when outside of buildings or structures;

   d. The value of buildings or structures under renovation existing prior to construction of improvements, alterations, or repairs;

   e. Contractors Equipment, machinery, tools or similar property which will not become a part of the building or structure;

   f. Contraband, or property in the course of illegal transportation or trade.

3. **Where This Coverage Applies**

   a. We only cover construction forms, scaffolding and temporary structures at any construction premises described in the Declarations.

   b. We cover all other property:

      (1) At construction premises;

      (2) At any temporary storage location; and

      (3) In transit; wherever located within:

         (a) The United States of America and its territories or possessions;

         (b) Puerto Rico; and

         (c) Canada.

4. **When This Coverage Begins and Ends**

   We cover property starting on or after the time this coverage begins.

   This coverage will end when one of the following first occurs:

   a. The purchaser accepts the property;

   b. Your interest in the property ceases;

   c. Any covered building or structure is occupied or put to its intended use or leased or rented to others;

   d. 90 days after construction or renovation is complete;

   e. Any other insurance covers the property as a completed building or structure;

   f. You abandon the construction with no intention to complete it;

   g. This Coverage Form is cancelled; or

   h. The end of the policy period.

5. **Covered Causes of Loss**

   Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

6. **Coverage Extension**

   **Fire Department Service Charge**

   When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

   a. Assumed by contract or agreement prior to loss; or

   b. Required by local ordinance.

   The limit for the Coverage Extension is in addition to the applicable Limit of Insurance shown in the Declarations. Neither the Deductible nor the Coinsurance Additional Condition apply to this Coverage Extension.

## B. EXCLUSIONS

1. We will not pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss."

   a. **Ordinance or Law**

      The enforcement of any ordinance or law:

64-N546 (5/92)

Page 1 of 3

causes of "loss" would be covered under this Coverage Form.

**f.** Unexplained disappearance.

This exclusion does not apply to property in the custody of a carrier for hire.

**g.** Shortage found upon taking inventory.

**h.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**i.** Unauthorized instructions to transfer property to any person or to any place.

3. We will not pay for a "loss" caused by or resulting from any of the following. But if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss."

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph **1.** above to produce the "loss."

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance.

of part or all of any property wherever located.

**d.** Settling, cracking, shrinking, bulging or expansion.

4. We will not pay for "loss" to:

**a.** Electrical devices, appliances or wire caused by or resulting from artificially generated electric current that creates a short circuit or other electric disturbance within that property. But we will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

**b.** Machinery caused by or resulting from a mechanical breakdown including rupture or bursting caused by centrifugal force.

**c.** Steam boilers, steam pipes, steam engines, steam turbines, hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

But if "loss" by a Covered Cause of Loss results to other Covered Property, we will pay for that resulting "loss."

5. We will not pay for:

**a.** Penalties for noncompletion or noncompliance with contract conditions.

**b.** Any "loss" covered under any guarantee, warranty or other expressed or implied obligation of any contractor, manufacturer or supplier. This exclusion applies whether or not such contractor, manufacturer or supplier is a Named Insured.

**C. LIMITS OF INSURANCE**

The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

**D. DEDUCTIBLE**

We will not pay for "loss" in any one occurrence until the amount of adjusted "loss," before applying the applicable Limits of Insurance, exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted "loss" in excess of the Deductible, up to the applicable Limit of Insurance.

**E. ADDITIONAL CONDITIONS**

The following conditions apply in addition to the COMMERCIAL INLAND MARINE CONDITIONS and the COMMON POLICY CONDITIONS:

**1. Coinsurance**

All Covered Property except property in transit, must be insured for its total value as of the time of "loss" or you will incur a penalty.

The penalty is that we will pay only the proportion of any "loss" that the applicable Limit of Insurance shown in the Declarations bears to the following amount for each type of Covered Property.

**a.** Buildings Under Construction--the value on date of completion of the described building or structure.

**b.** Renovations Under Construction--the value of the improvements, alterations or repairs on date of completion to the described building or structure.

**c.** Construction Forms, Scaffolding and Temporary Structures--the total value of that property at all construction premises described in the Declarations as of the time of loss.

This penalty will not apply to property in transit.

**2. Records**

You will keep accurate records of all construction and renovations covered by this Coverage Form. You will retain them for three years after the policy ends.

**F. DEFINITIONS**

**1.** "Loss" means accidental loss or damage.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

(2) Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

**c. War and Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for a "loss" caused by or resulting from any of the following:

a. Delay, loss of use, loss of market or any other consequential loss.

b. Dishonest acts by you, anyone else with an interest in the property, your or their employees or authorized representatives or anyone entrusted with the property, whether or not acting alone or in collusion with other persons or occurring during the hours of employment.

But this exclusion does not apply to property in the custody of a carrier for hire.

c. Work upon the property.

But we will pay for direct "loss" caused by resulting fire or explosion, if these causes of "loss" would be covered under this Coverage Form.

d. Artificially generated current creating a short circuit or other electrical disturbance within an item covered under this Coverage Form.

But we will pay for direct "loss" caused by resulting fire or explosion, if these causes of "loss" would be covered under this Coverage Form.

This exclusion applies only to "loss" to that article in which the disturbance occurs.

e. Weight of the load exceeding, at the time of "loss", the maximum lifting capacity established by the manufacturer for the property.

f. Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

g. Unauthorized instructions to transfer property to any person or to any place.

h. Loss or damage to property which the Insured has loaned, rented or leased to others unless specifically endorsed.

3. We will not pay for a "loss" caused by or resulting from any of the following. But if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss."

a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the "loss."

b. Wear and tear, any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration, depreciation, corrosion, rust, dampness, cold or heat.

c. Mechanical breakdown or failure of the Covered Property.

**C. LIMITS OF INSURANCE**

The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

**D. DEDUCTIBLE**

We will not pay for "loss" in any one occurrence until the amount of the adjusted "loss," before applying the applicable Limits of Insurance, exceeds the Deductible shown in the Declarations. We will then pay the amount of the Deductible, up to the applicable Limit of Insurance.

**E. ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions.

**1. Coverage Territory**

We cover property wherever located within:

a. The United States of America; and

b. Canada

**2. Coinsurance**

All Covered Property that is specifically described including a Limit of Insurance must be insured for its actual cash value or replacement cost, depending on the coverage provided as of the time of "loss" or you will incur a penalty.

The penalty is that we will pay only the proportion of any "loss" that the applicable Limit of Insurance shown in the Declarations for each item bears to its actual cash value as of the time of "loss."

**F. DEFINITIONS**

"Loss" means accidental loss or damage.

```
NATIONAL GRANGE MUTUAL INS. CO.                  INSURED
55 WEST STREET
KEENE   NEW HAMPSHIRE   03431


ROBERT & JEAN JUDSON                 POLICY NUMBER:  MSJ13691
                                     ACCOUNT NUMBER: CACJ13691
BOX 52                               ENTITY:         INDIVIDUAL
SUTTON, MA   01590                   POLICY EFF:     09/20/99
                                     NUMBER:         200158
AGENT:THOMAS J WOODS INS AGCY INC
AGENT PHONE : 508 755 8992
```

| | | |
|---|---|---|
| EFFECTIVE DATE: | 09/20/99 | EARNED FACTOR: |
| EXPIRATION DATE: | 09/20/00 | UNEARNED FACTOR: 1.000 |
| CANCELLATION DATE: | 09/20/99 | EXPIRED DAYS: |

THIS SECTION SHOWS ONLY PREMIUMS REVISED AS A RESULT OF THE CANCELLATION
TRANSACTION DESCRIBED BELOW.

| COVERAGE | NEW FULL TERM PREMIUM | ORIGINAL FULL TERM PREMIUM | PRO RATE PREMIUM |
|---|---|---|---|
| CONTRACTORS | | | |
| OMNIBUS | | | |
| AUTO | | | |
| CRIME | | | |
| GENERAL LIABILITY | | 3,363.00 | -3,363.00 |
| INLAND MARINE | | 1,560.00 | -1,560.00 |
| PROPERTY | | | |
| | | | |
| TOTAL | | 4,923.00 | -4,923.00 |

DESCRIPTION OF CHANGE
POLICY CANCELLED FLAT - INSURED'S REQUEST





COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OFFICE OF ENVIRONMENTAL AFFAIRS
**DEPARTMENT OF ENVIRONMENTAL PROTECTION**

Central Regional Office  627 Main Street, Worcester, MA  01608

ARGEO PAUL CELLUCCI
Governor

JANE SWIFT
Lieutenant Governor

BOB DURAND
Secretary

LAUREN A. LISS
Commissioner

FEB 28

<u>**URGENT LEGAL MATTER:  PROMPT ACTION NECESSARY**</u>
<u>**CERTIFIED MAIL:  RETURN RECEIPT REQUESTED**</u>

Robert Judson
8 Williams Lane
Sutton, MA  01590

RE:  CRWSC - Sutton
Residence
50 West Sutton Rd.

**Release Tracking #2-13497**

<u>NOTICE OF RESPONSIBILITY</u>
<u>M.G.L. c. 21E, 310 CMR 40.0000</u>

Dear Mr. Judson:

The Department was notified on September 27, 2000, at 11:10 a.m., that a sudden release of between one hundred and fifty (150) and one hundred and seventy five (175) gallons of #2 fuel oil occurred at the above-referenced property. Specifically, the release occurred as a result of a leaking oil feed line beneath the concrete basement floor.  The oil leaked from the compression union made to the feed line. Such condition required oral notification to the Department within 2-hours and performance of an Immediate Response Action (IRA). In light of the notification and other information available, the Department wishes to ensure that you are aware of your rights and responsibilities under the Massachusetts Oil and Hazardous Material Release Prevention and Response Act, M.G.L. c. 21E, and the Massachusetts Contingency Plan (MCP), 310 CMR 40.0000.

The Department has reason to believe that the property, or portions thereof, is a disposal site which requires a response action under Chapter 21E and the MCP.  The cleanup of disposal sites is governed by Chapter 21E and the MCP.

The Department also has reason to believe that you (as used in this Notice, "you" refers to Robert Judson) are a party with potential liability for response action costs and damages under Chapter 21E, § 5.

The attached summary is intended to provide you with information about liability under Chapter 21E to assist you in deciding what actions to take in response to this Notice.

NOTICE OF RESPONSIBILITY                                              Page 2
Residence; 50 West Sutton Rd., Sutton; RTN 2-13497

You should be aware that you may have claims against third parties for damages, including claims for contribution or reimbursement for the costs of cleanup. Such claims do not exist indefinitely but are governed by laws, which establish the time allowed for bringing litigation. The Department encourages you to take any action necessary to protect any such claims you may have against third parties.

The Department has determined that there are three potentially responsible parties with respect to this release: Howard White, Robert Judson, and Superior Oil, Inc. The Department requests that the three parties determine amongst themselves how to allocate responsibility for the necessary response actions at the site.

## ACTIONS UNDERTAKEN TO DATE AT THE SITE

On September 27, 2000, at 2:20 p.m. Mr Howard White agreed to take the required IRA.

On September 27, 2000, the Department gave Mr. Howard White oral approval to conduct the IRA he proposed to initiate a timely response to this release. The Department's oral IRA approval included the following:

- Test the on-site private well for evidence of contamination;

- Perform assessment activities to determine the extent of the oil contamination and whether other conditions requiring IRAs exist your property.

The written IRA Plan was submitted on December 4, 2000 and approved by the Department. The stated objectives of the written IRA plan are:

- Remove and properly dispose of up to 500 cubic yards of contaminated soil. Removed soil will be placed into covered roll-off containers pending transport to a licensed disposal facility;

- Installation of borings in the front yard to determine downgradient extent of release migration. Up to three 2-inch monitoring wells will also be installed in downgradient locations; and

- An interceptor trench or recovery wells will be installed for the purpose of product recovery.

The MCP requires responsible parties and any other person undertaking response actions at a disposal site to perform Immediate Response Actions in response to sudden releases, Imminent Hazards and Conditions of Substantial Release Migration. Such persons must continue to evaluate the need for Immediate Response Actions and notify the Department immediately if such a need exists.

NOTICE OF RESPONSIBILITY                                      Page 3
Residence; 50 West Sutton Rd., Sutton; RTN 2-13497

You must dispose of any Remediation Waste as defined by the MCP, including, without limitation, contaminated soil and/or debris, generated at the location in accordance with 310 CMR 40.0030. Any Bill of Lading accompanying such waste **must bear the seal and signature of a Licensed Site Professional.**

## NECESSARY RESPONSE ACTIONS AND APPLICABLE DEADLINES

**Please be advised that September 27, 2000 is considered to be the date of release notification. Unless otherwise stated, this date will be the baseline for calculating compliance with deadlines contained within the MCP.**

No disposal site will be deemed to have had all the necessary and required response actions taken for it unless and until all substantial hazards presented by the release and/or threat of release have been eliminated and a level of no significant risk exists or has been achieved in compliance with M.G.L. c. 21E and the MCP.

**A fee of $750.00 is assessed if an RAO is filed 120 days after release notification, but before Tier Classification.** Therefore, if all remediation work has been completed, you are encouraged to have the RAO submitted promptly to avoid the fee.

Unless otherwise provided by the Department, responsible parties have one year from the initial date notice of a release or threat of release is provided to the Department pursuant to 310 CMR 40.0300 or from the date the Department issues a Notice of Responsibility, whichever occurs earlier, to file with the Department one of the following submittals: (1) a completed Tier Classification Submittal; or (2) a Response Action Outcome Statement. If required by the MCP, a completed Tier I Permit Application must also accompany a Tier Classification Submittal. The deadline for these submittals for this disposal site is **September 27, 2001.**

## PROCEDURES TO FOLLOW TO UNDERTAKE RESPONSE ACTIONS

The Department encourages parties having liability under M.G.L. c. 21E to take prompt action in response to releases and threats of release of oil and hazardous materials. By taking prompt action, liable parties may significantly lower cleanup costs and avoid the imposition of, or reduce the amount of, certain permit and/or annual compliance assurance fees payable under 310 CMR 4.00 (e.g., no annual compliance assurance fee is due for Response Action Outcome Statements submitted to the Department within 120 days of the initial date of release notification).

You must employ or engage a Licensed Site Professional (LSP) to manage, supervise, or actually perform all response actions which you intend to undertake at this disposal site. You may obtain a list of the names and addresses of Licensed Site Professionals by contacting the Board of Registration of Hazardous Waste Site Cleanup Professionals by telephone at (617) 556-1091 or in person or by mail at One Winter Street, 10th Floor, Boston, Massachusetts 02108.

NOTICE OF RESPONSIBILITY                                    Page 4
Residence; 50 West Sutton Rd., Sutton; RTN 2-13497

   If you have any further questions, please contact this office at the letterhead address or at (508) 792-7653. All future correspondence communications regarding the disposal site should reference the following Release Tracking Number: **2-13497**.

                Sincerely,

FEB 28

                Edmond G. Benoit
                Deputy Regional Director
                Bureau of Waste Site Cleanup

EGB/FS/NJC/kwd
Enclosures
la
cc:  Sutton Fire Department
  Sutton Board of Health
  Howard White
   50 West Sutton Rd.
   Sutton, MA 01590
  Superior Oil Inc.,Thomas Capistron
   48 Providence Rd.
   Millbury, MA 01527
  Robert Pease, LSP
  Database Entry

2_13497.judson.nor

## SUMMARY OF LIABILITY UNDER CHAPTER 21E

As stated in the Notice of Responsibility accompanying this Summary, the Department has reason to believe that you are a Potentially Responsible Party ("PRP") with potential liability under M.G.L. c. 21E, Section 5, for response action costs and damages to natural resources caused by the release and/or threat of release. The Department has identified you as a PRP because it believes you fall within one or more of the following categories of persons made potentially liable by Subsection 5(a):

- any current owner or operator of a site from or at which there is or has been a release or threat of release of oil and/or hazardous material;

- any person who owned or operated a site at the time hazardous material was stored or disposed of;

- any person who arranged for the transport, disposal, storage or treatment of hazardous material to or at a site;

- any person who transported hazardous material to a transport, disposal, storage or treatment site from which there is or has been a release or threat of release of such material; and

- any person who otherwise caused or is legally responsible for a release or threat of release of oil or hazardous material at a site.

For purposes of the MCP, you are considered a Responsible Party ("RP") with actual liability under Chapter 21E if you fall within one of these categories unless you (1) are entitled to a defense under Section 5 or other applicable law, and (2) have reasonably incurred cleanup costs in an amount equal to or greater than any applicable cap on liability under Subsection 5(d).

This liability is "strict," meaning it is not based on fault, but solely on your status as an owner, operator, generator, transporter or disposer. It is also joint and several, meaning that each person who falls within one of these categories may be held liable for all response action costs incurred at the site, regardless of the existence of any other liable parties.

Section 5 provides a few narrowly drawn defenses to liability, including a defense for releases and damages caused by an act of God, an act of war or an act by a third party other than an employee, agent or person with whom the party has a contractual relationship (*see* Subsection 5(c)); a defense for certain owners of residential property at which the owner maintains a permanent residence (*see* Subsection 5(h)); and a defense for certain public utilities and agencies of the Commonwealth which own a right-of-way that is a site (*see* Subsection 5(j)).

You may voluntarily undertake response actions under the MCP without having your liability under Chapter 21E formally adjudicated by the Department. If you do not take the necessary response actions, or fail to perform them in an appropriate and timely manner, the Department is authorized by Chapter 21E to perform the necessary work.

By taking the necessary response actions, you can avoid liability for response action costs incurred by the Department in performing these actions. If you are a RP and you fail to perform necessary response actions at the site, you may be held liable for up to three (3) times all response action costs incurred by the Department and sanctions may be imposed on you for failure to perform response actions required by the MCP.

Response action costs include, without limitation, the cost of direct hours spent by Department employees arranging for response actions or overseeing work performed by persons other than the Department or its contractors, expenses incurred by the Department in support of those direct hours, and payments to the Department's contractors (for more detail on cost liability, *see* 310 CMR 40.1200: Cost Recovery). The Department may also assess interest on costs incurred at the rate of twelve percent (12%), compounded annually.

Any liability to the Commonwealth under Chapter 21E constitutes a debt to the Commonwealth. To secure payment of this debt, the Department may place liens on all of your property in the Commonwealth under M.G.L. c. 21E, Section 13. To recover this debt, the Commonwealth may foreclose on these liens or the Attorney General may bring legal action against you.

In addition to your potential liability for response action costs and damages to natural resources caused by the release, civil and criminal liability may also be imposed by a court of competent jurisdiction under M.G.L. c. 21E, Section 11, and civil administrative penalties may be assessed by the Department under M.G.L. c. 21A, Section 16, for each violation of Chapter 21E, the MCP or any order, permit or approval issued thereunder.

If you are an RP and you have reason to believe that your performance of the necessary response actions is beyond your technical, financial or legal ability, you should promptly notify the Department in writing of your inability in accordance with Chapter 21E, Subsection 5(e), and 310 CMR 40.0172. If you assert and demonstrate in compliance therewith that performing or paying for such response action is beyond your ability, Subsection 5(e) provides you with a limited defense to an action by the Commonwealth for recovery of two to three times the Department's response action costs and 310 CMR 40.0172 provides you with a limited defense to the Department's assessment of civil administrative penalties.





# NATIONAL GRANGE MUTUAL INSURANCE COMPANY

January 5, 2000

Robert and Jean Judson
Box 52
Sutton, MA 01590

Re: Your Policy: MSJ13691

Dear Mr and Mrs Judson:

On 12-1-00 your agent faxed us a notice of a loss. The notice stated that you were notified by a letter that oil was leaking in a home you had built. A claim is being presented against you for pollution to said home.

You may not be covered for this loss. We do not have enough information to determine if you are covered for this loss. Your policy contains exclusions for pollution that may preclude coverage.

The company will continue to investigate this matter with respect to coverage and liability. You may want to hire an attorney at your own expense to protect your interests. The company will cooperate with him or her if you choose to hire them.

Sincerely,

Charles Whorton
Senior Claim Representative

CC : Thomas Woods Insurance
Cc:  John O. Mirik

Sent certified mail

Z 306 154 785

**US Postal Service**
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

| | |
|---|---|
| Sent to | |
| Street & Number | |
| Post Office, State, & ZIP Code | |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | |

PS Form 3800, April 1995

27 MIDSTATE DRIVE, AUBURN, MA 01501-1896 • PHONE (50
www.msagroup.com



NATIONAL
GRANGE
MUTUAL
INSURANCE
COMPANY

CERTIFIED AND REGULAR MAIL

Robert & Jean Judson                                      December 7, 2001
P O Box 52
Sutton, Ma. 01590


Insured:          Robert & Jean Judson
Claim#:           MSJ13691
Claimants:        Howard & Donna White


Dear Mr. And Mrs. Judson:


As you are aware, the National Grange Mutual Insurance Company carries your commercial general liability policy, under which we are handling the above-captioned claim for oil contamination at the White residence located at 50 West Sutton Road, Sutton, Ma.

As we previously advised, your policy contains exclusions for pollution that may preclude you from coverage under your commercial general liability policy.

Our records reflect we carried your commercial general liability policy from 9/02/95 through 9/20/99 under policy number MSJ13691.   This policy contained the following endorsement that replaced the pollution exclusions contained in your policy:


**TOTAL POLLUTION EXCLUSION ENDORSEMENT**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion f. under COVERAGE A (Section I) is replaced by the following:

**f.**   **(1)**   "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time.

55 WEST STREET, P.O. BOX 2300, KEENE, NH 03431 • PHONE (603) 352-4000
www.msagroup.com

(2) Any loss, cost or expense arising out of any:
   (a) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or
   (b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous, or thermal irritant or contaminant including smoke, vapor, soot, fumes, acid, alkalis, chemicals and waste. Waste includes material to be recycled, reconditioned or reclaimed.

Based on the aforementioned exclusion, we are handling the defense of this claim under a full reservation of rights pursuant to the policy language and applicable law.

The Law Offices of Shapiro & Associates, One Beacon Street, 24th Floor, Boston, Ma. 02108 will continue to represent you and defend your interests in this matter.

The National Grange Mutual Insurance Company, however, reserves the right to deny coverage and withdraw its defense of this claim if it is determined, pursuant to the policy terms and applicable law, that no duty exists under which coverage should be afforded.

You are not required to retain your own attorney, however, you may wish to consult your own personal counsel to advise you and protect your interests outside the scope of your insurance contract.

While we have attempted to address all of the coverage considerations related to this claim, National Grange Mutual Insurance Company reserves all rights under applicable law and the policies. This letter should in no way be construed as a waiver or estoppel of any of the possible coverage defenses afforded by the policies and applicable law. Please continue to forward all additional documentation you receive relative to this claim to our attention for consideration under the terms of this policy.

Thank you for your attention to this matter.

Sincerely,

Lynda J Smith
Sr. Claim Representative

Cc:  Shapiro & Associates
     TJ Woods Insurance Agency Inc.



## SLOANE AND WALSH

A PROFESSIONAL LIMITED LIABILITY PARTNERSHIP

ATTORNEYS AT LAW

WILLIAM J. DAILEY, JR.
JOHN P. RYAN
ROBERT H. GAYNOR
EDWARD T. HINCHEY
LAWRENCE J. KENNEY, JR.
MYLES W. MCDONOUGH
MARCIA K. DIVOLL
...............
ANTHONY J. ANTONELLIS
WILLIAM J. DAILEY III
CURTIS R. DIEDRICH
JAMES P. DONOHUE, JR.
JOHN A. DONOVAN III
JOHN P. FAGGIANO
KEITH G. FLANAGAN

THREE CENTER PLAZA

BOSTON, MASSACHUSETTS 02108
---------------------------

TELEPHONE: (617) 523-6010
FAX: (617) 227-0927
E-MAIL ADDRESS: EMAIL@SLOANEWALSH.COM

WRITER'S DIRECT E-MAIL ADDRESS: JDONOVAN@SLOANEWALSH.COM

LAURA MEYER GREGORY
MICHAEL P. GUAGENTY
DAVID M. HARTIGAN
ROSS A. KIMBALL
GREGG M. LYSKO
JOHN McCORMACK
CHRISTOPHER T. MEIER
STACEY E. MORRIS
HEIDI M. OH
HARRY A. PIERCE
JAMES J. SCANLON
ANN L. SIMONEAU
...............
JOSEPH J. WALSH
COUNSEL

July 30, 2001

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

N.E. CLAIMS

AUG 0 3 2001

Robert Judson
8 Williams Lane
Sutton, MA 01590

RE:   *Oil Contamination- White Residence (50 West Sutton Road, Sutton, MA)*
      *Notification Pursuant to Massachusetts General Laws Chapter 21E, Sec. 4A*

Dear Mr. Judson:

This office represents AMICA Mutual Insurance Company in connection with the contamination of the property located at 50 West Sutton Road in Sutton, Massachusetts. This letter is sent to you pursuant to the provisions of Massachusetts General Laws Chapter 21E, Section 4A.

### BACKGROUND

AMICA Mutual Insurance Company issued a homeowner's insurance policy to Mr. Howard White. Mr. White is the owner of a two-story home located at 50 West Sutton Road in Sutton, Massachusetts.

In and about 1995, Robert Judson contracted to perform services in connection with the construction of Mr. White's home. Pursuant to the terms and condition of the contractual arrangement, you were obligated to design, furnish, fabricate, and install equipment that was fit for its intended uses. You further agreed and warranted that you would perform these services in a workmanlike fashion.

In and about December 1995, Robert Judson designed, furnished, fabricated, installed, and/or inspected fuel oil burning equipment in the basement of Mr. White's home.

The equipment included a 275-gallon Above-Ground Storage Tank ("AST"), a furnace, and a feedline. The AST was installed in the northern corner of the basement and the oil-fired furnace was placed against the southwest wall. The 3/8-inch copper feed line ran between the AST and the furnace.

Unbeknownst to Mr. White, at or about the time that the feed line was designed, installed, furnished, fabricated and/or inspected, it was improperly spliced. The splice occurred in the immediate vicinity of the AST and approximately three inches below grade (concrete floor). The splice in the feed line was coupled with a compression fitting and a portion of the requisite protective sheath was removed or omitted. At all times, Robert Judson, his agents, servants and employees, knew or reasonably should have known that the feed line was spliced and that a portion of the containment sheath was missing. He also knew or reasonably should have known that the spliced line and absence of a continuous sheathing was improper and created a risk of a significant oil release.

On or about December 28, 1995, Robert Judson, his agents, servants and employees, improperly certified that the fuel burning equipment in Mr. White's home was designed, installed, furnished, fabricated and/or inspected in accordance with the applicable statutes and regulations. The inspection and/or testing of the equipment including, specifically the feed line, was totally inadequate.

In or about September 2000, it became apparent that fuel oil was leaking from the area immediately adjacent to the AST. In October 2000, AMICA Mutual Insurance Company retained an environmental firm to conduct a subsurface investigation at the site. Soil samples revealed elevated concentrations of volatile organic compounds beneath the concrete basement floor and in the southeast area of the residence. Free phase fuel oil was also identified in the ground water. It was also determined that downgradient migration of fuel oil occurred. Thereafter, an investigation of the fuel line (performed in the presence of representatives of all of the parties, including Robert Judson) revealed that the failure of the compression coupling caused the release of fuel oil.

Since October 2000, environmental consultants and specialists retained by AMICA Mutual Insurance Company have performed remediation activities to address the extensive contamination at the site.

As you are well aware, the Massachusetts Department of Environmental Protection has been notified of this release. On February 28, 2001, the DEP issued a Notice of Responsibility to Robert Judson. In the Notice, the DEP advised Robert Judson that you are a Potentially Responsible Party and you must participate in the necessary response actions at the site.

## LIABILITY

Robert Judson is liable for the contamination of the site pursuant to Massachusetts General Laws Chapter 21E 4 and 5. Robert Judson caused or contributed to the release of fuel oil by improperly designing, installing, furnishing, fabricating, and/or inspecting the fuel oil burning equipment at the property. More specifically, Robert Judson, its agents, servants,

and employees improperly designed a system that included an inappropriate splice and unprotected compression coupling in the oil supply line. The design failed to include the requisite containment sheathing. Robert Judson, his agents, servants, and employees, also failed to properly install, furnish, and/or fabricate the fuel oil burning equipment, and, in particular, the fuel oil fill line. The splice and compression fitting in the fuel line were improper and the absence of the requisite protective sheathing contributed to the release in the question. Additionally, Robert Judson failed to perform an appropriate inspection of the fuel burning equipment and failed to perform the necessary testing.

Robert Judson caused and is legally responsible for the release of oil at the site because it improperly designed, installed, furnished, fabricated, and/or inspected fuel-burning equipment. Because AMICA Mutual Insurance Company does not bear any of the ultimate responsibility for this release, we propose and hereby request that you agree to pay for the costs of the response actions at the site.

Pursuant to Chapter 21E, Section 4A(a), you have forty-five (45) days from the receipt of this notification to respond in writing. If you fail to respond or fail to agree to pay your share of liability for the oil release at the site, you may be liable for our client's litigation costs and attorney's fees. Mass. Gen. L. ch. 21E, Section 5(A)(d)(1) - (3).

## DOCUMENT REQUESTS

In closing, pursuant to Chapter 21E, Section 4A(a)(iii), please accept this as a formal request for all documents and materials relating to this matter, including, but not limited to:

1. Any and all service contracts, maintenance agreements or other writings that constitute any contract and/or agreement relating to 50 West Sutton Road, Sutton, MA;

2. Any and all correspondence between Robert Judson and the Whites, including, but not limited to, any and all letters, bills or invoices;

3. Any and all correspondence between Robert Judson, its agents, servants or employees and any state or local agency or division, including the Sutton Fire Department and Massachusetts Department of Environmental Protection relating in any way to 50 West Sutton Road, Sutton, MA;

4. Any and all applications, declaration sheets or policies of liability insurance, including excess coverages, which provide coverage for the incident in question;

5. All photographs relating in any way to the incident in question;

6. All documents relating to, commenting on, or constituting any statement of witnesses to the events or occurrences in question;

4

7.  All documents relating in any way to the fuel oil burning equipment installed, designed, furnished, fabricated, or inspected at 50 West Sutton Road, Sutton, MA;

8.  All documents relating in any way to the work performed at 50 West Sutton Road in Sutton, MA in or about December 1995, including, but not limited to, design documents, inspection documents, and installation materials;

9.  Any and all documents relating to any of the events, occurrences and allegations at issue; and

10. All documents relating to the application for permits, any permits, or certificate of completion, concerning the installation or alteration of fuel oil burning equipment at 50 West Sutton Road, Sutton, MA.

We look forward to hearing from you in the near future.

Very truly yours,

Anthony J. Antonellis
John A. Donovan, III

JAD/sjf

cc:  National Grange Mutual Insurance Company
     National Headquarters
     55 West Street
     Keene, NH  03431

cc:  John Mirick, Esquire
     Mirick, O'Connell, D'Mallie, & Lougee, LLP
     100 Front Street
     Worcester, MA 01608-1477

cc:  Frank Sciannameo
     Section Chief Bureau of Waste Site Clean-Up
     Massachusetts Department of Environmental Protection
     Central Region Office
     627 Main Street
     Worcester, MA 01608
     Release Tracking #:  2-13497

F:\ChrisH\Aja\White\letters\Judson 7.30.01.21ENotice.doc

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET   02 40016

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

National Grange Mutual Insurance Company

**DEFENDANTS**

Robert Judson   2002 JAN 22  A 12: 28

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.   OFFICE

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Alan Garber
Mason & Martin, LLP
160 Federal Street
Boston, MA 02110  (617) 742-7100

Attorneys (If Known)

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☐ 2  U.S. Government Defendant

☐ 3  Federal Question
(U.S. Government Not a Party)

☒ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PLF | DEF | | PLF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | **PERSONAL INJURY** ☐ 362 Personal Injury— Med. Malpractice ☐ 365 Personal Injury — Product Liability ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 810 Selective Service |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine ☐ 345 Marine Product Liability | | ☐ 660 Occupational Safety/Health ☐ 690 Other | ☐ 830 Patent ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** ☐ 370 Other Fraud ☐ 371 Truth in Lending ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 ☐ 891 Agricultural Acts |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters ☐ 894 Energy Allocation Act |
| ☐ 195 Contract Product Liability | | | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | **FEDERAL TAX SUITS** | |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS —Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | |
| ☐ 290 All Other Real Property | | ☐ 555 Prison Condition | | | |

## V. ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

This is a declaratory judgment action brought pursuant to 28 U.S.C. § 2201 seeking a declaration of the total pollution exclusion endorsement to an environmental loss.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
None.

JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

02-40016.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.  **TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY)**    National Grange Mutual Insurance
    Company v. Robert Judson

    2002 JAN 22 A 12: 28

2.  **CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL
    COVER SHEET.  (SEE LOCAL RULE 40.1(A)(1)).**

    ___  **I.**   **160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.**

    ___  **II.**  **195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,**   *Also complete AO 120 or AO 121
          **740, 790, 791, 820\*, 830\*, 840\*, 850, 890, 892-894, 895, 950.**   for patent, trademark or copyright cases

    _X_  **III.** **110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,**
          **315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,**
          **380, 385, 450, 891.**

    ___  **IV.**  **220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,**
          **690, 810, 861-865, 870, 871, 875, 900.**

    ___  **V.**   **150, 152, 153.**

3.  **TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)).  IF MORE THAN ONE PRIOR RELATED CASE
    HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.**

    None.

4.  **HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS
    COURT?**

                                                              YES            (NO)

5.  **DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE
    PUBLIC INTEREST?   (SEE 28 USC §2403)**

                                                              YES            (NO)

    **IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?**

                                                              YES            NO

6.  **IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE
    28 USC §2284?**

                                                              YES            (NO)

7.  **DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE
    COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE
    SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).**

                                                    (YES)            NO

    **A.**   **IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?**

             **EASTERN DIVISION**       (CENTRAL DIVISION)        **WESTERN DIVISION**

    **B.**   **IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING
             GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?**

             **EASTERN DIVISION**       **CENTRAL DIVISION**        **WESTERN DIVISION**

**(PLEASE TYPE OR PRINT)**

**ATTORNEY'S NAME**    Alan Garber

**ADDRESS**    Mason & Martin, LLP, 160 Federal Street, Boston, MA 02110

**TELEPHONE NO.**    (617) 742-7100

(Cover sheet local.wpd - 11/27/00)